IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　)
v. )　　CIVIL ACTION NUMBER
　　　　　　　　　　　　　　　　　　)　　CV05-384-H
　　　　　　　　　　　　　　　　　　)
AMSOUTH MORTGAGE COMPANY, INC., )
a corporation, DOVENMUEHLE MORTGAGE )
INC., a corporation, GEOTRAC )
INFORMATION SYSTEM SPECIALISTS, )
an entity, EMPIRE FIRE AND MARINE )
INSURANCE COMPANY, a corporation. )
　　　　　　Defendants. )

1:05cv747-M

## NOTICE OF FILING NOTICE OF REMOVAL

TO:　Douglas M. Bates
　　　Clifford W. Jarrett
　　　424 South Oates Street Suite 1
　　　Dothan, AL 36301

　　　Joseph E. Stott
　　　SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
　　　2450 Valleydale Road
　　　P.O. Box 380548
　　　Birmingham, AL 35244

　　　PLEASE TAKE NOTICE that Dovenmuehle Mortgage Inc., defendant in the above-styled cause, by and through its counsel, has this date filed a Notice of Removal of this action in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division, a true and correct copy of said Notice of Removal is attached hereto.

01214208.1

DATED this \_\_\_8th\_\_\_ day of August, 2005.

/s/ Thomas W. Thagard III
Thomas W. Thagard III
John David Collins

Attorneys for Defendant Dovenmuehle Mortgage, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Notice of Filing Notice of Removal has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this 8th day of August, 2005:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301

Joseph E. Stott
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

_____
OF COUNSEL