RECEIVED
2005 AUG -8 P 2:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | CIVIL ACTION NUMBER _____ 1:05cv747-M |
| AMSOUTH MORTGAGE COMPANY, INC., ) DOVENMUEHLE MORTGAGE INC., ) GEOTRAC INFORMATION SYSTEM ) SPECIALIST, and EMPIRE FIRE AND ) MARINE INSURANCE COMPANY ) ) | |
| Defendants. ) | |

**CONSENT TO AND JOINDER IN REMOVAL**

AmSouth Bank, incorrectly identified in the Complaint as AmSouth Mortgage Company, Inc., Defendant in the above-styled action, hereby gives notice that it joins in and consents to the Notice of Removal filed by Dovenmuehle Mortgage, Inc. and adopts and incorporates by reference herein all those grounds in support of the removal of this action from the Circuit Court of Houston County, Alabama to the United States District Court for the Middle District of Alabama, Southern Division.

/s/ Thomas W. Thagard III
Thomas W. Thagard III
John David Collins

Attorneys for Defendant AmSouth Bank

1210844

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent to and Joinder in Removal has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this 8th day of August, 2005:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301

Joseph E. Stott
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

_____
OF COUNSEL