RECEIVED
2005 AUG -8 P 2: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NUMBER <br><br> 1:05cv747-M |

## CONSENT TO AND JOINDER IN REMOVAL

COMES NOW the Defendant referred to as Geotrac Information System Specialist ("Geotrac") in the above-styled action, and hereby gives notice that it joins in and consents to the Notice of Removal filed by Dovenmuehle Mortgage, Inc. and adopts and incorporates by reference herein all those grounds in support of the removal of this action from the Circuit Court of Houston County, Alabama to the United States District Court for the Middle District of Alabama, Southern Division.

_____
Joseph E. Stott
Attorney for Geotrac Information System Specialist

1

1213613

OF COUNSEL:
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Consent to and Joinder in Removal has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this 8 day of AUGUST, 2005:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301
(334) 793-3332

George W. Walker, III
COPELAND, FRANCO, SCREWS & GILL
444 S. Perry Street
Montgomery, Alabama 36104

Thomas W. Thagard, III
John David Collins
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602

_____
OF COUNSEL

2