IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-00747-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT DOVENMUEHLE MORTGAGE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Dovenmuehle Mortgage, Inc. ("Dovenmuehle"), defendant in the above-styled cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that that it has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

      s/ John David Collins
      Thomas W. Thagard III
      John David Collins

      Attorneys for Defendant Dovenmuehle Mortgage, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01217217.1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 15th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301

Joseph E. Stott
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

                                              s/ John David Collins
                                              OF COUNSEL