## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NUMBER
1:05-cv-00747-VPM

### DEFENDANT AMSOUTH BANK'S CORPORATE DISCLOSURE STATEMENT

COMES NOW AmSouth Bank ("AmSouth"), defendant in the above-styled cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that it is a wholly owned subsidiary of AmSouth Bancorporation. AmSouth Bancorporation is a publicly traded corporation listed on the New York Stock exchange. AmSouth Bancorporation is the only publicly traded company, and no one owns more than 5% of AmSouth Bancorporation.

s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendant AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01216581.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301

Joseph E. Stott
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

           s/ John David Collins
           OF COUNSEL

01216581.1