IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-747-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY ) ) ) ) ) ) | |
| Defendants. ) | |

**CONSENT TO REMOVAL**

Defendant Empire Fire and Marine Insurance Company hereby files its consent to the removal of the above-styled cause from the Circuit Court of Houston County, Alabama. At the time of removal, service had not been perfected on Defendant Empire Fire and Marine Insurance Company, but it was aware of the lawsuit that had been filed and otherwise consented to its removal. Since service has now been perfected on Defendant Empire Fire and Marine Insurance Company, it files its formal consent to and joinder in the previously filed removal.

  s/ George W. Walker, III
George W. Walker, III (WAL097)

Attorney for Defendant
Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172

## CERTIFICATE OF SERVICE

  I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com


             s/ George W. Walker, III
            OF COUNSEL