# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-747-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY ) ) ) ) ) ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

In order to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Empire Fire and Marine Insurance Company**., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: **Zurich Insurance Company.**

    s/ George W. Walker, III
George W. Walker, III (WAL097)

Attorney for Defendant
Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com  lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com

                                                                                         s/ George W. Walker, III
                                                                                        OF COUNSEL