## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-747-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., ) DOVENMUEHLE MORTGAGE INC., ) GEOTRAC INFORMATION SYSTEM ) SPECIALIST, and EMPIRE FIRE AND ) MARINE INSURANCE COMPANY ) ) | |
| Defendants. ) | |

### NOTICE OF LACK OF CONSENT TO
### THE EXERCISE OF JURISDICTION BY A MAGISTRATE JUDGE
### AND REQUEST FOR REASSIGNMENT

Defendant Empire Fire and Marine Insurance Company, by and through counsel, files its notice of its lack of consent to the exercise of jurisdiction by magistrate judge and its request for reassignment to an Article III United States District Judge.

   s/ George W. Walker, III
George W. Walker, III (WAL097)

Attorney for Defendant
Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com


                                                          s/ George W. Walker, III
                                                          OF COUNSEL