**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2005

NOTICE OF REASSIGNMENT

Re:   Arthur Earl Clark vs. AmSouth Mortgage Company, et al.
      Civil Action No.  1:05cv747-M

The above-styled case has been  reassigned to Judge Myron H. Thompson.

Please note that the case number is now 1:05cv747-T.  This new case number should be used on all future correspondence and pleadings in this action.