IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMSOUTH MORTGAGE COMPANY, INC., )<br>DOVENMUEHLE MORTGAGE INC., )<br>GEOTRAC INFORMATION SYSTEM )<br>SPECIALIST, and EMPIRE FIRE AND )<br>MARINE INSURANCE COMPANY )<br><br>Defendants. ) | CIVIL ACTION NUMBER<br>1:05-cv-00747-MHT-VPM |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 12, 2005 and was attended by Douglas M. Bates and Clifford W. Jarrett on behalf of Plaintiffs Arthur and Barbara Clark, John David Collins on behalf of Defendants AmSouth Bank and Dovenmuehle Mortgage, Inc., Joseph E. Stott on behalf of Geotrac Information System Specialist, and George W. Walker, III on behalf of Empire Fire and Marine Insurance Company.

2.  **Pre-Discovery Disclosures**. The parties will exchange the information required by Local Rule 26.1(a)(1) on or before **October 6, 2005.**

3.  **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the subjects:

    All claims by Plaintiffs, including damages, and all defenses by Defendants.

1

01227037.1

  b. All discovery commenced in time to be completed by **July 26, 2006**

  c. Maximum of **30** interrogatories by each party to any other party without prior approval of the Court.  Maximum of **30** requests for production by each party to any other party without prior approval of the Court. (Responses due **30** days after service) (33 days if served by mail).

  d. Maximum of **8** depositions by Plaintiffs and **8** depositions by Defendants without the prior approval of the Court.

  e. Reports from retained experts under Rule 26(a)(2) due:

   (i) from **Plaintiffs** by **March 13, 2006**

   (ii) from **Defendants** by **April 14, 2006**

  f. Supplementation under Rule 26(e) due no later than **30** days before the close of discovery.

4. **Other Items**.

  a. The parties do not request a conference with the Court prior to entry of the Scheduling Order.

  b. Plaintiffs should be allowed until **November 2, 2005** to join additional parties and to amend the pleadings.

  c. Defendants should be allowed until **December 2, 2005** to join additional parties and to amend the pleadings.

  d. All potentially dispositive motions should be filed by **August 28, 2006**.

  e. The parties are receptive to mediation but do not request Court ordered mediation at this time.  The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until the parties exchange initial disclosures.

2

01227037.1

   f. The Parties request a final pretrial conference in or after **November 2006**.

   g. Final lists of trial evidence under Rule 26(a)(3) should be due pursuant to the terms of the pretrial order.

   h. Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

   i. The case should be ready for trial by **December 2006** and at this time is expected to take approximately **3 days**.

   Respectfully submitted: September 12, 2005.

   [verified and consented to electronic signature]

   /s Douglas M. Bates
   Douglas M. Bates
   Clifford W. Jarrett

   Attorneys for Plaintiffs

OF COUNSEL:

424 South Oates Street Suite 1
Dothan, AL 36301

   /s John David Collins
   Thomas W. Thagard, III
   John David Collins

   Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602

3

01227037.1

[verified and consented to electronic signature]

/s Joseph E. Stott
Joseph E. Stott

Attorney for Defendant Geotrac Information Systems Specialist

OF COUNSEL:

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

[verified and consented to electronic signature]

/s George W. Walker, III
George W. Walker, III

Attorney for Empire Fire and Marine Insurance Company

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL
444 S. Perry Street
Montgomery, Alabama  36104

4

01227037.1