IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action Number 1:05-cv-00747-VPM |
| AMSOUTH MORTGAGE COMPANY, INC., ) DOVENNUEHLE MORTGAGE INC., GEOTRAC ) INFORMATION SYSTEM SPECIALIST, and ) EMPIRE FIRE AND MARINE INSURANCE ) COMPANY, ) Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Geotrac, Inc., incorrectly designated in the Plaintiff's Complaint as "Geotrac Information Systems Specialist" and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* discloses the following information:

1. Geotrac, Inc. is a wholly owned subsidiary of Fidelity National Information Solutions, Inc.

Respectfully submitted,

s/Joseph E. Stott, Esq.
ASB-4163-T71J
Attorney for Geotrac, Inc.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email for Joseph Stott

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ARTHUR EARL CLARK AND** ) | |
| **BARBARA E. CLARK,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **1:05-cv-00747-VPM** |
| **AMSOUTH MORTGAGE COMPANY, INC.,** ) | |
| **DOVENNUEHLE MORTGAGE INC., GEOTRAC** ) | |
| **INFORMATION SYSTEM SPECIALIST, and** ) | |
| **EMPIRE FIRE AND MARINE INSURANCE** ) | |
| **COMPANY,** ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

On September 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Douglas M. Bates, Esq., Clifford W. Jarrett, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

> Respectfully submitted,
> s/Joseph E. Stott, Esq.
> ASB-4163-T71J
> Attorney for Geotrac, Inc.
> SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
> 2450 Valleydale Road
> Birmingham, AL 35244
> (205) 967-9675 - Telephone
> (205) 967-7563 - Facsimile
> jstott@sssandf.com - Email for Joseph Stott