IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK,  PLAINTIFFS,  v.  AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, AND EMPIRE FIRE AND MARINE INSURANCE COMPANY  DEFENDANTS. | CIVIL ACTION NUMBER 1:05-CV-00747-VPM |

**MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT**

Comes Now Defendant AmSouth Bank ("AmSouth"), pursuant to Fed. R. Civ. P. 15(a) and this Court's September 19, 2005 Scheduling Order, and hereby moves this Court for leave to amend its Answer to add an additional affirmative defense. In support of its motion, AmSouth states as follows:

1. AmSouth served its initial Answer to Complaint on August 8, 2005.

2. The Scheduling Order entered by the Court on September 19, 2005 provides that the parties shall have until December 2, 2005 to move for leave to amend the pleadings.

3. Pursuant to Fed. R. Civ. P. 15(a), leave to amend a party's pleadings "shall be freely given when justice so requires." See McKinley v. Kaplin, 177 F.3d 1253, 1258 (11th Cir. 1999).

4. Attached as Exhibit A is a copy of AmSouth's proposed Amended Answer.

01264742.1

2

5.  Discovery is ongoing and allowing this amendment would not result in any prejudice to the Plaintiffs.

WHEREFORE, premises considered, Defendant AmSouth Bank respectfully requests that its Motion for Leave to Amend Answer be granted and that it be given leave to amend its Answer to add an additional affirmative defense as set forth in the proposed Amended Answer that is attached hereto as Exhibit A.

/s John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendant
AmSouth Bank

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 6th Avenue, North - Suite 2400
Birmingham, Alabama 35203
(205) 254-1000

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas M. Bates
Clifford W. Jarrett
424 South Oates Street Suite 1
Dothan, AL 36301

Joseph E. Stott
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

George W. Walker, III
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Montgomery, AL 36014

                                              /s John David Collins
                                              OF COUNSEL

01264742.1