IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      1:05cv747-T
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motions for leave to file amended answer (Doc. Nos. 21 & 22) are granted. The court assumes that the non-movants have no objection to the allowance of the amendments; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 6th day of December, 2005.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE