IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR EARL CLARK AND** )<br>**BARBARA E. CLARK,** )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>**AMSOUTH MORTGAGE COMPANY, INC.,** )<br>**DOVENNUEHLE MORTGAGE INC., GEOTRAC** )<br>**INFORMATION SYSTEM SPECIALIST, and** )<br>**EMPIRE FIRE AND MARINE INSURANCE** )<br>**COMPANY,** )<br>  Defendants. ) | **Civil Action Number**<br>**1:05-cv-00747-VPM** |

## MOTION FOR ENTRY OF HIPAA-COMPLIANT PRODUCTION ORDER

COMES NOW Defendant Geotrac, Inc., incorrectly designated in the Plaintiff's Complaint as "Geotrac Information Systems Specialist" and pursuant to 45 C.F.R. § 164-512 (e)(1)(ii)-(vi) hereby requests the Court to enter a HIPAA-Compliant Production Order applicable to any and all non-parties issued Rule 45 non-party Subpoenas in the above referenced case. As grounds therefore, the Defendant states as follows:

1. As a result of privacy regulations recently enacted pursuant to the Health Insurance Portability and Accountability Act, non-parties are required to obtain Court approval before producing medical records.

2. The medical records of the Plaintiff are vital to the prosecution and defense of the above referenced case.

3. A blanket Production Order which simply allows medical providers to comply

with Rule 45 of the *Federal Rules of Civil Procedure* would substantially improve the discovery process in this case.

4.   A Production Order allowing non-parties to comply with Rule 45 of the *Federal Rules of Civil Procedure* would be in the best interest of the justice and judicial economy, and would not impair any rights of any parties.

5.   A proposed Order is attached hereto and submitted to the Court simultaneously herewith.

WHEREFORE, the Defendant respectfully requests that the Court enter the enclosed HIPPA Production Order so as to allow non-parties to comply with Rule 45 of the *Federal Rules of Civil Procedure* without fear of violation of privacy regulations of the Health Insurance Portability and Accountability Act.

    Respectfully submitted,

**s/Joseph E. Stott, Esq.**
ASB-4163-T71J
Attorney for Geotrac, Inc.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675 - Telephone
(205) 967-7563 - Facsimile
jstott@sssandf.com - Email for Joseph Stott

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND ) <br> BARBARA E. CLARK, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMSOUTH MORTGAGE COMPANY, INC., ) <br> DOVENNUEHLE MORTGAGE INC., GEOTRAC ) <br> INFORMATION SYSTEM SPECIALIST, and ) <br> EMPIRE FIRE AND MARINE INSURANCE ) <br> COMPANY, ) <br>     Defendants. ) | Civil Action Number <br> 1:05-cv-00747-VPM |

## CERTIFICATE OF SERVICE

On February 23, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Douglas M. Bates, Esq., Clifford W. Jarrett, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

                                                  Respectfully submitted,

                                                  s/Joseph E. Stott, Esq.
                                                  ASB-4163-T71J
                                                  Attorney for Geotrac, Inc.
                                                  SCOTT, SULLIVAN, STREETMAN &
                                                  FOX, P.C.
                                                  2450 Valleydale Road
                                                  Birmingham, AL 35244
                                                  (205) 967-9675 - Telephone
                                                  (205) 967-7563 - Facsimile
                                                  jstott@sssandf.com - Email for Joseph Stott