**EXHIBIT "A"**

**EXHIBIT "A"**

## SERVICE AGREEMENT
## BETWEEN DOVENMUEHLE FUNDING, INC., AND GEOTRAC
## FOR FLOOD COMPLIANCE SERVICES

This letter confirms the understanding of the Flood Compliance Services to be provided by Geotrac to your company, Dovenmuehle Funding, Inc. **Please sign and return one of the attached confirmation pages to Geotrac's Sales Department.** If you have questions or need additional information, please Geotrac's Service Management Team at 1-800-436-8722 extension 2266.

### DUTIES OF LENDER

- Submit Flood Zone Determination (FZD) requests via fax, GeoCompass, or other electronic media.
- FZD requests must bear a loan application number; borrower name; a valid street address defined as an address found in the current USPS Zip + 4 database; excluding Rural Routes or P.O. Boxes.
- Assist Geotrac in obtaining specific site information when reasonably available to Lender.
- Submit cancel requests as soon as practical.
- Submit GeoNumbers for payoffs, transfers, purchases and servicing portfolio changes for life-of-loan tracked loans.

### DUTIES OF GEOTRAC

- Provide FEMA Standard Flood Hazard Determination form containing: Current Community Status (Community number, Program Date, and Program Status); FEMA Flood Zone Code of the location of the structure(s); Current NFIP Flood Map Panel (eleven digit FEMA map number and panel); Requirement/Availability of NFIP Flood Insurance; Secondary Market/Government Program Loan Restrictions; Approved FEMA borrower notification forms.
- For additional fees, if elected, provide rush service; Flood Risk Assessment in Non-Participating/Non-Mapped communities; HMDA Data elements (State Code, County Code, MSA Code, and 1990 CT or BNA codes when available).
- For additional fees, if elected, provide Life of Loan on new FZDs, and/or Lender selected and supplied portfolio loans. Geotrac will track NFIP Community Status and FEMA Flood Map changes for the duration of the active servicing status of Lender. Lists of newly impacted loans will be prepared monthly. Under eoLife of Loan Lite, the service obligations shall be the same, but Geotrac shall only accept available data from Lender or from a system assigned Map Registration process, and shall not guarantee the accuracy of such source information unless reprocessed by Geotrac.
- Provide toll-free Lender and Borrower customer assistance, from 8 to 8 EST.
- Provide Guarantees for accuracy of all FZDs, and Life of Loan tracking and reprocessing; backed by external insurance. Geotrac uses a good faith interpretation of Federal Flood Insurance Rate Maps, Federal Flood Hazard Boundary Maps, Census Bureau and Federal Reserve published data, and other published information from governmental and private sources. Geotrac cannot guarantee the accuracy of such outside sources, but assumes responsibility for negligence in any such interpretations.
- Provide an average turn time of 24 hours from the date of receipt of a valid street address. Return Flood Compliance information via fax, GeoCompass or other electronic media at least once per day, or as mutually scheduled between Geotrac and Lender.
- All requests for cancels will be honored at no charge to client when received before processing of the flood zone determination by Geotrac. When received within 90 days of original order, requests to cancel Life of Loan service will be honored and credit issued for the LOL fee only.
- Term of agreement set forth as one year with automatc renewal unless otherwise agreed upon between parties.

All data, information, pricing, systems, business practices and processes of both parties is deemed to be confidential. Both parties shall not disclose except as necessary to complete the duties and obligations for flood compliance as anticipated by this Service Agreement. Termination of this understanding shall occur via written notice to either party.

Service Agreement
05-0001dautoform.doc Rev.11/23/99