**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK and<br>BARBARA E. CLARK<br><br>Plaintiffs,<br><br>v.<br><br>AMSOUTH MORTGAGE CO., INC.;<br>DOVENMUEHLE MORTGAGE, INC.;<br>GEOTRAC INFORMATION SYSTEM<br>SPECIALIST, and EMPIRE FIRE AND<br>MARINE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   1:05-CV-00747-MHT-VPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MARK SCHNELLINGER

My name is Mark Schnellinger. At the time of the flood determination made the basis of this lawsuit, I was the Service Director Manager for Geotrac Information System Specialist. I am over the age of 19 years, and I have personal knowledge of the facts asserted herein.

The Service Agreement attached hereto is a true and correct copy of the contract entered into by Geotrac and Dovenmuehle Mortgage governing the performance of the flood determination in question. (See Exhibit "A"). Geotrac lived up to all of its contractual obligations in performing the flood determination by viewing the FEMA map detailing the Clarks' property and comparing the information on the FEMA map to tax

Page 1 of 3

parcel maps for Houston County, Alabama and aerial images of the property located on the parcel identified in the tax maps. Geotrac was not required, under the terms of the contract, to verify any of the information contained in those maps.

After viewing the maps, Geotrac determined that a portion of the Clarks' property was located in a flood zone. The Houston County tax map identifies both the parcel where the Clarks' home is located and the parcel owned by the Clarks' neighbors as a single parcel of land. The map further identifies both parcels under the parcel identification number of the parcel owned by Mr. and Mrs. Clark. The tax map does not show a boundary line between the two properties. As a result, Geotrac informed Dovenmuehle that, according to the FEMA and Houston County tax maps, one structure located on the Clarks' property was indeed in a flood zone.

Pursuant to the Service Agreement entered into between Geotrac and Dovenmuehle, Geotrac is permitted to rely on sources such as the Houston County tax map and the FEMA map in order to meet its contractual obligations. The contract specifically states that Geotrac is not responsible for inaccuracy of information contained in such sources. Geotrac correctly reported that the maps in question demonstrated that a structure on the parcel in question was indeed located in a federally defined flood area. As such, Geotrac did not breach its contractual obligation in any way.

**FURTHER AFFIANT SAITH NOT.**

_Mark Schnelliger_
**MARK SCHNELLIGER**

STATE OF  Ohio        )

COUNTY OF  Huron      )

      On this the 30th day of May, 2006, before me a Notary Public, within and for said County and State, personally appeared Mark Schnellinger, to me known to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him, and with a full understanding of the terms and the effect thereof, executed the same.

NOTARY PUBLIC _Lisa J. Gillen_
My Commission Expires:

LISA J. GILLEN
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires Aug. 18, 2008

Page 3 of 3