IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )     1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that defendant Geotrac Information System Specialist's motion for summary judgment (Doc. No. 28) is set for submission, without oral argument, on June 19, 2006, with all opposing briefs and evidentiary materials due by said date.

DONE, this the 5th day of June, 2006.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE