**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

```
ARTHUR EARL CLARK and wife,   *
BARBER E. CLARK,              *
                              *
     Plaintiffs,              *   CIVIL ACTION NO.
                              *   1-05CV747-MHT-VPM
     v.                       *
                              *
AMSOUTH MORTGAGE COMPANY,     *
INC., a corporation,          *
et al.,                       *
                              *
     Defendants.              *
```

**MOTION FOR THE EXTENSION OF DEADLINE**
**REFERENCE TO DISCLOSURE OF EXPERT WITNESS**

COME NOW YOUR PLAINTIFFS, through their undersigned attorney of record and requests the court to grant them a limited extension concerning the disclosure of expert witnesses until June 16, 2006, and states in support there-of as follows:

1. Plaintiffs' attorneys had contacted an accountant early in the year and was expecting a report on the bookkeeping concerning the account of Plaintiffs with AmSouth Bank. This report is crucial information for the suit. Said accountant has not provided Plaintiffs' attorneys with said report due to other demands and conflicts.

2. Plaintiffs' attorneys have searched for and have experienced great difficulty locating a qualified

    accountant during the first quarter of this year due to the work load created by the tax season.

3. Plaintiffs have located an accountant who has recently reviewed our information and, who has made a preliminary determination he will be able to provide an audit concerning the said account which will provide meaningful evidence that will assist the parties and the court in understanding important facts of this case.

4. There has been no disclosure of any expert witness by any party to this action to date.

5. Granting the requested extension will not create an undue hardship on any party.


Respectfully submitted this the 13th Day of June, 2006.



   /s/
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2006, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and

I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: <u>NONE</u>.

      /s/
_____
Clifford W. Jarrett
Of Counsel