IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,  )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )        CIVIL ACTION NO.
    v.                       )        1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 30) is denied for the following reasons.

"A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet this requirement will be denied outright, unless the movant offers a credible explanation

in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 17), § 9(B). Movant here has failed to comply with these requirements.

DONE, this the 13th day of June, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**