# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-00747-MHT-VPM |
| ) ) | |
| AMSOUTH MORTGAGE COMPANY, INC., et al. ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI"), by and through their undersigned counsel, hereby give notice of the filing of the following materials in support of their contemporaneously filed motion for summary judgment:

**Exhibit 1:** Affidavit of Mary K. Przybyla including all Exhibits thereto; and

**Exhibit 2:** Deposition of Arthur E. Clark, including all Exhibits thereto.

I hereby certify that I currently hold the original signature page for the affidavit referenced above along with all formalities associated therewith.

s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

1

01348636.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01348636.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

GEORGE W. WALKER, III
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 SOUTH PERRY STREET
MONTGOMERY, AL 36014

                                            s/ John David Collins
                                            OF COUNSEL

01348636.1