# EXHIBIT 1

STATE OF ILLINOIS            )
                             :
COUNTY OF LAKE               )


## AFFIDAVIT OF MARY K. PRZYBYLA

Before me, the undersigned authority in, and for said County and State, this day personally appeared Mary K. Przybyla, who, being first duly sworn, deposes and says as follows:

1.  My name is Mary K. Przybyla, and I am over 21 years of age and am competent to give this affidavit. I am a Senior Vice President for Dovenmuehle Mortgage, Inc. ("DMI") and have been employed with the company for 26 years. Based upon my knowledge and my review of business records generated and maintained in the normal course of DMI's business, I have personal knowledge of the facts set forth herein.

2.  Arthur E. Clark and Barbara Clark ("Plaintiffs") obtained a loan (the "Loan") from American Federal Savings Bank of Duval County ("American Federal") on August 24, 1988. At that time, Plaintiffs executed a promissory note (the "Note") in favor of American Federal in the original principal amount of $114,800.00. The Note was secured by a first mortgage (the "Mortgage") executed by Plaintiffs in favor of American Federal. The Mortgage granted American Federal a security interest in the home owned by Plaintiffs in Dothan, Alabama.

3.  Plaintiffs' Note and Mortgage was sold or assigned to AmSouth Bank. On or about October 1, 1997, DMI began subservicing the Mortgage on behalf of AmSouth Bank. As mortgage subservicer, DMI was contractually obligated to perform AmSouth's loan servicing duties.

4.  On or about November 1, 2002, Dovenmuehle Funding, Inc., a wholly-owned subsidiary of DMI, entered into a Service Agreement with Geotrac of America, Inc. ("Geotrac"), a

01347788.1

third-party flood hazard determination company, on behalf of itself and DMI to identify secured real estate in special flood hazard areas as required under the National Flood Insurance Act, 42 U.S.C. § 4001, et seq. so that Dovenmuehle Funding, Inc. and DMI would remain in compliance with federal law in connection with their respective lending and servicing activities.

5. The Service Agreement required Geotrac to provide "guarantees for accuracy on all FZDs [flood zone determinations], and Life of Loan tracking and reprocessing backed by external insurance." A copy of the Service Agreement is attached hereto as Exhibit A.

6. On December 5, 2002, pursuant to its obligations under the Service Agreement, Geotrac submitted to DMI a Federal Emergency Management Agency Standard Flood Hazard Determination ("SFHD") indicating that Plaintiffs' home was located in a Special Flood Hazard Area ("SFHA"). On July 7, 2003, Geotrac supplied DMI with a second SFHD confirming that Plaintiffs' home was located in a SFHA. Copies of the December 5, 2002 and July 7, 2003 SFHDs are attached hereto as Exhibits B and C, respectively.

7. Between December of 2002 and July of 2003, DMI sent Plaintiffs multiple requests for proof of flood insurance and advised that, if Plaintiffs failed to provide proof of coverage, DMI would have no choice under the mortgage but to purchase such insurance to protect the lender's interest in the property and to comply with applicable federal law. Plaintiffs disputed that their home was in a SFHA and refused to purchase flood insurance.

8. On August 18, 2003, DMI on behalf of AmSouth advanced $808.00 for the purchase of a flood insurance policy covering Plaintiffs' home. This advance required DMI to create an escrow account with a (negative) balance of $808.00.

9. To correct the negative escrow balance created by DMI's advancement for the purchase of flood insurance, Plaintiffs were advised that, effective November 1, 2003, their monthly mortgage payments on the Loan would be temporarily increased from $783.91 to $841.02 until such time as the escrow advance had been repaid.

10. Plaintiffs, however, refused to submit the required, increased payment amount for November 2003. Instead, Plaintiffs submitted the old payment of $783.91.

11. By letter dated November 25, 2003, DMI reminded Plaintiffs that their new payment was $841.02. Plaintiffs nevertheless submitted another "short payment" of $783.91 for December 2003.

12. On or about December 26, 2003, Geotrac provided DMI with a third SFHD. This form stated, in part, as follows: "RE-EVALUATION DONE WITH NO CHANGE TO ORIGINAL FLOOD CERTIFICATION," again confirming that Plaintiffs' home was in a special flood hazard area. A copy of the December 26, 2003 SFHD is attached hereto as Exhibit D.

13. Plaintiffs submitted another "short payment" in January 2004. This payment was placed in suspense because Plaintiffs continued to submit less than the full required monthly payment. After a reminder letter is sent, full payment is expected. Plaintiffs submitted another "short payment" for February 2004. This payment, along with the monies in suspense, was applied to make the full payment due for January 2004, which included an escrow component for future flood insurance premiums, and to repay a portion of the negative escrow balance, leaving Plaintiffs one month behind on their mortgage obligation. Plaintiffs began to receive monthly correspondence advising that their Loan was in default and that late charges and other fees were accruing.

14.     Plaintiffs submitted another $783.91 "short payment" in March 2004, and this payment was also placed in suspense. Plaintiffs' April 2004 "short payment" was applied (along with some of the monies in suspense) in part to eliminate Plaintiffs' negative escrow balance and in part to monthly payments, leaving Plaintiffs two months behind on their mortgage obligation.

15.     On May 28, 2004, Geotrac provided DMI with a fourth SFHD. This SFHD, unlike the SFHDs previously supplied by Geotrac, indicated that Plaintiffs home was not located in a special flood hazard area. A copy of the May 28, 2004 SFHD is attached hereto as Exhibit E.

16.     That same day, DMI wrote to Plaintiffs' on behalf of AmSouth confirming that they were no longer required to carry flood insurance and began the process of terminating the escrow requirement and re-adjusting the Plaintiff's account.

17.     On June 1, 2004, DMI refunded Plaintiff's account $808.00, representing the amount advanced for the purchase of flood insurance. DMI also reimbursed or waived all late fees and charges ($315.40) charged to Plaintiffs between November of 2003 and June of 2004.

18.     In addition to refunding Plaintiffs' account, DMI also contacted the major credit reporting agencies request that they correct any negative reporting on Plaintiffs' account from August of 2003 through June of 2004.

19.     DMI later discovered that $10.25 in property inspection fees had been overlooked in the refund process, and refunded Plaintiffs' mortgage account for these fees as well.

4

FURTHER AFFIANT SAYETH NOT.

Executed on this the ___12th___ day of June, 2006.

_____
Mary K. Przybyla

Sworn to and subscribed before me on this the ___12th___ day of June 2006.

_____
Notary Public
My commission expires:

[OFFICIAL SEAL
ANN DUKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/14/07]

5

# EXHIBIT A

## SERVICE AGREEMENT
## BETWEEN DOVENMUEHLE FUNDING, INC., AND GEOTRAC
## FOR FLOOD COMPLIANCE SERVICES

This letter confirms the understanding of the Flood Compliance Services to be provided by Geotrac to your company, Dovenmuehle Funding, Inc. **Please sign and return one of the attached confirmation pages to Geotrac's Sales Department.** If you have questions or need additional information, please Geotrac's Service Management Team at 1-800-436-8722 extension 2266.

**DUTIES OF LENDER**

- Submit Flood Zone Determination (FZD) requests via fax, GeoCompass, or other electronic media.
- FZD requests must bear a loan application number; borrower name; a valid street address defined as an address found in the current USPS Zip + 4 database; excluding Rural Routes or P.O. Boxes.
- Assist Geotrac in obtaining specific site information when reasonably available to Lender.
- Submit cancel requests as soon as practical.
- Submit GeoNumbers for payoffs, transfers, purchases and servicing portfolio changes for life-of-loan tracked loans.

**DUTIES OF GEOTRAC**

- Provide FEMA Standard Flood Hazard Determination form containing: Current Community Status (Community number, Program Date, and Program Status); FEMA Flood Zone Code of the location of the structure(s); Current NFIP Flood Map Panel (eleven digit FEMA map number and panel); Requirement/Availability of NFIP Flood Insurance; Secondary Market/Government Program Loan Restrictions; Approved FEMA borrower notification forms.
- For additional fees, if elected, provide rush service; Flood Risk Assessment in Non-Participating/Non-Mapped communities; HMDA Data elements (State Code, County Code, MSA Code, and 1990 CT or BNA codes when available).
- For additional fees, if elected, provide Life of Loan on new FZDs, and/or Lender selected and supplied portfolio loans. Geotrac will track NFIP Community Status and FEMA Flood Map changes for the duration of the active servicing status of Lender. Lists of newly impacted loans will be prepared monthly. Under eoLife of Loan Lite, the service obligations shall be the same, but Geotrac shall only accept available data from Lender or from a system assigned Map Registration process, and shall not guarantee the accuracy of such source information unless reprocessed by Geotrac.
- Provide toll-free Lender and Borrower customer assistance, from 8 to 8 EST.
- Provide Guarantees for accuracy of all FZDs, and Life of Loan tracking and reprocessing; backed by external insurance. Geotrac uses a good faith interpretation of Federal Flood Insurance Rate Maps, Federal Flood Hazard Boundary Maps, Census Bureau and Federal Reserve published data, and other published information from governmental and private sources. Geotrac cannot guarantee the accuracy of such outside sources, but assumes responsibility for negligence in any such interpretations.
- Provide an average turn time of 24 hours from the date of receipt of a valid street address. Return Flood Compliance information via fax, GeoCompass or other electronic media at least once per day, or as mutually scheduled between Geotrac and Lender.
- All requests for cancels will be honored at no charge to client when received before processing of the flood zone determination by Geotrac. When received within 90 days of original order, requests to cancel Life of Loan service will be honored and credit issued for the LOL fee only.
- Term of agreement set forth as one year with automatic renewal unless otherwise agreed upon between parties.

All data, information, pricing, systems, business practices and processes of both parties is deemed to be confidential. Both parties shall not disclose except as necessary to complete the duties and obligations for flood compliance as anticipated by this Service Agreement. Termination of this understanding shall occur via written notice to either party.

Service Agreement
05-0001dautoform.doc Rev.11/23/99

# EXHIBIT B

| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) STANDARD FLOOD HAZARD DETERMINATION | Adapted from FEMA Form 81-93 Oct 02 | O.M.B. No. 3067-0264 Expires October 31, 2005 |
|---|---|---|

### SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property) (Legal Description may be Attached) | PROPERTY ADDRESS |
|---|---|---|
| Account: 121728   Branch:<br><br>DOVENMUEHLE MORTGAGE INC.<br>##PORTFOLIO ACCOUNT<br>1501 WOODFIELD ROAD<br>SCHAUMBURG, IL 60173-7982<br>ATTN: CRYSTAL ALBRIGHT<br><br>Fax (847)574-7656 Phone (800)669-5000 | Borrower: ARTHUR CLARK<br>Location Address Provided:<br>8530S COUNTY RD 55<br>COTTONWOOD, "A 36320<br><br>Other Location Information Provided: | Location Address Found:<br>8530 S COUNTY ROAD 55<br>COTTONWOOD, AL 36320-3328 |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER | 5. AMOUNT OF FLOOD INSURANCE REQUIRED |
|---|---|---|
|  | 3003072091 | $ |

### SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A.1.") | 2. NFIP Map Panel Effective/Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | A |  |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY** *(Check all that apply)*

1. [X] Federal Flood Insurance is available (community participates in NFIP).   [X] Regular Program   [ ] Emergency Program
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA), Federal Flood Insurance may not be available. CBRS/OPA designation date: _____

**D. DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?**   [X] YES   [ ] NO
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS**
Order Number: 32602792          This loan is monitored by Full Life-of-Loan
Map Tech Comments:  Received: 12/05/2002   Returned: 12/05/2002   NFIP Program Date: 09/29/1989   Base Flood Elevation:
PLEASE NOTE NEW CERTIFICATION REVISED TO CX

This flood determination is provided solely for the use and benefit of the entity named in Section 1, Box 1 in order to comply with the 1994 Reform Act and may not be used or relied upon by any other entity or individual for any purpose, including, but not limited to deciding whether to purchase a property or determining the value of a property.

**Flood Insurance Information:**

*Flood Insurance Amount given above is an estimate based on loan amount provided. Flood insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP. Flood Insurance Maximums for this community are: Residential (Single Family, 2-4 Family and other residential) $250,000. Non-Residential $500,000.

HMDA/Census Geographics:  NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

| LSI FLOOD SERVICES<br>LSI Flood Services<br>1521 N Cooper St Suite 400<br>Arlington, TX 76011<br>800-436-8722 | 32602792 | DATE OF DETERMINATION<br>12/05/2002 |
|---|---|---|

Dovenmuehle Mortgage/Clark
DMI
00002

# EXHIBIT C

| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) STANDARD FLOOD HAZARD DETERMINATION | Adapted from FEMA Form 81-93 Oct 02 | O.M.B. No. 3067-0264 Expires October 31, 2005 |
|---|---|---|

### SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**
Account: 140719   Branch:

DOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: CRYSTAL ALBRIGHT

Fax (847)574-7656 Phone (847)330-8019

**2. COLLATERAL** (Building/Mobile Home/Personal Property) (Legal Description may be Attached)
Borrower: CLARK, ARTHUR E

Location Address Provided:
8530 S COUNTY RD 55
COTTONWOOD, AL 36320

**PROPERTY ADDRESS**
Location Address Found:
8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3328

Other Location Information Provided:

**3. LENDER ID. NO.**

**4. LOAN IDENTIFIER**
3003072091

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**
$

### SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A.1.") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | A | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY** (Check all that apply)
1. [X] Federal Flood Insurance is available (community participates in NFIP).   [X] Regular Program   [ ] Emergency Program
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP.
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA), Federal Flood Insurance may not be available.   CBRS/OPA designation date: _____

**D. DETERMINATION**

IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?   [X] YES   [ ] NO
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS**
Order Number: 44266976   This loan is monitored by Full Life-of-Loan
Map Tech Comments:   Received: 07/07/2003   Returned: 07/07/2003   NFIP Program Date: 09/29/1989   Base Flood Elevation:
PLEASE NOTE NEW CERTIFICATION REVISED TO ZONE CX

This flood determination is provided solely for the use and benefit of the entity named in Section 1, Box 1 in order to comply with the 1994 Reform Act and may not be used or relied upon by any other entity or individual for any purpose, including, but not limited to deciding whether to purchase a property or determining the value of a property.

Flood Insurance Information:

*Flood Insurance Amount given above is an estimate based on loan amount provided. Flood insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP. Flood Insurance Maximums for this community are: Residential (Single Family, 2-4 Family and other residential) $250,000. Non-Residential $500,000.

HMDA/Census Geographics: NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

| LSI FLOOD SERVICES LSI Flood Services 1521 N Cooper St Suite 400 Arlington, TX 76011 800-436-8722 | 44266976 | DATE OF DETERMINATION 07/07/2003 |
|---|---|---|

# EXHIBIT D

# STANDARD FLOOD HAZARD DETERMINATION

Adapted from FEMA Form 81-93 Oct 92
O.M.B. No. 3067-0264
Expires October 31, 2005

## SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**
Account 140719    Branch:
BOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: SHIRLEY

Fax (847)330-8101  Phone (847)330-8019

**2. COLLATERAL** (Building/Mobile Home/Personal Property)
(Legal Description may be Attached)
Borrower: CLARK, ARTHUR E
Location Address Provided:
8530 S COUNTY RD 55
COTTONWOOD, AL 36320

Other Location Information Provided:

**PROPERTY ADDRESS**
Location Address Found:
8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3328

**3. LENDER ID. NO.**

**4. LOAN IDENTIFIER**
3003072091

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**
$

## SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY a | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2. NFIP Map Panel Effective/Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | A | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY**  (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).    [X] Regular Program    [ ] Emergency Program
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP.
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.
   CBRS/OPA designation date: _____

**D. DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?**
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

[X] YES    [ ] NO

**E. COMMENTS**

Geo Number: 44266976  CD: 6    This loan is monitored by Full Life-of-Loan
Map Tech Comments:  Received: 07/07/2003   Returned: 07/07/2003   NFIP Program Date: 09/29/1989   Base Flood Elevation:
RE-EVALUATION DONE WITH NO CHANGE TO ORIGINAL FLOOD CERTIFICATION                12/26/03

Explanation of Flood Zone Designation:
Special Flood Hazard Area. Base Flood Elevations (BFEs) are not provided.

Flood Insurance Information:
aFlood Insurance Amount given above is an estimate based on loan amount provided. Flood Insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP. Flood Insurance Maximums for this community are: Residential (Single Family, 2-4 Family and other residential) $250,000. Non-Residential $500,000.

HMDA/Census Geographics: NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

Geotrac
3900 Laylin Road
Norwalk, OH 44857
1-800-GEOTRAC

44266976  CD: 6

**DATE OF DETERMINATION**
07/07/2003

DEFENDANT'S EXHIBIT

11

# EXHIBIT E

| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) STANDARD FLOOD HAZARD DETERMINATION | Adapted from FEMA Form 81-93 Oct 02 | O.M.B. No. 3067-0264 Expires October 31, 2005 |
|---|---|---|

### SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**

Account: 140719    Branch:

DOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: CRYSTAL

Fax (847)574-7656 Phone (847)330-8019

**2. COLLATERAL** (Building/Mobile Home/Personal Property)
(Legal Description may be Attached)
Borrower: CLARK, ARTHUR E

Location Address Provided:
8530 S COUTNY RD 55
COTTONWOOD, AL 36320

Location Address Found:
8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3328

Other Location Information Provided:

**PROPERTY ADDRESS**

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER 3003072091 | 5. AMOUNT OF FLOOD INSURANCE REQUIRED $ |
|---|---|---|

### SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | X (C) | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY** (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).    [X] Regular Program    [ ] Emergency Program
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP.
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA), Federal Flood Insurance may not be available.    CBRS/OPA designation date: _____

**D. DETERMINATION**

IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA
(ZONES CONTAINING THE LETTERS "A" OR "V")?    [ ] YES    [X] NO
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS**    This loan is monitored by Full Life-of-Loan
Order Number: 46220703
Map Tech Comments:    Received: 09/25/2003    Returned: 09/25/2003    NFIP Program Date: 09/29/1989    Base Flood Elevation:
SFHA ZONE A EXTREMELY CLOSE TO STRUCTURE. STRUCTURE LOCATION BASED ON MAP PROVIDED. REDETERMINATION DUE TO ADDITIONAL RESEARCH AND/OR INFORMATION.    05/28/04

This flood determination is provided solely for the use and benefit of the entity named in Section 1, Box 1 in order to comply with the 1994 Reform Act and may not be used or relied upon by any other entity or individual for any purpose, including, but not limited to deciding whether to purchase a property or determining the value of a property.

Flood Insurance Information:

HMDA/Census Geographics:    NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

LSI Flood Services
1521 N Cooper St Suite 400
Arlington, TX 76011
800-436-8722

46220703

DATE OF DETERMINATION
09/25/2003

Dovenmuehle Mortgage/Clark
DMI
00004