Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 800-333-4471
P O BOX 57046, IRVINE, CA 92619-7046

## Additional Named Insured Certificate

Notification Date: 08/05/03

LOAN NUMBER: 3003072091

**ADDITIONAL NAMED INSURED**
ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

**NAMED INSURED MORTGAGEE**
AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57046
IRVINE, CA 92619-7046



| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER FLR470164921 | Dwelling | | |
| | | $ 85,000.00 | $ 808.00 |

**POLICY TERM:**

FROM 06/10/03       TO 06/10/04

☐ NOON       ☒ 12:01am

IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY THE REQUIRED RENEWAL PREMIUM FOR EACH SUCCESSIVE POLICY PERIOD, SUBJECT TO OUR RATES, RULES AND FORMS IN EFFECT. YOU MUST PAY US PRIOR TO THE END OF THE CURRENT POLICY PERIOD OR ELSE THIS POLICY WILL EXPIRE.

Flood Deductible - per loss
   Located in a "V" zone or with elevation of lowest
   floor below the Base Flood Elevation (BFE)       $ 1,000

All Other Flood Losses       $ 750

**PROPERTY LOCATION**
   8530 S COUNTY RD 55
   COTTONWOOD AL 36320

| MUNICIPAL TAXES | Tax Code | $ 0.00 |
|---|---|---|
| OTHER TAXES | | $ 0.00 |

| ANNUAL TOTAL CHARGES | $ 808.00 |
|---|---|

**ENDORSEMENTS** ATTACHED AND FORMING A PART OF THE POLICY

   RF1101 (0397),RF1201 (0397),

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Flood Policy, including but not limited to the Residential Flood Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The Named Insured Mortgagee is authorized to act for the Additional Named Insured(s) in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured(s) for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the Named Insured Mortgagee and the Additional Named Insured(s), as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

DEDUCTIBLES: Please refer to the deductibles shown above for the coverage provided by this policy.

**THIS POLICY ONLY COVERS DWELLINGS. IT DOES NOT COVER YOUR PERSONAL PROPERTY.**

**For Customer Service questions, please call our toll free Customer Service Number at:
800-333-4471**

To report a claim, please contact our Claim Department at 1-800-237-6617

**RF1101 0397**

# Residential Flood Coverage Form

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy, "you" and "your" refer to the "Named Insured Mortgagee" and the "Additional Named Insured" shown in the Declarations. "We", "our" and "us" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Base Flood" means the flood having one percent chance of being equaled or exceeded in any given year.

2. "Actual Cash Value" means the cost to repair or replace at the time of loss, less depreciation.

3. "Post-FIRM building" means a building for which the start of construction or substantial Improvement occurred after December 31, 1974, or on or after the effective date of the initial Flood Insurance Rate Map (FIRM) for the community in which the building is located, whichever is later.

## COVERAGES

This insurance applies to the Described Dwelling Property for which an Additional Named Insured Endorsement has been issued, upon which a Covered Structure(s) is situated and which is not otherwise excluded.

1. **Covered Structures.**

   We cover:

   a. the dwelling on the Described Dwelling Property, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;

   b. structures attached to the dwelling;

   c. materials and supplies on or adjacent to the Described Dwelling Property for use in the construction, alteration, or repair of the dwelling or other structures on this location; and

   d. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Dwelling Property.

2. **Property Not Covered.**

   a. Personal Property or contents of any kind.

   b. Fenced retaining walls, seawalls, swimming pools, bulkheads, wharves, piers, bridges, docks; other open structures located on or over water, including boat houses or similar structures or buildings into which boats are floated or moored.

   c. Land values, lawn, trees, shrubs or plants, signs, growing crops, or livestock; underground structures and equipment including wells, septic tanks or septic systems; those portions of walks, walkways, driveways, patios, and other surfaces, all of whatever kind of construction, located outside the perimeter, exterior walls of the Covered Structure.

   d. Buildings, including machinery and equipment which are part of the building, where more than 49 percent of the Actual Cash Value of such buildings is below ground, unless the lowest level is at or above the Base Flood elevation or the adjacent ground level by reason of earth having been used as an insulation material in conjunction with energy efficient building techniques.

   e. Aircraft, any self-propelled vehicle or machine and motor vehicles, including their parts and equipment, trailers on wheels and other recreational vehicles whether affixed to a permanent foundation or on wheels; watercraft, including their furnishings and equipment.

   f. Enclosures, contents, machinery, building components, equipment and fixtures located at an elevation lower than the lowest elevated floor of an elevated Post-FIRM building (except for the required utility connections and the footing, foundation, posts, pilings, piers or other foundation walls and anchorage system as required for the support of the elevated Post-FIRM building), including a manufactured (i.e., mobile) home; finished basement walls, floors, ceilings and other improvements to a basement having its floor subgrade on all sides (except for drywalls and sheetrock walls and ceilings, whether finished or unfinished, all only to the extent of replacing them with unfinished (i.e., nailed to framing but not taped or

fiberglass insulation) and contents, machinery, building equipment and fixtures in such basement areas; except that, as to this subparagraph (F), coverage is provided in basement areas and in areas below the lowest elevated floor of an elevated Post-FIRM building for sump pumps, well-water tanks, well-water tank pumps, oil tanks and the oil in them, cisterns and the water in them, natural gas tanks and the gas in them, pumps and/or tanks used in conjunction with solar energy systems, furnaces, hot water heaters, air conditioners, heat pumps and electrical junction and circuit breaker boxes; and coverage is also provided in basement areas and in areas below the lowest elevated floor of an elevated Post-FIRM building for stairways and staircases attached to the building which are not separated from the building by elevated walkways and for elevators and relevant equipment, except for such relevant equipment located below the base floor elevation if such relevant equipment was installed on or after October 1, 1987.

g. A manufactured (i.e., mobile) home located or placed within a Federal Emergency Management Agency designated Special Flood Hazard Area that is not anchored to a permanent foundation to resist flotation, collapse, or lateral movement (i) by over-the-top or frame ties to ground anchors or (ii) in accordance with manufacturer's specifications or (iii) in compliance with the community's flood plain management requirements.

h. Units or structures which are primarily containers, rather than buildings (such as gas and liquid tanks).

i. A building newly constructed or substantially improved on or after October l, 1983, in an area designated as an undeveloped coastal barrier within the Coastal Barrier Resource System established by the Coastal Barrier Resources Act (Pub. L 97–348).

## PERILS INSURED AGAINST

We insure against all direct physical loss or damage to covered property by and from the peril of "Flood" as defined below:

"Flood" or "Flooding" means:

1. A general and temporary condition of partial or complete inundation of normally dry land areas from:
   a. The overflow of inland or tidal waters;
   b. The unusual and rapid accumulation or runoff of surface waters from any source; or
   c. Mudslides (i.e., mudflows) which are proximately caused by Flooding as defined above and are akin to a river of liquid and flowing mud on the surfaces of normally dry land areas, including the Described Dwelling Property, as when earth is carried by a current of water and deposited along the path of the current.

2. The collapse or subsidence of land along the shore of a lake or other body of water as a result of erosion or undermining caused by waves or currents of water exceeding the cyclical levels which result in Flooding as defined in 1a above.

## PERILS EXCLUDED

1. Loss caused by theft, fire, windstorm, wind, explosion, earthquake, land sinkage, land subsidence, landslide, destabilization or movement of land and consequential loss, including loss of income or profits, resulting from the accumulation of water in subsurface land areas, gradual erosion, or any other earth movement except such mudslides (i.e. mudflows) or erosion as is covered under the peril of "Flood".

2. Loss caused by rain, snow, sleet, hail, water spray, freezing, thawing, the pressure or weight of ice or water sewer backup or seepage of water unless the property covered has been, for the same time, damaged by a "Flood".

3. Water, moisture or mudslide (i.e., mudflow) damage resulting primarily from any condition substantially confined to the insured building or from any condition which is within the control of the Named or Additional Named Insured (including but not limited to design, structural or mechanical defects, failures, stoppages, or breakages of water of sewer lines, drains, pumps, fixtures, or equipment).

4. Loss which is in progress as of 12:01 A.M. of the first day of the policy term.

5. Loss from a "Flood" which is confined to the Described Dwelling Property on which your Covered Structure is situated, unless the "Flood" is displaced over two acres of the Described Dwelling Property.

6. Loss caused by or contributed to in any manner due by your modification to the Described Dwelling Property on which the Covered Structure is situated which materially increased the risk of "Flooding". ,

7. Loss caused intentionally by you or any member of your household.

Includes copyrighted material of Insurance Services Office, Inc, with its permission. Copyright, Insurance Services Office, Inc. 1988

8. Loss caused by or resulting from power, heating or cooling failure, unless such failure results from physical damage to power, heating or cooling equipment situated on the Described Dwelling Property where the Covered Structure is situated, caused by "Flood".

9. Loss caused directly or indirectly by (1) hostile or warlike action in time of peace or war including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto). or by any authority maintaining or using military, naval or air forces, (b) by military, naval or air forces, or (c) by an agent of any such government, power, authority or forces, it being understood that any discharge, explosion or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces; (2) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence;

10. Loss caused by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by "Flood".

## OTHER COVERAGES

1. **Other Structures.** Subject to the provisions of this article, we cover other structures on the Described Dwelling Property, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

   We do not cover other structures:

   a. used in whole or in part for commercial, manufacturing or farming purposes; or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

   The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance. 

2. **Debris Removal.** Within the limits of your coverage, we cover any expense you incur as a result of removing debris of, on or from the Described Dwelling Property so long as the debris problem was directly caused by a "Flood", including the value of your own for and the labor of members of your household at prevailing Federal minimum wage rates.

3. **Loss Prevention Expenses.** We cover the reasonable expenses incurred by you for the purchase of (i) sandbags, including sand to fill them and plastic sheeting and lumber used in connection with them, (ii) fill for temporary levees, (iii) pumps, and (iv) wood, all for the purpose of protecting the Covered Structure due to the imminent danger of a "Flood" loss, including the value of your labor and the labor of members of your household at prevailing Federal minimum wage rates, in an aggregate amount up to the amount of $500. The policy's deductible amount, as indicated on the Additional Named Insured Endorsement, shall not be applied to this reimbursement, but shall be applied to any other benefits under the policy's coverage. For reimbursement under this article to apply, the following conditions must be met:

   (i) The insured property must be in imminent danger of sustaining "Flood" damage; and

   (ii) The threat of "Flood" damage must be of such imminence as to lead a person of common prudence to apprehend "Flood" damage; and

   (iii) A general and temporary condition of "Flooding" in the area must occur, even if the "Flooding" does not reach the insured property, or a legally authorized official must issue an evacuation order or other civil order for the community in which the insured property is located calling for measures to preserve life and property from the peril of "Flood".

## CONDITIONS

1. **Policy Period.** This policy applies only to loss which occurs during the policy period.

2. **Other Insurance.** If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3. **Insurable Interest and Amount of Insurance.** Even if more than one person has an insurable interest in the Described Dwelling Property covered, we shall not be liable for:

   a. an amount greater than the interest of the persons insured under this policy; or

   b. more than the amount of insurance that applies, whichever is less.

Includes copyrighted material of Insurance Services Office, Inc, with its permission. Copyright, Insurance Services Office, Inc. 1988

mortgagee at the time of a loss, we shall be liable for no more than the Mortgagee's interest in the property at the time of loss.

The mortgagee's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

4. **Concealment or Fraud.** We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

   a. give immediate notice to us or our agent;

   b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

   c. exhibit the damaged property as often as we reasonably require;

   d. submit to signed statements and examinations under oath; and

   e. submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

      (1) the time and cause of loss;

      (2) the interest of you and all others in the property involved and all encumbrances on the property;

      (3) other insurance which may cover the loss;

      (4) changes in title or occupancy of the property during the term of the policy; and

      (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. **Loss Settlement.** Covered property losses are settled as follows:

   a. Buildings at replacement cost without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

         (a) the amount of insurance under this policy applying to the Covered Structure;

         (b) the replacement cost of that part of the Covered Structure damaged for equivalent construction and use on the same premises; or

         (c) the amount actually and necessarily spent to repair or replace the damaged Covered Structure.

      If the full cost to repair or replace the damaged property is more than $1,000 or more than 5% of the amount of insurance for the Covered Structure, we will pay no more than the Actual Cash Value until actual repair or replacement is completed.

      You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to Covered Structures on Actual Cash Value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

   b. Loss to the following types of property will be settled at the Actual Cash Value of the damaged property at the time of loss.

      (1) Structures that are not buildings.

      (2) Antennas, carpeting, awnings, and outdoor equipment defined as Covered Structures, all whether or not attached to buildings

      We will not pay more than the smallest of:

      (1) the cost to repair or replace the damaged property with property of like kind and quality;

      (2) the Actual Cash Value of the damaged property; or

      (3) the amount of insurance of this policy applying to the property.

7. **Salvage and Recoveries.** When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

Includes copyrighted material of Insurance Services Office, Inc, with its permission. Copyright, Insurance Services Office, Inc. 1988

payment of any loss under this policy shall not reduce the amount of insurance applicable to any other loss during the policy term which arises out of a separate occurrence of "Flood"; provided that all loss arising out of a continuous or protracted occurrence shall be deemed to constitute loss arising out of a single occurrence.

10. **Loss to a pair or set.** In case of loss to a pair or set, we may elect to:

   a. repair or replace any part to restore the pair or set to its value before the loss; or

   b. pay the difference between Actual Cash Value of the property before and after the loss.

11. **Glass Replacement.** Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. **Loss Payment.** We will adjust all losses with the Named Insured Mortgagee. Payment for loss will be made within 60 days after we reach agreement with the Named Insured Mortgagee, entry of a final court judgment, or the filing of an approved award with us. Loss will be made payable to the Named Insured Mortgagee and the Additional Named Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at our option. No coverage will be available to any mortgagee other than that shown as the Named Insured Mortgagee on the Declarations page of this policy.

13. **Appraisal.** If the Named Insured Mortgagee and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured Mortgagee or we can ask a judge of a court of record in the state of the Described Dwelling Property to select an umpire.

   The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the Actual Cash Value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

   Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. **Our Rights (Subrogation).** In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudge our rights. When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the date of loss.

16. **Abandonment of Property.** You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. **Cancellation.**

   a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured Mortgagee no longer has an interest in the Described Property or when the Named Insured Mortgagee has been provided with another policy that meets the requirements of the Named Insured Mortgagee as set forth in the mortgage agreement applicable to the Described Property.

   b. This policy may also be canceled by the Additional Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect

   c. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the declarations.

   Proof of mailing will be sufficient proof of notice.

   (1) We may cancel this policy by mailing notice of cancellation to the Additional Named Insured at the

Includes copyrighted material of Insurance Services Office, Inc, with its permission. Copyright, Insurance Services Office, Inc. 1988

days prior to the effective date of the cancellation.

    (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

    (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

        (a) if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy, or

        (b) if the risk has changed substantially since the policy was issued.

    This can be done by letting you know at least 30 days before the date cancellation takes effect.

    (4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

  d. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

  e. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**19. Non-Renewal.** We may elect not to renew this policy. We may do so by delivering to the Additional Named Insured, or mailing to the Additional Named Insured at the mailing address shown on the Additional Insured Endorsement, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**20. Liberalization Clause.** If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**21. Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured Mortgagee or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision. 

**22. Assignment.** Assignment of this policy shall not be valid unless we give our written consent.

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1988

| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) **STANDARD FLOOD HAZARD DETERMINATION** | Adapted from FEMA Form 81-93 Oct 02 | O.M.B. No. 3067-0264 Expires October 31, 2005 |
|---|---|---|

### SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property) PROPERTY ADDRESS (Legal Description may be attached) |
|---|---|
| Account: 140719      Branch: <br><br>DOVENMUEHLE MORTGAGE, INC<br>1501 WOODFIELD RD.<br>ORIGINATION ONLY<br>SCHAUMBURG, IL 60173<br>ATTN: WILLIAM B. CORCORAN<br>Fax (847)330-8101    Phone (847)330-8019 | Borrower: CLARK,ARTHUR E<br><br>Location Address Provided:          Location Address Found:<br>8530 S COUNTY RD 55                  8530 S COUNTY ROAD 55<br>COTTONWOOD, AL 36320            COTTONWOOD, AL 36320-3328<br><br>Other Location Information Provided: |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER <br> 3003072091 | 5. AMOUNT OF FLOOD INSURANCE REQUIRED <br> $ |
|---|---|---|

### SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name <br> HOUSTON COUNTY | 2. County(ies) <br> Unincorporated Areas | 3. State <br> AL | 4. NFIP Community Number <br> 010098 |
|---|---|---|---|

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2. NFIP Map Panel Effective / Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | _____ <br> Date | A | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY**   (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).  [X] Regular Program  [ ] Emergency Program

2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP.

3. [ ] Building/Mobile Home is in a Coastal Barrier Resources System (CBRS) Area or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.   CBRS/OPA designation date: _____

**D. DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?**         [X] YES    [ ] NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS:**      This loan is monitored by Full Life-of-Loan
Order Number: 44266976 CD: 6
Received:   07/07/2003        Returned:   07/07/2003   NFIP Program Data:  09/29/1989   Base Flood Elevation: 0
Map Tech Comments:

Explanation of Flood Zone Designation:
 Special Flood Hazard Area. Base Flood Elevations (BFEs) are not provided.

Flood Insurance Information:
*Flood Insurance Amount given above is an estimate based on loan amount provided. Flood Insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP. Flood Insurance Maximums for this community are: Residential (Single Family, 2-4 Family and other residential) $250,000.  Non-Residential $500,000.

HMDA/Census Geographics:  NOT REQUESTED

| This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map. |
|---|

**F. PREPARER'S INFORMATION**

| GEOTRAC <br> *Geographic Information Systems Technologies* | Geotrac <br> 3900 Laylin Road <br> Norwalk, OH 44857 <br> 1-800-GEOTRAC | 44266976 CD: 6 | DATE OF DETERMINATION <br> 07/07/2003 |
|---|---|---|---|

DEFENDANT'S EXHIBIT

7

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

September 25, 2003

Loan No:     3003072091
Property:    8530 S County Rd 55
             Cottonwood AL 36320

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

Flood Zone:    A
Panel No:      0335E
Community No:  01069C
Map Date:      07/07/03

### NOTICE OF FLOOD INSURANCE REQUIREMENT

Dear Mortgagor(s):

Federal law requires lenders to ensure that flood insurance is
obtained and maintained for properties located in a Special Flood
Hazard Area ("SFHA").

As a result of a recent flood map revision of your community, it
has been determined that your property is now located in a SFHA.
The specific flood map affecting your property is identified above.
Therefore, you are now required to purchase flood insurance and
provide proof of coverage within 45 days of the date of this notice.
If you fail to provide such proof of coverage, we are required to
obtain coverage on your behalf. However, please be aware that the
insurance we obtain may cost substantially more than insurance you
can purchase from your insurance agent, and it may offer less coverage
than you wish. We encourage you to contact your insurance agent to
obtain your own insurance.

The flood insurance coverage must be at least equal to the greater
of 1) the outstanding principal balance of your loan, or 2) 80% of
the replacement value of your property, up to the maximum limit of
available coverage ($250,000). The deductible may not exceed the
greater of $1,000, or 1% of the policy's insurance limits.

If you reside in a condominium or townhouse and are insured under a
master policy issued to the homeowners association, please provide
us with a copy of the current policy for our review.

If you disagree with the determination that your property is located
in an SFHA, you may contact FEMA at 877-336-2627 (877-FEMA-MAP).



DEFENDANT'S
EXHIBIT

8

**AmSouth Bank**
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AMSOUTH®

Page 2 of 2
September 25, 2003
3003072091

FEMA will request written, factual evidence as to why you feel this determination may be inaccurate. This evidence can come from a community official, surveyor or registered engineer. Should FEMA subsequently determine that your property is not in a SFHA, FEMA will issue a Letter of Map Amendment (LOMA) or a letter of Map Revision (LOMR). Flood insurance will no longer be required when you present this letter to us.

Please note that pursuing a LOMA or LOMR does not remove the requirement that you obtain flood insurance coverage within 45 days. If FEMA subsequently issues a LOMA or LOMR, flood insurance will no longer be required, and you should be entitled to a full refund of the flood insurance premiums you paid. If you purchased insurance and we did not obtain it on your behalf, you will be responsible for obtaining any refund.

Please send proof of flood insurance coverage to:

AmSouth Bank
P.O. Box 57046
Irvine, CA  92619-7046

Sincerely,


AmSouth Bank


AM901/TKH



# Federal Emergency Management Agency
### Washington, D.C. 20472

04/13/2004

Mr Arthor Clark
8530 South County Road 55
Cotton, AL 36320

Dear Mr Clark:

You requested the Federal Emergency Management Agency (FEMA) Map Assistance Center to
send this information regarding the FEMA National Flood Insurance Program (NFIP) Flood
Insurance Rate Map.

    Enclosed is a package containing the following documents including detailed
information and forms.
* MT-EZ                                          **Quantity:** 1

If you have questions regarding the enclosures or if you have any additional questions regarding
the FEMA NFIP maps, please call the FEMA Map Assistance Center toll free at 1-877-FEMA
MAP (1-877-336-2627).

You may also want to visit us on the Web at www.fema.gov/mit/tsd.

Page 1 of 1









ZONE X

ZONE A

ZONE A

1

ZONE A

1'=1000'

ZONE X

Town of
Cottonwood
010102

12

RM
335-2

ZONE X

ZONE A

LIMIT OF
DETAILED
STUDY

55

ZONE X

ZONE A

7

160

ZONE AE

158

157

Boggy
Creek

13

18

GENE TERRY

GENE TERRY ROAD

ASHFORD ROAD

JOINS PANEL 0345

In addition to this form (MT-EZ), ALL requests must include the following:

- Copy of the Subdivision Plat Map (with recordation data and stamp of the Recorder's Office)
  **OR**
  Copy of the Property Deed (with recordation data and stamp of the Recorder's Office), accompanied by a tax assessor's map or other certified map showing the surveyed location of the property relative to local streets and watercourses

- Copy of the effective FIRM panel and/or Flood Boundary and Floodway Map (FBFM) (if applicable) on which the property location has been accurately plotted

- Please include a map scale on all maps submitted

If your request concerns property in...

| FEMA Regions VIII, IX, and X | FEMA Regions V, VI, and VII | FEMA Regions I - IV |
|---|---|---|
| Include: Alaska, American Samoa, Arizona, California, Colorado, Guam, Hawaii, Idaho, Montana, Nevada, North Dakota, Oregon, South Dakota, U.S. Trust Territory of the Pacific Islands, Utah, Washington, and Wyoming | Include: Arkansas, Illinois, Indiana, Iowa, Kansas, Louisiana, Michigan, Minnesota, Missouri, Nebraska, New Mexico, Ohio, Oklahoma, Texas, and Wisconsin | Include: Alabama, Connecticut, Delaware, District of Columbia, Florida, Georgia, Kentucky, Maine, Maryland, Massachusetts, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, U.S. Virgin Islands, Vermont, Virginia, and West Virginia |
| Mail your request to... | | |
| FEMA<br>LOMA Depot<br>3601 Eisenhower Avenue, Suite 600<br>Alexandria, VA 22304-6425<br>Attn.: LOMA Manager | FEMA<br>LOMA Depot<br>12101 Indian Creek Court<br>Beltsville, MD 20705 | FEMA<br>LOMA Depot<br>P.O. Box 2210<br>Merrifield, VA 22116-2210<br>Attn.: LOMA Manager |



**FEMA Regions**

B – This section must be completed by a registered professional engineer or licensed land surveyor.

NOTE: If an NFIP Elevation Certificate has already been completed for this property, it may be submitted in addition to this form.

**Applicable Regulations**

The regulations pertaining to LOMAs are presented in the National Flood Insurance Program (NFIP) regulations under Title 44, Chapter I, Parts 70 and 72, Code of Federal Regulations. The purpose of Part 70 is to provide an administrative procedure whereby FEMA will review information submitted by an owner or lessee of property who believes that his or her property has been inadvertently included in a designated SFHA. The necessity of Part 70 is due in part to the technical difficulty of accurately delineating the SFHA boundary on an NFIP map. Part 70 procedures shall not apply if the topography has been altered since the effective date of the first NFIP map [e.g., a Flood Insurance Rate Map (FIRM) or Flood Hazard Boundary Map (FHBM)] showing the property to be within the SFHA.

**Basis of Determination**

FEMA's determination as to whether a structure or legally recorded parcel of land, or portions thereof, described by metes and bounds, may be removed from the SFHA will be based upon a comparison of the Base (1%-annual-chance) Flood Elevation (BFE) with certain elevation information. For Zone A areas with no BFE determined, refer to *Managing Floodplain Development in Approximate Zone A Areas, A Guide for Obtaining and Developing Base (100-Year) Flood Elevations*. The elevation information required is dependent on whether a structure, or a legally recorded parcel of land, is to be removed from the SFHA.

| Item to be Removed from the SFHA: (check one) | Elevation Information Required: (complete Item 4) |
|---|---|
| ☐ Structure located on natural grade (LOMA) | Lowest Adjacent Grade to the structure (the elevation of the lowest ground touching the structure including attached decks or garage) |
| ☐ Undeveloped legally recorded parcel of land (LOMA) | Elevation of the lowest ground on the parcel or within the portion of land to be removed from the SFHA (skip to Item 2) |

1.  What is the type of construction?  (check one)     ☐ crawl space     ☐ slab on grade     ☐ basement/enclosure

     ☐ other (explain)

2.  **BUILDING INFORMATION**

Building Street Address (including Apt. Unit, Suite, and/or Bldg. No.):

Property Description (Lot and Block Number, Tax Parcel Number, Legal Description, etc.):

3.  **FLOOD INSURANCE RATE MAP (FIRM) INFORMATION**

| NFIP Community Number: | Map & Panel Number: | Base Flood Elevation: |
|---|---|---|
| | | |

4.  **ELEVATION INFORMATION (SURVEY REQUIRED)**

*   Lowest Adjacent Grade (LAG) to the structure                              ft. (m)
*   Elevation of the lowest grade on the property; or, metes and bounds area          .          ft. (m)
*   Indicate the datum (and datum conversion if different from NGVD 29 or NAVD 88)
*   Has FEMA identified this area as subject to land subsidence or uplift?          ☐ Yes  ☐ No
*   If Yes, what is the date of the current releveling?

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Certifier's Name: | License No.: | Expiration Date: | |
|---|---|---|---|
| Company Name: | Telephone No.: | Fax No.: | Seal (optional) |
| Signature: | | Date: | |

(See attached address listing for LOMAs)

**FEDERAL EMERGENCY MANAGEMENT AGENCY**

| APPLICATION FORM FOR SINGLE RESIDENTIAL LOT OR STRUCTURE AMENDMENTS TO NATIONAL FLOOD INSURANCE PROGRAM MAPS | O.M.B. NO. 3067-0257 Expires May 31, 2005 |
|---|---|

### PAPERWORK REDUCTION ACT

Public reporting burden for this form is estimated to average 2.4 hours per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, S.W., Washington DC 20472, Paperwork Reduction Project (3067-0257). Submission of this form is required to obtain or retain benefits under the National Flood Insurance Program.

This form should be used to request that the Federal Emergency Management Agency (FEMA) remove a single structure or legally recorded parcel of land or portions thereof, described by metes and bounds, certified by a registered professional engineer or licensed land surveyor, from a designated Special Flood Hazard Area (SFHA), an area that would be inundated by the flood having a 1%-chance of being equaled or exceeded in any given year (base flood), via Letter of Map Amendment (LOMA). It shall not be used for requests submitted by developers, for requests involving multiple structures or lots, for property in alluvial fan areas or coastal high hazard areas (V zones), or requests involving the placement of fill. (NOTE: Use MT-1 forms for such requests). Fill is defined as material placed to raise the grade to or above the Base Flood Elevation (BFE). The common construction practice of removing unsuitable existing material (topsoil) and backfilling with select structural material is not considered the placement of fill if the practice does not alter the existing (natural grade) elevation, which is at or above the BFE. Also, fill that is placed before the date of the first National Flood Insurance Program (NFIP) map showing the area in an SFHA is considered natural grade.

| LOMA: | A letter from FEMA stating that an existing structure or parcel of land that has not been elevated by fill would not be inundated by the base flood. |
|---|---|

A – This section may be completed by the property owner or by the property owner's agent.

1. Has fill been placed on your property?

   ☐ No   ☐ Yes – If Yes, STOP!! – You must complete the MT-1 application forms; visit http://www.fema.gov/mit/tsd/dl_mt-1.htm or call the FEMA Map Assistance Center toll free: (877-FEMA MAP) (877-336-2627)

2. Legal description of Property (Lot, Block, Subdivision) and street address of the Property (if different from mailing address):

3. Are you requesting that the flood zone designation be removed from (check one):

   ☐ Your entire legally recorded property?

   ☐ A portion of your legally recorded property? (a metes and bounds description and map of the area to be removed, certified by a registered professional engineer or licensed land surveyor are required)

   ☐ A structure on your property? What is the date of construction?

All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Applicant's Name: | Company: |
|---|---|
| Mailing Address: | Daytime Telephone No.: |
| E-mail address: | Fax No.: |
| Signature of Applicant (required) | Date |

**End of Section A**

FEMA Form 81-92, MAY 02                MT-EZ Form                Page 1 of 3

Oct. 28, 2003

To Whom It May Concern,

When I was first contacted about buying flood insurance, I called Am South Mortgage and talked to Rose she told me not to do anything about this until she called me back. I have not heard from her there fore I am inclosing a check for principal and interest only. My house is not in a flood area the whole town of Cottonwood would be under water before water would get in my house.

Sincerely,
Earl Clark

PS

I have called several times and have not recieved a response.

DEFENDANT'S EXHIBIT 10

EARL CLARK D/L AL2797995 3-27-51
ELLEN CLARK D/L AL2404931 5-25-47
Ph. 334-691-3283
8530 S. Co. Rd. 55
Cottonwood, AL 36320

2317
61-1/620

10-28-03 Date

Pay to the Order of Am South Mortgage Banking $ 783.91

Seven hundred Eighty three + 91/100 Dollars

AmSouth BANK
THE RELATIONSHIP PEOPLE

For 300 3072091 Principal and Interest Only    Earl Clark

⑆06 20000119⑆ 0018980120⑈ 2317

# STANDARD FLOOD HAZARD DETERMINATION

Adapted from
FEMA Form 81-93 Oct 02

O.M.B. No. 3067-0264
Expires October 31, 2005

## SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**

Account  140719    Branch:

DOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: SHIRLEY

Fax (847)330-8101 Phone (847)330-8019

**2. COLLATERAL** (Building/Mobile Home/Personal Property)
*(Legal Description may be Attached)*
Borrower: CLARK, ARTHUR E
*Location Address Provided:*

8530 S COUNTY RD 55
COTTONWOOD, AL 36320

PROPERTY ADDRESS

*Location Address Found:*

8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3328

*Other Location Information Provided:*

**3. LENDER ID. NO.**

**4. LOAN IDENTIFIER**
3003072091

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**
$

## SECTION II - NFIP INFORMATION

### A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

### B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2 NFIP Map Panel Effective/Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | | A | |
| | | Date | | |

### C. FEDERAL FLOOD INSURANCE AVAILABILITY    (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).    [X] Regular Program   [ ] Emergency Program

2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP

3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.

CBRS/OPA designation date: _____

### D. DETERMINATION

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?**

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

[X] YES    [ ] NO

### E. COMMENTS

*Geo Number:*  44266976  CO: 6  This loan is monitored by Full Life-of-Loan

*Map Tech Comments:*  Received: 07/07/2003    Returned: 07/07/2003    NFIP Program Date: 09/29/1989    Base Flood Elevation:

RE-EVALUATION DONE WITH NO CHANGE TO ORIGINAL FLOOD CERTIFICATION    12/26/03

*Explanation of Flood Zone Designation:*

Special Flood Hazard Area. Base Flood Elevations (BFEs) are not provided.

*Flood Insurance Information:*

*Flood Insurance Amount given above is an estimate based on loan amount provided. Flood insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP. Flood Insurance Maximums for this community are: Residential (Single Family. 2-4 Family and other residential) $250,000. Non-Residential $500,000.

*HMDA/Census Geographics:*  NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

### F. PREPARER'S INFORMATION

Geotrac
3900 Laylin Road
Norwalk, OH 44857
1-800-GEOTRAC

44266976    CO: 6

DATE OF DETERMINATION
07/07/2003

DEFENDANT'S
EXHIBIT

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AMSOUTH®

March 08, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood              AL 36320

SUBJECT:  Notice of Default                    Via Certified Mail
          Loan Number 3003072091

Dear Mortgagor:

According to the terms of your loan documents, you agreed to make
monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice
is hereby given that:

1.  You have breached the contractual obligation of the Deed of Trust/
    Mortgage, in that you failed to make your monthly payments required
    by the note.  Your loan is now in default.

2.  In order to cure this default, you must contact this office to
    Obtain the amount necessary to cover the delinquent installments
    and any other fees and costs incurred.

3.  Payment of that amount must be received no later than 35 days
    after the date of this letter. Payment of said amount will cure
    this breach.  Payment must be made by certified funds, which may
    be in the form of either a money order or a cashier's check.

4.  Failure to cure such breach on or before the date specified in
    item 3 may result in the immediate acceleration of the principal
    balance secured by the Deed of Trust/Mortgage and the sale of the
    property covered therein.  There is a possibility that a fore-
    closure deficiency judgement might be pursued if the foreclosure
    proceedings are undertaken.

5.  You have the right to reinstate your loan after acceleration and
    the right to assert in any foreclosure proceeding the non-
    existence of a default or any other defense of the borrower to
    acceleration and foreclosure.



DEFENDANT'S
EXHIBIT

12

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AmSouth®**



March 08, 2004
Page 2 of 2
A E Clark


If you do not understand this letter and have an attorney, you should
seek his/her advice.  Otherwise, you are urged to contact this office
immediately.

Sincerely,


Collection Department


CALL TOLL FREE ----------------------------------------1-888-393-3998

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL056/RJO

**AmSouth Bank**
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AmSouth®**

March 08, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320



RE:  Loan Number 3003072091

Dear Mortgagor(s):

Your mortgage payments are past due.  If you cannot bring your
account up to date, the following are some possible alternatives to
foreclosure:

        1.  Modification
        2.  Payment Plan
        3.  Sale of Property
        4.  Voluntary Conveyance
        5.  Short Sale
        6.  Partial Claim (FHA Loans Only)

If your delinquency is due to circumstances beyond your control, you
may qualify for one of the above.

We have included a pamphlet listing local HUD offices.  If you need
credit counseling, please contact the HUD office nearest you.

If you have any questions, please contact our office at 1-888-393-3998.

Sincerely,

Collection Department

CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8 a.m. - 5 p.m., CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

enclosure 426-h

SL018/RJO

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

April 02, 2004



Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:   Loan Number 3003072091

Dear Mortgagor(s):

You owe $ 2,904.23, the total due for the 02/01/04 through
04/01/04 payments.

Since you have not sent the full amount due or made reasonable
arrangements for repayment, we are reviewing your file for possible
referral to the Foreclosure Review Board.

It is not too late to prevent foreclosure.  You must either have the
full amount due in our office by April 09, 2004 or call us by that date
to discuss possible alternatives.  If you do not respond to this
request, we will assume you have no interest in keeping your home.

If the Foreclosure Department Review Board agrees, we will ask
attorneys to begin legal action on your account.  If you decide to
reinstate after legal action has begun, you will be responsible for
attorney fees along with the delinquent payments.

Please do not pass up what may be your last chance to prevent
foreclosure.  Call our office at 1-888-393-3998, or send the full
amount due immediately.

Sincerely,


Collection Department

CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8:00 a.m. - 5:00 p.m. CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL054/MCR



DEFENDANT'S
EXHIBIT

13

**AmSouth Bank**
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

April 02, 2004


Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320


RE:  Loan Number 3003072091


Dear Mortgagor:

Our review of your loan shows you may qualify for a pre-foreclosure sale.
A pre-foreclosure sale is a sale of the property wherein the lender
agrees to accept the proceeds of the sale in satisfaction of a defaulted
mortgage.  These proceeds may be less than the amount owed on the
mortgage in order to avoid foreclosure.

We try to help our mortgagors whose hardship requires that they sell
their home.  There may be problems selling the property if the value
has declined to less than the amount owed on the mortgage.

Preforeclosure sale is a possible alternative to foreclosure.  We
encourage you to contact our office to receive more information.

Sincerely,



Collection Department


CALL TOLL FREE --------------------------------------1-888-393-3998


THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.


SL072/MCR

**AmSouth Bank**
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AMSOUTH°

May 04, 2004


Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320


RE:  Loan Number 3003072091


Dear Mortgagor(s):

You owe $ 2,949.94, the total due for the 03-01-2004 through
05-01-2004 payments.

Since you have not sent the full amount due or made reasonable
arrangements for repayment, we are reviewing your file for possible
referral to the Foreclosure Review Board.

It is not too late to prevent foreclosure.  You must either have the
full amount due in our office by May 11, 2004 or call us by that date
to discuss possible alternatives.  If you do not respond to this
request, we will assume you have no interest in keeping your home.

If the Foreclosure Department Review Board agrees, we will ask
attorneys to begin legal action on your account.  If you decide to
reinstate after legal action has begun, you will be responsible for
attorney fees along with the delinquent payments.

Please do not pass up what may be your last chance to prevent
foreclosure.  Call our office at 1-888-393-3998, or send the full
amount due immediately.

Sincerely,


Collection Department

CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8:00 a.m. - 5:00 p.m. CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL054/BOL


DEFENDANT'S EXHIBIT

14



*Where technology and service
revolve around you*



May 4, 2004

Geo # 44266976
Arthur Clark
8530 S. County Road 55
Cottonwood, AL 36320-3328

Occasionally situations arise where a structure is shown as being in a federally defined Special Flood Hazard Area (SFHA) even though the structure is, in fact, elevated above the 100 year flood elevation. This occurs because federal flood maps may not reflect every rise and fall in terrain. Flood Zones may be drawn incorrectly and include areas not actually in a "100 year flood plain," but show in the SFHA.

These maps are the only legal source of flood information used to determine if flood insurance is required. Until the map is changed through a legal process, lenders are bound by the information shown on the Federal Insurance Administration maps and cannot make any determination contrary to the in-force map. Federal law allows no discretion by the lender or their flood vendors. Other sources of flood information: local officials, surveyors, appraisers, private flood studies elevation certificates and elevation data can not be used to waive the flood insurance requirement.

Fortunately, there is a procedure for resolving such issues. The Federal Insurance Administration has created a system where a property owner may submit elevation materials in support of a Letter of Map Amendment (LOMA) to remove the property or structure from the SFHA. Lenders, community officials, county engineers, surveyors, and other agencies have no authority in this matter.

While awaiting a LOMA, you will be required to carry federal flood insurance. Once a LOMA is issued, your lender may waive the flood insurance requirement and your flood insurance premium may be refunded.

Enclosed is an application and directions for a LOMA. I am available to assist you in the process free of charge. Please contact me at 1-800-436-8722 extention 4131 with any questions. Additionally, you may contact the Federal Emergency Management Agency at 1-877-336-2627.

Sincerely,

*Marsha Nichols*

Marsha Nichols
Client Service Representative

DEFENDANT'S
EXHIBIT

15

FEDERAL EMERGENCY MANAGEMENT AGENCY
## ELEVATION FORM

*O.M.B. NO. 3067-0147*
*Expires September 30, 2005*

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 1 hour per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number appears in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, SW, Washington DC 20472, Paperwork Reduction Project (3067-0147). Submission of the form is required to obtain or retain benefits under the National Flood Insurance Program. **Please do not send your completed survey to the above address.**

This form must be completed for requests and must be completed and signed by a registered professional engineer or licensed land surveyor. A FEMA National Flood Insurance Program (NFIP) Elevation Certificate may be submitted in addition to this form for single structure requests.

For requests to remove a structure on natural grade OR on engineered fill from the Special Flood Hazard Area (SFHA), submit the lowest adjacent grade (the lowest ground touching the structure), including an attached deck or garage. For requests to remove an entire parcel of land from the SFHA, provide the lowest lot elevation; or, if the request involves an area described by metes and bounds, provide the lowest elevation within the metes and bounds description.

1. NFIP Community Number: **335**   Property Name or Address: *Arthur Earl Clark*
   *8530 S. County Rd. 55, Cottonwood, Al 36320*

2. Are the elevations listed below based on ☒ existing or ☐ proposed conditions? (Check one)

3. What is the elevation datum? *NAVD 88* If any of the elevations listed below were computed using a datum different than the datum used for the effective Flood Insurance Rate Map (FIRM) (e.g., NGVD 29 or NAVD 88), what was the conversion factor?
   *Marker P-390*
   *Houston Co., Alabama*   Local Elevation +/- ft. = FIRM Datum

4. For the existing or proposed structures listed below, what are the types of construction? (check all that apply)
   ☒ crawl space   ☐ slab on grade   ☐ basement/enclosure   ☐ other (explain)

5. Has FEMA identified this area as subject to land subsidence or uplift? (see instructions)   ☐ Yes   ☐ No
   If yes, what is the date of the current releveling? ___ / ___ (month/year)

| Lot Number | Block Number | Lowest Lot Elevation | Lowest Adjacent Grade To Structure (✳) | Base Flood Elevation | For FEMA Use Only |
|---|---|---|---|---|---|
| *Parcel I.D.* | | | | | |
| *19-01-12-0-000-002.* | | *170.62* | *172.00* | | |

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Certifier's Name: *James R. Brannon* | License No.: *P.E. # 12543* | Expiration Date: *12-31-04* |
|---|---|---|
| Company Name: *Polyengineering, Inc.* | Telephone No.: *334-793-4700* | Fax No.: *334-793-9015* |
| Signature: *James R. Brannon* | Date: *5-17-04* | |

*Contacts were made to FEMA to determine*
*Base Flood Elevation. None were available.*

*✳ Floor Elevation of Structure = 175.02*

[Seal: ALABAMA, REGISTERED, James R. Brannon, NO. 12543, PROFESSIONAL ENGINEER, 5-17-04, Seal (optional)]

FEMA Form 81-87A, SEPT 02          Elevation Form          MT-1 Form 2 Page 1 of 2



DEFENDANT'S EXHIBIT
16



BURL LEE RD.

14
368.3'

8.003

1.001
6.97Ac

3
58Ac(c)

2.001

13.003

16

13.001

15
200.75

13.004

14
4.5Ac

1
148.18Ac(c)

DYRAS ROAD

SOUTH COUNTY 55 ROAD



**Geographic Information Systems Specialists**



**To: Earl Clark**
**Company: Homeowner**
**Fax Number: (334)-691-4053**

**From: Suzi Smith   Phone: (800)436-8722   Ext: 4140**

**Date: 05/28/2004      Pages (including cover): 1**

**Hello Earl!**
**After re-evaluation of the location of your home @8530 S. County Road 55 (our geo#44266976) we find your structure is just outside SFHA in Zone CX. We did add comments "SFHA Zone A extremely close to structure" & "Structure location based on map provided". I have called & resent to Dovenmuehle Mtg an updated flood zone determination stating "NO flood insurance required". You have a safe & happy holiday weekend! Please call if I can be of further assistance to you.**

**Thank you!**

*Suzi Smith*

**Suzi Smith**

**C/S Recheck Coordinator**

**Geotrac, Inc.**

**(ph) 800-GEOTRAC (436-8722) Ext. 4140**

**(fax) 419-663-8603  (email) suzi@geotrac.com**

Geotrac ◆ 3900 Laylin Road ◆ Norwalk, Ohio 44857

Client Service Center (800) 555-4032 ◆ Fax (800) 456-7938

Geo Fax.doc Revised 1/



**DEFENDANT'S EXHIBIT**

*17*

**FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)**
**STANDARD FLOOD HAZARD DETERMINATION**

Adopted from
FEMA Form 81-93 Oct 02

O.M.B. No. 3067-0264
Expires October 31, 2005

## SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**

Account: 140719    Branch:

DOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: EARL CLARK

Fax (334)691-4053 Phone (847)330-8819

**2. COLLATERAL (Building/Mobile Home/Personal Property)**
**(Legal Description may be Attached)**
Borrower: CLARK, ARTHUR E

Location Address Provided:

8530 S COUNTY RD 55
COTTONWOOD, AL 36320

**PROPERTY ADDRESS**

Location Address Found:

8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3320

Other Location Information Provided:

**3. LENDER ID. NO.**

**4. LOAN IDENTIFIER**
3003072091

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**
$

## SECTION II - NFIP INFORMATION
**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | X (C) | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY    (Check all that apply)**

1. [x] Federal Flood Insurance is available (community participates in NFIP).    [x] Regular Program    [ ] Emergency Program

2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP

3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.    CBRS/OPA designation date: _____

**D. DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA
(ZONES CONTAINING THE LETTERS "A" OR "V")?**
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

[ ] **YES**    [x] **NO**

**E. COMMENTS**

Geo Number:    44266976  CD: 6        This loan is monitored by Full Life-of-Loan

Map Tech Comments:  Received: 07/07/2003    Returned: 07/07/2003    NFIP Program Date: 09/29/1989    Base Flood Elevation:

SFHA ZONE A EXTREMELY CLOSE TO STRUCTURE.  STRUCTURE LOCATION BASED ON MAP PROVIDED.  REDETERMINATION DUE TO ADDITIONAL
RESEARCH AND/OR INFORMATION.        05/28/04

Explanation of Flood Zone Designation:

Area of minimal or moderate flood risk hazard subject to flooding from severe storm activity or local drainage
problems.

Flood Insurance Information:

HMDA/Census Geographics:  NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other
information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**



Geotrac
3900 Laylin Road
Norwalk, OH 44857
1-800-GEOTRAC

44266976  CD: 6

**DATE OF DETERMINATION**
07/07/2003



**AmSouth Bank**
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AMSOUTH®

May 28, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:  Loan Number 3003072091

Dear Mortgagor(s):

This letter is to confirm that your property does not lie in a special
flood hazard area.  You are not required to carry flood insurance at
this time.  Therefore, we have canceled the flood insurance requirement
and/or any force place coverage.  Due to the constant changes in
government regulations, it may be later determined that your property
lies in a special flood hazard area and will be required to carry flood
insurance.

Please sign the enclosed release of liability and return to us at the
address listed below, along with a written request to delete your flood
insurance escrow. We will only delete your flood insurance escrow after
receipt of the required documentation.

If you have any questions, please contact our Customer Service
Department at 1-800-333-4471.

Sincerely,

Shirley Hom
Insurance Rep.
Escrow/Insurance

Enclosure

AM903/SHM

**DEFENDANT'S
EXHIBIT**

18


Post Office Box 59720
Schaumburg, IL 60159-0720



**AMSOUTH**®

## RELEASE OF LIABILITY

Date: May 28, 2004

Loan Number:  3003072091

Borrower(s):   Arthur E Clark
               Barbara E Clark

Property Address:  8530 S County Rd 55
                   Cottonwood AL 36320

I/We the undersigned borrowers do hereby understand that the above mentioned property is located in a flood zone X(C).

I/We further agree that, given the location of this property, we will hold AmSouth Bank harmless for any current or future flooding of any part of this property and any consequences thereof.  I,We hereby release any liability of AmSouth Bank in the event the property has damage due to a flood while under the terms of my/our mortgage.

Dated this _____ day of _____, 20__


_____        _____
Borrower                         Co-Borrower


Subscribed and sworn to before me this _____ day of
_____, 20__.

_____
Notary


AM905/SHM

CONFIRMATION OF CANCELLATION OF LENDER PLACED INSURANCE

**AMSOUTH BANK**
**ITS SUCCESSORS AND/OR ASSIGNS**
**P.O. BOX 57046**
**IRVINE, CA 92619-7046**

NOTIFICATION DATE: 06/04/04

LOAN NUMBER: 3003072091

EVIDENCE NUMBER: FLR470164921

8001003 01 MB 0.398  **AUTO   T3.0 8625 36320-332830 C1-1
**ARTHUR E CLARK**
**BARBARA E CLARK**
**8530 S COUNTY RD 55**
**COTTONWOOD AL 36320-3328**

PROPERTY LOCATION:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

I.Il.I..II..I.I.III.....II..II..I.II.I..II.I..I.II

Dear Arthur E Clark:

The insurance AMSOUTH BANK placed on the property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED.

Any unearned insurance premium paid will be refunded to your escrow account.

Sincerely,

Empire Fire and Marine Insurance Company
c/o AMSOUTH BANK

PLEASE NOTE:  If you have any questions or need additional information, please call AMSOUTH BANK Customer Service Department at 800-333-4471. Your call may be monitored for quality assurance.



DMCN1F01  05/24/04

X01-0001003 0001943

19



**POLYENGINEERING, INC.**
ARCHITECTURE. ENGINEERING. SOLUTIONS.

*Questions # 2/5*

September 1, 2004

Mr. Earl Clark
8530 South County Road 55
Cottonwood, Alabama 36320

RE:    Flood Survey and Certification

Dear Mr. Clark:

Attached is our invoice in connection with providing engineering services to resolve the FEMA Flood Plain issue for your residence.

If you have any questions concerning this invoice, please feel free to call.

Sincerely,

POLYENGINEERING, INC.

*James R. Brannon*

James R. Brannon, P.E.

JRB/cno

cc:    31-414C

DEFENDANT'S EXHIBIT
20

POST OFFICE BOX 837 (36302)
1935 HEADLAND AVENUE
DOTHAN, ALABAMA 36303

CIVIL, MECHANICAL, ELECTRICAL, ENVIRONMENTAL ENGINEERING
ARCHITECTURE • ENVIRONMENTAL CONSULTING AND LAB TESTING • PLANNING

PHONE 334-793-4700
FAX 334-793-9015
FL AA C001543
WWW.POLYENGINEERING.COM



# POLYENGINEERING, INC.
## ARCHITECTURE. ENGINEERING. SOLUTIONS.

Polyengineering, Inc
P.O. Box 837, Dothan, AL 36302
Telephone - (334) 793-4700
Fax - (334) 793-9015
www.polyengineering.com

**TO:**   **Mr. Earl Clark**
**8530 South County Road 55**
**Cottonwood, AL 36320**

**INVOICE:**   9449
**DATE:**   09/01/04
**TERMS:**   **NET 30 Days**
**JOB NO.:**   31-414

---

## PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

Engineering services in connection with surveying and certifications to FEMA to remove property from 100 Year Flood Plain.

Surveying - 11 hrs @ $40.38/hr . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $444.18

Engineering - 3 hrs @ $131.79/hr . . . . . . . . . . . . . . . . . . . . . . . . . . . $395.37

**Total Amount Due**                                          $839.55

.P.O. Box 2000
Chester, PA 19022

RETURN SERVICE REQUESTED

10/27/2005    TransUnion.

Your TransUnion File Number:    146321129
Password:                      62A95KK3
Login Expiration Date:         11/30/2005

P038S600300779-I010213
ARTHUR E. CLARK
8530 S COUNTY ROAD 55 55
COTTONWOOD, AL 36320

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week** anytime before the Login Expiration Date provided above. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at https://review.transunion.com
**Step 2.** Type Your TransUnion File Number and password as provided above.
**Step 3.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

DEFENDANT'S
EXHIBIT

21

Your Credit Score is:

Score created on: 10/27/2005

This will show a numerical depiction of your creditworthiness.

| 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 |

Lowest ———————————————————————— Highest

This will show how you compare to the general population.

| 0% | 20% | 40% | 60% | 80% | 100% |

Lowest ———————————————————————— Highest

This will show how most lenders would view your creditworthiness.

Very Poor    Poor    Fair    Good    Very Good

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $5.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

• How are credit scores used?

A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

• How can I improve my credit score?

A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

• How do inquiries affect my credit score?

Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

# See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

Get your score: www.truecredit.com/score

# Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

Sign up now: www.truecredit.com/protect

| | |
|---|---|
| **File Number:** | 146321129 |
| **Page:** | 1 of 8 |
| **Date Issued:** | 10/27/2005 |

**TransUnion.**

## Personal Information

| | | | |
|---|---|---|---|
| **Name:** | ARTHUR E. CLARK | **SSN:** | XXX-XX-7713 |
| | | **Date of Birth:** | 06/1951 |
| | | **Telephone:** | 691-3283 |
| **Other Names:** | CLARK,EARL | Your SSN is partially masked for your protection. | |
| You have been on our files since 01/1980 | | | |

## CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 8530 S COUNTY ROAD 55 55 |
| | COTTONWOOD, AL 36320 |
| **Date Reported:** | 11/1997 |

## PREVIOUS ADDRESS

| | |
|---|---|
| **Address:** | 219 POB 219, |
| | COTTONWOOD, AL 36320 |
| **Date Reported:** | 08/1994 |
| **Address:** | 86 HAGLER RD |
| | DOTHAN, AL 36301 |

## EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | MUMUAL SAVINGS | **Position:** | |
| **Date Reported:** | 02/2000 | **Hired:** | |
| **Employer Name:** | MUTUAL SAVINGS LIFE INSURANCE | **Position:** | |
| **Date Reported:** | 10/1999 | **Hired:** | |
| **Employer Name:** | SELF | **Position:** | INSURANCE |
| **Location:** | DOTHA N, AL | **Hired:** | |
| **Date Reported:** | 09/1995 | | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### ALLTEL COMMUNICATIONS #6000104674

| | | | | | |
|---|---|---|---|---|---|
| 1 ALLIED DR | | **Balance:** | $0 | **Pay Status:** | ›PAYMENT AFTER CHARGE OFF/COLLECTION‹ |
| BUILDING 5 FLOOR | | **Date Updated:** | 03/2005 | | |
| LITTLE ROCK, AR 72202 | | **High Balance:** | $158 | **Account Type:** | OPEN ACCOUNT |
| (800) 672-2051 | | | | **Responsibility:** | INDIVIDUAL ACCOUNT |
| | | | | **Date Closed:** | 11/2003 |
| | | | | **Date Paid:** | 12/2002 |

**Loan Type:** TELECOMMUNICATIONS/CELLULAR
**Remarks:** ›SETTLED - LESS THAN FULL BAL‹
**Estimated date that this item will be removed:** 11/2009

Consumer Credit Report for ARTHUR E. CLARK

File Number:    146321129
Page:           2 of 8
Date Issued:    10/27/2005

**The following item is suppressed pending credit grantor update:**

**PILGRIM CAPITAL MANAGEMT #3656901**

PO BOX 1965
NORTH FALMOUTH, MA 02556-1965
(800) 238-9551

| | |
|---|---|
| Balance: | $11,190 |
| Date Updated: | 11/2003 |
| Original Amount: | $4,666 |
| Original Creditor: | FIRST OMNI |
| Past Due: | ›$11,190‹ |

Pay Status:        ›COLLECTION ACCOUNT‹
Account Type:      OPEN ACCOUNT
Responsibility:    JOINT ACCOUNT

Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 06/2002
Estimated date that this item will be removed: 08/2007

---

**SOUTHTRUST BANK #00100000000001022**

PO BOX 3117
WINSTON SALEM, NC 27102
(800) 931-3375

Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/1999 |
| High Balance: | $7,029 |
| Collateral: | TRACTOR |
| Terms: | 36 MONTHLY |

Pay Status:        PAID OR PAYING AS AGREED
Account Type:      INSTALLMENT ACCOUNT
Responsibility:    INDIVIDUAL ACCOUNT
Date Open:         02/1998
Date Closed:       03/1999

| Late Payments (02 months) | 30 | 60 | 90+ | Last 2 months | 30 feb '99 | OK |
|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | | | OK |

---

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**AMERICAN EXPRESS #318797492017344682**

PO BOX 297871
FORT LAUDERDALE, FL 33329-7871
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $135 |

Pay Status:        PAID OR PAYING AS AGREED
Account Type:      REVOLVING ACCOUNT
Responsibility:    INDIVIDUAL ACCOUNT
Date Opened:       08/2003
Date Closed:       07/2005

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (25 months) | 30 | 60 | 90+ | Last 25 months | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| OK |
|---|
| aug |

---

**AMERICAN GEN FIN #11931709037834404**

PO BOX 5677
DOTHAN, AL 36302-5677
(334) 792-2163

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 02/1996 |
| High Balance: | $7,429 |
| Terms: | 36 MONTHLY $205 |

Pay Status:        PAID OR PAYING AS AGREED
Account Type:      INSTALLMENT ACCOUNT
Responsibility:    UNDESIGNATED ACCOUNT
Date Opened:       11/1993
Date Closed:       02/1996

Loan Type: AUTOMOBILE

---

**AMSOUTH BANK #5299070499756874**

PO BOX 11007
BIRMINGHAM, AL 35288-0002
Phone number not available

| | |
|---|---|
| Balance: | $100,040 |
| Date Updated: | 10/2005 |
| High Balance: | $100,315 |
| Credit Limit: | $100,000 |
| Terms: | MINIMUM $538 |

Pay Status:        PAID OR PAYING AS AGREED
Account Type:      REVOLVING ACCOUNT
Responsibility:    JOINT ACCOUNT
Date Opened:       03/2002

Loan Type: HOME EQUITY LOAN

| Late Payments (43 months) | 30 | 60 | 90+ | Last 43 months | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

**Consumer Credit Report for ARTHUR E. CLARK**

| | |
|---|---|
| File Number: | 146321129 |
| Page: | 3 of 8 |
| Date Issued: | 10/27/2005 |

**Trans**Union.



---

## AMSOUTH BANK #9002027042

PO BOX 11007
BIRMINGHAM, AL 35288-0002
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 12/2002 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $19,218 | Responsibility: | PARTICIPANT ON ACCOUNT |
| Terms: | 60 MONTHLY | Date Opened: | 07/2002 |
| | | Date Closed: | 12/2002 |

Loan Type: AUTOMOBILE
Remarks: CLOSED

| Late Payments (06 months) | 30 | 60 | 90 | Last 6 months | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | nov | oct | sep | aug | jul | jun |



---

## AMSOUTH BANK ALABAMA #3103003072091

1501 E WOODFIELD RD
SCHAUMBURG, IL 60173-6052
(847) 619-5535

| | | | |
|---|---|---|---|
| Balance: | $80,206 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 10/2005 | Account Type: | MORTGAGE ACCOUNT |
| High Balance: | $114,800 | Responsibility: | JOINT ACCOUNT |
| Terms: | 360 MONTHLY $784 | Date Opened: | 08/1988 |

Loan Type: CONVENTIONAL REAL ESTATE MTG

| Late Payments (48 months) | 30 | 60 | 90 | Last 48 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
| | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct |

---

## ARMY AVIATION FED CR UN. #53822002

341 N DALEVILLE AVE
DALEVILLE, AL 36322-2051
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 09/2003 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $12,140 | Responsibility: | JOINT ACCOUNT |
| Terms: | 50 MONTHLY $291 | Date Opened: | 05/1994 |
| | | Date Closed: | 02/1997 |

Loan Type: AUTOMOBILE
Remarks: CLOSED

---

## CITI CARDS #5121075020766411

8725 W SAHARA AVE
MC 02/02/03
THE LAKES, NV 89163-7802
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $1,679 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 10/2005 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $1,679 | Responsibility: | AUTHORIZED ACCOUNT |
| Credit Limit: | $3,300 | Date Opened: | 03/2003 |
| Terms: | MINIMUM $26 | | |

Loan Type: CREDIT CARD

| Late Payments (30 months) | 30 | 60 | 90 | Last 30 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov |
| | | | | | OK | OK | OK | OK | OK | OK |
| | | | | | sep | aug | jul | jun | may | apr |

---

## CITI CARDS #651955373410

8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 11/2003 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $3,325 | Responsibility: | AUTHORIZED ACCOUNT |
| Credit Limit: | $3,200 | Date Opened: | 06/1993 |

Loan Type: CHARGE ACCOUNT

| Late Payments (48 months) | 30 | 60 | 90 | Last 48 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov |
| | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '00 | dec | nov |





**GEMB/SAM'S CLUB #7714120628138117**
PO BOX 981400
EL PASO, TX 79998
(800) 964-1917
Loan Type: CHARGE ACCOUNT
Late Payments (46 months) — Last 46 months 30/60/90+: 0 0 0

Balance: $0
Date Updated: 10/2005
High Balance: $204
Credit Limit: $1,500
Date Paid: 04/2001
Date Opened: 07/2001
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Pay Status: PAID OR PAYING AS AGREED

**GEMB/LOWES #7981300680087503**
PO BOX 981400
EL PASO, TX 79998
(800) 444-1408
Loan Type: CHARGE ACCOUNT
Late Payments (48 months) — Last 48 months 30/60/90+: 0 0 0

Balance: $0
Date Updated: 10/2005
High Balance: $5,032
Credit Limit: $5,000
Date Paid: 10/2005
Date Opened: 01/1986
Account Type: REVOLVING ACCOUNT
Responsibility: JOINT ACCOUNT
Pay Status: PAID OR PAYING AS AGREED

**FORD MOTOR CREDIT #CPN1189744**
PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000
Loan Type: AUTO LEASE
Remarks: CLOSED
Late Payments (35 months) — Last 35 months 30/60/90+: 0 0 0

Balance: $0
Date Updated: 07/2002
High Balance: $35,508
Terms: 36 MONTHLY $436
Date Closed: 07/2002
Date Opened: 09/1999
Account Type: INSTALMENT ACCOUNT
Responsibility: JOINT ACCOUNT
Pay Status: PAID OR PAYING AS AGREED

**FORD MOTOR CREDIT #CPA161FK01**
PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000
Loan Type: AUTOMOBILE
Remarks: CLOSED
Late Payments (20 months) — Last 20 months 30/60/90+: 0 0 0

Balance: $0
Date Updated: 09/2002
High Balance: $22,144
Terms: 60 MONTHLY $369
Date Closed: 07/2002
Date Opened: 12/2000
Account Type: INSTALMENT ACCOUNT
Responsibility: JOINT ACCOUNT
Pay Status: PAID OR PAYING AS AGREED

**DISCOVER FINCL SVC LLC #6011004680048465**
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available
Loan Type: CREDIT CARD
Late Payments (48 months) — Last 48 months 30/60/90+: 0 0 0

Balance: $0
Date Updated: 10/2005
High Balance: $3,872
Credit Limit: $12,700
Date Paid: 10/2005
Date Opened: 08/1989
Account Type: REVOLVING ACCOUNT
Responsibility: JOINT ACCOUNT
Pay Status: PAID OR PAYING AS AGREED

Consumer Credit Report for ARTHUR E. CLARK

File Number:    146321129
Page:    4 of 8
Date Issued:    10/27/2005

## DISCOVER FINCL SVC LLC #6011004680048465

PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2005 |
| High Balance: | $3,872 |
| Credit Limit: | $12,700 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 08/1989 |
| Date Paid: | 10/2005 |

Loan Type: CREDIT CARD

Late Payments (48 months)  Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | nov | oct | |

## FORD MOTOR CREDIT #CPA161FK01

PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2002 |
| High Balance: | $22,144 |
| Terms: | 60 MONTHLY $369 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 12/2000 |
| Date Closed: | 07/2002 |

Loan Type: AUTOMOBILE
Remarks: CLOSED

Late Payments (20 months) Last 20 months

| X | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 |

## FORD MOTOR CREDIT #CPN1189744

PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2002 |
| High Balance: | $35,508 |
| Terms: | 36 MONTHLY $436 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 09/1999 |
| Date Closed: | 07/2002 |

Loan Type: AUTO LEASE
Remarks: CLOSED

Late Payments (35 months) Last 35 months

| X | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | X | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul |
| X | X | OK | OK | X | OK | OK | OK | OK | OK | | | | | | | | | | | | | | |
| jun | may | apr | mar | feb | '00 | dec | nov | oct | sep | | | | | | | | | | | | | | |

## GEMB/LOWES #7981300686087503

PO BOX 981400
EL PASO, TX 79998
(800) 444-1408

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2005 |
| High Balance: | $5,032 |
| Credit Limit: | $5,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 10/1986 |
| Date Paid: | 10/2005 |

Loan Type: CHARGE ACCOUNT

Late Payments (48 months) Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK |
| sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct |

## GEMB/SAM'S CLUB #7714120628138117

PO BOX 981400
EL PASO, TX 79998
(800) 964-1917

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2005 |
| High Balance: | $204 |
| Credit Limit: | $1,500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 04/2001 |
| Date Paid: | 07/2001 |

Loan Type: CHARGE ACCOUNT

Late Payments (46 months) Last 46 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
| OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | X | X | X | X | OK | OK | OK | OK | OK | OK | | | |
| sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | | |

**Consumer Credit Report for ARTHUR E. CLARK**

| | |
|---|---|
| File Number: | 146321129 |
| Page: | 5 of 8 |
| Date Issued: | 10/27/2005 |

**TransUnion.**

---

### HOUSEHOLD BK/GM CLASSIC #5499441007390837
PO BOX 98706
LAS VEGAS, NV 89193-8706
(800) 947-1000

| | |
|---|---|
| Balance: | $1,721 |
| Date Updated: | 09/2005 |
| High Balance: | $1,721 |
| Credit Limit: | $4,000 |
| Terms: | MINIMUM $38 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 07/2004 |

Loan Type: CREDIT CARD

| Late Payments (14 months) | 30 | 60 | 90+ | Last 14 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul |

---

### HSBC MCRAES #9011410113437312
P O BOX 10327
JACKSON, MS 39209
(601) 968-4293

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $336 |
| Credit Limit: | $1,200 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 07/2005 |
| Date Paid: | 10/2003 |

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED

| Late Payments (29 months) | 30 | 60 | 90+ | Last 29 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |

| OK | OK | OK | OK | OK |
|---|---|---|---|---|
| aug | jul | jun | may | apr |

---

### HSBC NV #5490620170102488
12447 SW 69TH AVE
TIGARD, OR 97223
(800) 917-7587

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $1,880 |
| Credit Limit: | $100 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 12/1997 |
| Date Closed: | 05/1999 |
| Date Paid: | 04/1999 |

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR

| Late Payments (43 months) | 30 | 60 | 90+ | Last 43 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

---

### HSBC PARISIAN #9056500000357308
P O BOX 10327
JACKSON, MS 39289
(205) 916-3052

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $0 |
| Credit Limit: | $300 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2005 |

Loan Type: CHARGE ACCOUNT

| Late Payments (03 months) | 30 | 60 | 90+ | Last 3 months | OK | OK | OK |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun |

---

### PEOPLESSOUTH BANK #1748117739901
203 CRAWFORD ST
COLQUITT, GA 39837
(912) 758-5510

| | |
|---|---|
| Balance: | $2,169 |
| Date Updated: | 09/2005 |
| High Balance: | $3,369 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | PRIMARY BORROWER ON ACCOUNT |
| Date Opened: | 06/2005 |

Loan Type: SECURED

| Late Payments (04 months) | 30 | 60 | 90+ | Last 4 months | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun | may |

Consumer Credit Report for **ARTHUR E. CLARK**

File Number: 146321129
Page: 6 of 8
Date Issued: 10/27/2005

## SAKS INCORPORATED #9011410113437312

3455 HIGHWAY 80 W
JACKSON, MS 39209-7202
(800) 530-7065

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 04/2003 |
| High Balance: | $336 |
| Credit Limit: | $1,200 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 04/2003 |
| Date Paid: | 01/2003 |

Loan Type: CHARGE ACCOUNT
Remarks: PURCHASED BY ANOTHER LENDER

 Late Payments (10 months) 30: 0 60: 0 90+: 0 | Last 10 months

| | OK | OK | OK | OK | OK | X | X | X | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|
| | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun |

## SEARS CARD CYCLES 04/18 #5049948042748568

8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $6,489 |
| Credit Limit: | $5,400 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/1973 |
| Date Paid: | 10/2001 |

Loan Type: CHARGE ACCOUNT

Late Payments (48 months) 30: 0 60: 0 90+: 0 | Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep |

## SOUTHTRUST BANK #9500222527

PO BOX 3117
WINSTON SALEM, NC 27102
(800) 931-3375

| | |
|---|---|
| Balance: | $34,882 |
| Date Updated: | 09/2005 |
| High Balance: | $35,000 |
| Collateral: | 8530 S CO RD 55 |
| Credit Limit: | $35,000 |
| Terms: | MINIMUM $522 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | LINE OF CREDIT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 04/2000 |

Loan Type: HOME EQUITY LOAN

Late Payments (48 months) 30: 0 60: 0 90+: 0 | Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep |

## SOUTHTRUST BANK #68901124

PO BOX 3117
WINSTON SALEM, NC 27102
(800) 931-3375

| | |
|---|---|
| Balance: | |
| Date Updated: | 08/1999 |
| High Balance: | $20,024 |
| Collateral: | 96 CHEV ASTRO |
| Terms: | 60 MONTHLY $333 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/1996 |

 Late Payments (07 months) 30: 0 60: 0 90+: 0 | Last 7 months

| OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '99 |

## SOUTHTRUST BANK #00100000000001022

PO BOX 3117
WINSTON SALEM, NC 27102
(800) 931-3375

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/1998 |
| High Balance: | $3,050 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/1998 |
| Date Closed: | 08/1998 |

Remarks: CLOSED

## SOUTHTRUST BANK #3625088

PO BOX 3117
WINSTON SALEM, NC 27102
(800) 931-3375

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/1998 |
| High Balance: | $6,178 |
| Collateral: | TRACTOR00311 |
| Terms: | 36 MONTHLY |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/1997 |
| Date Closed: | 03/1998 |

Remarks: CLOSED

Consumer Credit Report for ARTHUR E. CLARK

File Number: 146321129
Page: 7 of 8
Date Issued: 10/27/2005

TransUnion.

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**AMERICAN HERITAGE LI VIA GIS/AMERICAN HERITAGE LF**
1776 AMERICAN HERI
LIFE DRIVE
JACKSONVILLE, FL 32224
Phone number not available
Requested On: 08/02/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: EMPLOYMENT

**LINCOLN HERITAGE VIA BIG/LEGACY MKTG GRP**
1105 INDUSTRIAL HY
SOUTHAMPTON, PA 18966
(800) 369-2612
Requested On: 04/15/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: CONSUMER INITIATED TRANSACTION

**WOODMEN ACCIDENT & L VIA GENERAL INFORMATION**
P.O. BOX 353
CHAPIN, SC 29036
(214) 265-8817
Requested On: 09/30/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: EMPLOYMENT

**SHENANDOAH LIFE INSU VIA GENERAL INFORMATION**
P.O. BOX 353
CHAPIN, SC 29036
(214) 265-8817
Requested On: 06/23/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: EMPLOYMENT

**GE GROUP LIFE ASSURA VIA BUSINESS INFO GROUP**
P O BOX 130
SOUTHAMPTON, PA 18966
(800) 260-1680
Requested On: 10/04/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: EMPLOYMENT

**0104 PEOPLES COMMUNI VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700 X2280
Requested On: 05/28/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**DMCCB**    Requested On: 05/2005
17600 N PERIMETER DR
SUITE 100
SCOTTSDALE, AZ 85255
(800) 843-4885

**COMPUCREDIT/CB&T**    Requested On: 03/2005
PO BOX 105555
ATLANTA, GA 30348
(800) 348-8783

**MUTUAL OF OMAHA**    Requested On: 08/2004
MUTUAL OF OMAHA PL
OMAHA, NE 68175-0001
Phone number not available

**PROVIDIAN**    Requested On: 04/2005
POB 9007
PLEASANTON, CA 94566-4122
Phone number not available

**AMERICAN EXPRESS PROPERT**    Requested On: 12/2004
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**CITI CARDS**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available
Requested On: 09/2005

**SOUTHTRUST BK**
400 CHASE PARK S
SUITE 302
HOOVER, AL 35244-1807
Phone number not available
Requested On: 08/2004

Consumer Credit Report for ARTHUR E. CLARK

File Number:    146321129
Page:    8 of 8
Date Issued:    10/27/2005

**HSBC MCRAES**
P O BOX 10327
JACKSON, MS 39209
(601) 968-4293
**Requested On:** 04/2004

**SOUTHTRUST BK**
400 CHASE PARK S
SUITE 302
HOOVER, AL 35244-1807
Phone number not available
**Requested On:** 02/2004

**DISCOVER FINANCIAL SVCS**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
Phone number not available
**Requested On:** 12/2003

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
https://review.transunion.com

**By Mail, after completing and returning the enclosed Investigation Request form to:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

File Number: 146321129

## Request for Investigation

Should you wish to initiate an investigation, you may do by completing and returning this form to the address listed below.

Upon receipt of your request, an investigation will be initiated. Upon completion, you will receive written notice of the results of your investigation. We recommend that you do not apply for credit while your request for investigation is pending.

**1** If any of this information in the box on the left is incorrect or incomplete, write the corrections in the boxes on the right.

**Name:**
ARTHUR E. CLARK

**Other Name(s):**
CLARK,EARL

**Address:**
8530 S COUNTY ROAD 55 55
COTTONWOOD, AL 36320

**Date of Birth:**
06/1951

**Driver's License Number:**

**Telephone Number:**
691-3283

**Employer:**
MUMUAL SAVINGS

**Name:**

**Other Name(s):**

**Address:**

**Date of Birth:**

**Driver's License Number:**

**Telephone Number(s):**

**Employer:**

**2** Tell us what you disagree with on your credit report. Use the additional space on the back of this form if necessary.

**Company Name:**

**Account #:**

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

**Company Name:**

**Account #:**

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

**Signature:**

 **3** Return this form to:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

Additional space for **2** Tell us what you disagree with on your credit report.

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

**4** Optional: Write any additional comments. For example, tell us if you have any corrections to your previous address or previous employer.

**Additional Comments:**

To investigate your request, we will contact the source of the disputed information. Each source will be told the nature of your dispute and will be asked to verify the accuracy and/or completeness of the information they reported.

## Summary of Rights

Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

    In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. For more information, visit

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

# EQUIFAX

## CREDIT FILE : May 28, 2004

Confirmation # 4149022381

Please address all future correspondence to:

www.investigate.equifax.com
Equifax Information Services LLC
P O Box 740256
Atlanta, GA 30374

Phone: (800) 290-8749
M - F 9:00am to 5:00pm in your time zone.

### Personal Identification Information (This section includes your name, current and previous addresses, and all other identifying information reported by your creditors.)

Name On File:        Arthur Earl Clark
Social Security #    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
Current Address:     8530 S County 55 Rd, Cottonwood, AL 36320
Last Reported Employment:    Insurance Sales; American Heritage;
Previous Employment(s):      Salesman; Mutal Savings Insurance;
                             Self Employed; Insurance;

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

### Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *.) (This section includes open and closed accounts reported by credit grantors.)

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

### Account History

1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Forclosure

J : Voluntary Surrender
K : Repossession
L : Charge Off



### Allied Communications   / Allied Dr, Little Rock AR 72202-2013

| Account Number | Balance Amount | Amount Past Due | Date Opened / High Credit | Date of Last Paymnt / Actual Paymnt Amount | Scheduled Paymnt Amount | Credit Limit | Terms Duration | Date of Last Activity / Del. 1st Rptd | Date Maj Del. 1st Rptd | Terms Frequency | Charge Off Amount | Mths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Start Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 600010* | | | 02/2003 | 05/2003 | | | | | | | $66B | | | | | | | |

Items As of Date : 11/2003    Balance : $0    Amount Past Due : $0

Current Status : Charge Off ; Type of Account - Open ; Type of Loan - Telecommunication/Cellular ; Whose Account - Individual Account; ADDITIONAL INFORMATION - Settlement Accepted on This Account ;

4149022381 01

DEFENDANT'S EXHIBIT

22

J3 - BS

Column headers (repeated for each account):

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Date Maj. Del. 1st Rptd | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Terms Frequency | Date Maj. Del. 1st Pd | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Start Date |
| Date Reported | Balance | Amount Past Due | Date of Last Activity | Charge Off Amount | | | | Date Closed |

---

**American Express**

- Account Number: -3187797492017734*
- Date Opened: 08/2003
- High Credit: $0
- Balance: $0
- Items As of: 08/2004
- Date Reported: 08/2004
- Mnths Revd: 1

Current Status - Pays As Agreed ; Type of Account - Revolving ; Type of Loan - Credit Card ; Whose Account - Individual Account;

---

**American General Finance-1709**

- Account Number: -1993170903783*
- Date Opened: 11/1993
- High Credit: $7,429
- Balance: $0
- Items As of: 02/1996
- Date Reported: 02/1996
- Date of Last Activity: 12/1995
- Mnths Revd: 26

Current Status - Pays As Agreed ; Type of Account - Installment ; Whose Account - Individual Account;

---

**Amsouth Bank**

- Account Number: -1299070499775*
- Date Opened: 03/2002
- High Credit: $74,582
- Credit Limit: $100,000
- Balance: $99,054
- Amount Past Due:
- Items As of: 05/2004
- Date of Last Paymnt: 05/2004
- Actual Paymnt Amount: $329
- Scheduled Paymnt Amount: $205
- Date Reported: 05/2004
- Date of Last Activity: 05/2004
- Mnths Revd: 26

Current Status - Pays As Agreed ; Type of Account - Installment ; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance ;

---

**Amsouth Bank**

- Date Opened: 08/1988
- High Credit: $114,800
- Balance: $85,965
- Amount Past Due: $937
- Items As of: 05/2004
- Date of Last Paymnt: 05/2004
- Actual Paymnt Amount: $937
- Scheduled Paymnt Amount: $937
- Terms Duration: 30 Years
- Date Reported: 05/2004
- Date of Last Activity: 03/2004
- Mnths Revd: 75

Current Status - Pays As Agreed ; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage ; Whose Account - Shared, But Otherwise Undesignated; ADDITIONAL

---

**Amsouth IL Credit Information**

- Account Number: -2500000000900202*
- Account Number: 310300307*
- Date Opened: 07/2002
- High Credit: $19,218
- Balance: $0
- Items As of: 12/2002
- Date of Last Paymnt: 11/2002
- Terms Duration: 60 Months
- Date Reported: 12/2002
- Date of Last Activity: 11/2002
- Mnths Revd: 5
- Account History: 04/2004
- Account Number: 1
- Account History With Status Codes

Current Status - Pays As Agreed ; Type of Account - Installment ; Whose Account - Shared, But Otherwise Undesignated; ADDITIONAL INFORMATION - Auto ;

---

**Army Avn Center Federal Credit**

- Account Number: -39382*
- Date Opened: 05/1994
- High Credit: $12,140
- Balance: $0
- Items As of: 09/2003
- Date of Last Paymnt: 02/1997
- Scheduled Paymnt Amount: $291
- Date Reported: 09/2003
- Date of Last Activity: 02/1997
- Mnths Revd: 99

Current Status - Pays As Agreed ; Type of Account - Installment; Whose Account - Joint Account;

( Continued On Next Page )

