IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,    *
BARBER E. CLARK,               *
                               *
      Plaintiffs,              *   CIVIL ACTION NO.
                               *   1-05CV747-MHT-VPM
      v.                       *
                               *
AMSOUTH MORTGAGE COMPANY,      *
INC., a corporation,           *
et al.,                        *
                               *
      Defendants.              *
```

**PLAINTIFFS' MOTION FOR ORDER OF PROTECTION
AND DENIAL OF ALL DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

The respective Motions for Summary Judgment by Defendants Geotrac, AmSouth Bank and Dovenmule Mortgage, Inc. are premature, and are due to be denied. Plaintiffs have not concluded discovery. The deadline for completion of discovery by Plaintiff is July 26, 2006. Furthermore, All Defendants have failed to identify any witnesses (expert or otherwise) as required by Rule 26, *Federal Rules of Civil Procedure*. Plaintiffs further aver Defendants have failed to comply with this Court's order dated 09/19/2006 which directs, "The parties shall comply fully with all requirements of Rule 26(a)(2)in regard to disclosure of expert testimony." This failure has prevented Plaintiffs from completing discovery. Plaintiff needs discovery to determine the exact relationship between the defendants, the identity of each defendant's employees who have knowledge concerning the events

made the basis of this suit and what steps each defendant took to protect the rights of the plaintiffs.

The timing of these motions for summary judgment is questionable as the deadline for Plaintiffs' discovery is approaching.

Wherefor, Plaintiffs respectfully request that each of the Motions for Summary Judgment be denied and the Court issue a Protective Order preventing any dispositive motions being filed prior to the deadline for discovery or the providing of responses to any outstanding discovery requests, whichever occurs later.

Respectfully submitted this the <u>14th</u> Day of June, 2006.

<u>/s/Clifford W. Jarrett</u>
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>June 14, 2006</u>, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: <u>NONE</u>.

<u>/s/Clifford W. Jarrett</u>
Clifford W. Jarrett
Of Counsel