**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

June 15, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Anthony Clark, et al vs. Amsouth Mortgage Company, Inc., et al

Case Number: 1:05cv747-MHT

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 6/14/06 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 35 filed electronically by counsel which did not contain his electronic signatures.**

**The corrected pdf document is attached to this Notice.**