IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK and wife,  )<br>BARBARA E. CLARK,            )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>AMSOUTH MORTGAGE COMPANY,    )<br>INC., a corporation,         )<br>et al.,                      )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>1:05cv747-MHT |

**ORDER**

It is ORDERED that the plaintiffs' motion for protective order and denial of all defendants' motions for summary judgment (Doc. No. 35) is set for on-the-record oral argument on June 21, 2006, at 8:30 a.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

It is further ORDERED that defendants are to file a response to the motion by noon on June 20, 2006.

DONE, this the 15th day of June, 2006.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**