IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,           )
                            )
     Plaintiffs,            )
                            )        CIVIL ACTION NO.
     v.                     )        1:05cv747-MHT
                            )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,        )
et al.,                     )
                            )
     Defendants.            )

ORDER

It is ORDERED that the motion for summary judgment
(doc. no. 32) is set for submission, without oral
argument, on June 30, 2006, with any opposing brief and
evidentiary materials due by said date.

DONE, this the 15th day of June, 2006.


              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE