Exhibit "A"

Case 1:05-cv-00747-MHT-WC   Document 39-2   Filed 06/16/2006   Page 1 of 3

FREEDOM COURT REPORTING

Page 277

```
1   about that document?  It looked like you
2   started to say something.  I don't want to
3   cut you off if you do.
4         A.    I'm wanting to make sure I get
5   right on this.  I don't know if I drawed
6   that or if they drawed it knowing Geotrac.
7   I drew the arrow which shows that this was
8   my house.
9         Q.    You mean the little square that's
10  inside there?  You're not sure if you drew
11  it or if --
12        A.    No, no, no.  I know I didn't draw
13  the square.  I'm talking about the line.
14        Q.    Okay.
15        A.    Even on this map because that
16  looks like whoever's writing that is --
17  that's not my writing.  This is my writing
18  there where I've got my house in the white
19  area.
20        Q.    Okay.
21        A.    But I don't know if I drawed
22  that.  I think that was when FEMA sent that,
23  that they drawed that.
```

FREEDOM COURT REPORTING

Page 278

```
 1         Q.   You think the handwriting that's a
 2   little bit bigger handwriting might be
 3   somebody with FEMA?
 4         A.   That's somebody elses. It's not
 5   mine. That's mine there.
 6         Q.   The one that says house?
 7         A.   See there. That's my writing
 8   there.
 9         Q.   All right. The one that says -- I
10   can't read it from over here.
11         A.   The best I can tell is 8530. It's
12   supposed to be South County Road 55 and it's
13   got an arrow. And then it's got the lines
14   through there.
15         Q.   That's the part that's not your
16   handwriting?
17         A.   Right.
18         Q.   What is it that your handwriting
19   says?
20         A.   Mine says my house in the white
21   area. And then it says note two, arrow
22   inside. Black is neighbor's house.
23         Q.   Okay. If you could see when you
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660