Exhibit "C"

```
                    EARL CLARK OR                                         1477
                     ELLEN CLARK
                     DOB 5-25-47                                        61-81/621
            8530 S COUNTY RD 55  334/691-3283      5-9      19 96         68465
              COTTONWOOD, AL 36320
```

Pay to the order of _AmSouth Mortgage_                $ 1015.34

_One thousand fifteen Dollars + 34/100_ Dollars

SouthTrust Bank
Dothan, AL

BankersDozen

For _307209_  _Late charges and other fees paid under protest_   _Ellen Clark_

⑆062100812⑆ 55 487 899⑈ 1477  ⑈0000101534⑈

---

**Receipt for Certified Mail**
P 885 649 689

Sent to: _AmSouth Bank, Mortgage Banking_
Street and No.: _P.O. Box 11407_
P.O., State and ZIP Code: _Birmingham, AL 35246-0013_

| Postage | $ .33 |
| Certified Fee | 1.10 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, and Address of Delivery | |
| TOTAL Postage & Fees | $ 2.53 |

Postmark: COTTONWOOD AL 36320 MAY 10 [96] USPS

PS Form 3800, June 1991

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
_AmSouth Bank, Mortgage Banking_
_Payment Processing Center_
_P.O. Box 11407_
_Birmingham, AL 35246-0013_

4a. Article Number

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery: MAY 10 96

5. Signature (Addressee): AMSOUTH LOCKBOX

6. Signature (Agent): _Florence_

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991   ☆U.S. GPO: 1992-323-402   **DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

DEPOSIT TO AMSOUTH BANK OF ALABAMA
05 15 96
AMSOUTH BANK OF ALABAMA
00599247

STICK POSTAGE STAMPS TO ARTICLE TO COVER FIRST CLASS POSTAGE, CERTIFIED MAIL FEE, AND CHARGES FOR ANY SELECTED OPTIONAL SERVICES (see front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make inquiry.

PS Form 3800, June 1991 (Reverse)

UNITED STATES POSTAL SERVICE

Official Business

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE, $300


U.S. MAIL

Print your name, address and ZIP Code here

Earl Clark
8530 S County 55 Rd.
Cottonwood Al 36320