Exhibit "D"

Exhibit "D"

| | FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**ELEVATION FORM** | O.M.B. NO. 3067-0147<br>*Expires September 30, 2005* |
|---|---|---|

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 1 hour per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number appears in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, SW, Washington DC 20472, Paperwork Reduction Project (3067-0147). Submission of the form is required to obtain or retain benefits under the National Flood Insurance Program. **Please do not send your completed survey to the above address.**

This form must be completed for requests and must be completed and signed by a registered professional engineer or licensed land surveyor. A FEMA National Flood Insurance Program (NFIP) Elevation Certificate may be submitted in addition to this form for single structure requests.

For requests to remove a structure on natural grade OR on engineered fill from the Special Flood Hazard Area (SFHA), submit the lowest adjacent grade (the lowest ground touching the structure), including an attached deck or garage. For requests to remove an entire parcel of land from the SFHA, provide the lowest lot elevation; or, if the request involves an area described by metes and bounds, provide the lowest elevation within the metes and bounds description.

1. NFIP Community Number: **335**    Property Name or Address: **Arthur Earl Clark, 8530 S. County Rd. 55, Cottonwood, AL 36320**

2. Are the elevations listed below based on [X] existing or [ ] proposed conditions? (Check one)

3. What is the elevation datum? **NAVD 88** If any of the elevations listed below were computed using a datum different than the datum used for the effective Flood Insurance Rate Map (FIRM) (e.g., NGVD 29 or NAVD 88), what was the conversion factor?

   **Marker P-390**
   **Houston Co., Alabama**    Local Elevation +/- ft. = FIRM Datum

4. For the existing or proposed structures listed below, what are the types of construction? (check all that apply)
   [X] crawl space  [ ] slab on grade  [ ] basement/enclosure  [ ] other (explain)

5. Has FEMA identified this area as subject to land subsidence or uplift? (see instructions)  [ ] Yes  [ ] No
   If yes, what is the date of the current releveling?  /  (month/year)

| Lot Number | Block Number | Lowest Lot Elevation | Lowest Adjacent (*) Grade To Structure | Base Flood Elevation | For FEMA Use Only |
|---|---|---|---|---|---|
| Parcel I.D. | | | | | |
| 19-01-12-0-000-002 | | 170.62 | 172.00 | | |

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Certifier's Name: **James R. Brannon** | License No.: **P.E. # 12543** | Expiration Date: **12-31-04** |
|---|---|---|
| Company Name: **Polyengineering, Inc.** | Telephone No.: **334-793-4700** | Fax No.: **334-793-9015** |
| Signature: *James R. Brannon* | Date: **5-17-04** | |

Contacts were made to FEMA to determine Base Flood Elevation. None were available.

* Floor Elevation of Structure = 175.02

[Seal: ALABAMA REGISTERED James R. Brannon NO. 12543 PROFESSIONAL ENGINEER 5-17-04]

**POLYENGINEERING, INC.**
ARCHITECTURE. ENGINEERING. SOLUTIONS.

FEMA Form 81-87    MT-1 Form 2 Page 1 of 2

*When Arthur Clark calls, tell him this is ready to pick up.*

*$700.00*

Continued from Page 1.

| Lot Number | Block Number | Lowest Lot Elevation | Lowest Adjacent Grade To Structure | Base Flood Elevation | For FEMA Use Only |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Certifier's Name: | License No.: | Expiration Date: |
|---|---|---|
| Company Name: | Telephone No.: | Fax No.: |
| Signature: | Date: | |

Seal (optional)

FEMA Form 81-87A, SEPT 02                Elevation Form                MT-1 Form 2 Page 2 of 2

HOUSTON COUNTY, AL     ALABAMA MAP & DATA SERVICE, INC     COPYRIGHT 2003

PARCEL ID:  19-01-12-0-000-002.000

DEED BOOK/PAGE   DATE
0247/0945        08/31/72

LOCATION: 8530 COUNTY 55 RD S
PREV OWN:
SUBDIVISION:
LOT:         BLOCK:
LAND VAL:    6400
IMPR VAL:    123400
APPR VAL:    129800    TIMBER:    0.00
TAX DUE:     288.48    TOTAL AC:  1.70
CLASS:       3

BRIEF LEGAL DESCR.
LOT IN SW OF NE OF NE  S12 T1 R27

OWNER NAME & ADDRESS
CLARK ARTHUR EARL &
8530 S COUNTY 55 RD
COTTONWOOD        AL    36320

BUILDING INFORMATION:
YEAR BLT/RM:          STORIES:
BASE SQ/FT:    1800   ROOMS:
UPPER SQ/FT:   800
TYPE:          SINGLE FAMILY
EXT WALLS:     MASONITE, 4 X 8
INT FIN:       DRYWALL(SHEETROCK)
FLOORS:        CARPET & UNDERLAY
ROOF TYPE:     HIP-GABLE
ROOF MATLS:    ASPHALT SHINGLES
FOUNDATION:

APPENDAGES            EXTRA FEATURES:
                      3 FIX BTH
                      H & A/C DU
                      FIREPLACE