## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK and ) <br> BARBARA E. CLARK ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> AMSOUTH MORTGAGE CO., INC.; ) <br> DOVENMUEHLE MORTGAGE, INC.; ) <br> GEOTRAC INFORMATION SYSTEM ) <br> SPECIALIST, and EMPIRE FIRE AND ) <br> MARINE INSURANCE COMPANY, ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NUMBER** <br> **1:05-CV-00747-MHT-VPM** |

### RESPONSE OF DEFENDANT GEOTRAC, INC. TO PLAINTIFF'S MOTION FOR ORDER OF PROTECTION

COMES NOW Defendant Geotrac, Inc., incorrectly designated in the Plaintiffs' Complaint as "Geotrac Information System Specialist" and by way of response to the Plaintiffs' Motion entitled "Motion for Order of Protection and Denial of All Defendant's Motions for Summary Judgment" states as follows:

1. Though the Defendant is unclear as to the exact basis of the Plaintiffs' Motion, it appears that the Plaintiffs are requesting that the Court deny or alternatively withhold rulings on pending Motions for Summary Judgment as a result of the Plaintiffs' purported inability to complete discovery.

2. Though Rule 56(f) of the *Federal Rules of Civil Procedure* describe the procedure for filing such a Motion, the provisions of Rule 56(f) have certainly not been met

in this case, as the Plaintiff has filed no Affidavits, nor explained what facts he wishes to discover.

3.     Moreover, the only "discovery" referenced in the Plaintiffs' Motion involves expert witness disclosures. Specifically, the Plaintiffs reference this Court's September 19, 2006 Order requiring full compliance with Rule 26(a)(2) in disclosure of expert witnesses. However, this Defendant's pending Motion for Summary Judgment is not in any way related to expert witness testimony or disclosures. The Defendant has not provided any testimony of an expert nature in support of it's Motion for Summary Judgment and therefore cannot be said to have failed to comply with any requirements of Rule 26(a)(2) of the *Federal Rules of Civil Procedure*. The only testimony relied upon in the Defendant's Motion for Summary Judgment comes from the Plaintiff himself, and from Mark Schnellinger, who simply identifies and explains corporate documents. As such, the fact that this Defendant has not disclosed any expert witnesses cannot be said in any way to have prevented the Plaintiff from completing discovery.

4.     This Court has already issued a briefing schedule with regard to Defendant Geotrac, Inc.'s pending Motion for Summary Judgment. Since the filing of that Motion, the Plaintiffs have not requested any additional discovery from this Defendant. Further, the Plaintiff has not been prevented in any way from conducting any and all desired discovery during the pendency of this action.

5.     The undersigned counsel of record for Defendant Geotrac, Inc. is not aware of

any rule of law which prohibits a filing of a properly supported Motion for Summary Judgment at this time. In fact, Rule 56(b) specifically states that a Defendant may file a Motion for Summary Judgment "at any time."

WHEREFORE, the Defendant respectfully requests that this Court enter an Order denying the Plaintiffs' Motion entitled "Motion for Order of Protection and Denial of all Defendant's Motions for Summary Judgment."

Respectfully submitted,

*s/Joseph E. Stott*
ASB-4163-T71J
Attorney for Defendant Geotrac, Inc.
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail: jstott@sssandf.com Email Joseph Stott

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action Number 1:05-cv-00747-VPM |
| AMSOUTH MORTGAGE COMPANY, INC., ) DOVENNUEHLE MORTGAGE INC., GEOTRAC ) INFORMATION SYSTEM SPECIALIST, and ) EMPIRE FIRE AND MARINE INSURANCE ) COMPANY, ) Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Douglas M. Bates, Esq., Clifford W. Jarrett, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq. and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

    Respectfully submitted,

    *s/Joseph E. Stott*
    ASB-4163-T71J
    Attorney for Defendant Geotrac, Inc.
    **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
    2450 Valleydale Road
    Birmingham, Alabama 35244
    Phone: 205-967-9675
    Facsimile: 205-967-7563
    E-mail: jstott@sssandf.com Email Joseph Stott