**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| ARTHUR EARL CLARK and wife, <br> BARBER E. CLARK, <br>     Plaintiffs, <br>   v. <br> AMSOUTH MORTGAGE COMPANY, <br> INC., a corporation, <br> et al., <br>     Defendants. | CIVIL ACTION NO. <br> 1-05CV747-MHT-VPM |

## MOTION FOR CONTINUANCE

Comes now Clifford W. Jarrett, attorney for Plaintiffs, and requests a continuance of the above-styled cause, set for oral argument on June 21, 2006, at 8:30 a.m. by telephone, for the following reasons:

1. Said Attorney has a scheduled follow-up appointment with his eye surgeon in Auburn, AL on the same day and

2. Attorneys for Defendants AmSouth, Dovennuehle, Empire and Geotrac have been contacted and they do not object to said continuance, and all parties have agreed to said arguments to be held at 8:30 a.m. June 22, 2006.

**WHEREFORE**, Counsel for Plaintiffs requests a continuance for the foregoing reason.

Respectfully submitted,

/S/Clifford W. Jarrett
CLIFFORD W. JARRETT (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301

(334) 702-0777

**CERTIFICATE OF SERVICE**

    I hereby certify that on_, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: NONE.

/S/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel