IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,  )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 41) is granted.

(2) Oral argument is reset for June, 22, 2006, at 9:00 a.m.

DONE, this the 19th day of June, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE