## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NUMBER
1:05-cv-747-VPM

### NOTICE OF APPEARANCE

Comes now the undersigned and enters his appearance in the above-reference cause as additional counsel for Defendant Empire Fire and Marine Insurance Company.

    s/ J. David Martin
J. David Martin (ASB-7387-A54J)

Attorney for Defendant
Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  martin@copelandfranco.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com  lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com

      s/ J. David Martin
      OF COUNSEL