# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) **Plaintiffs,** ) ) v. ) ) ) AMSOUTH MORTGAGE COMPANY, INC., ) DOVENMUEHLE MORTGAGE INC., ) GEOTRAC INFORMATION SYSTEM ) SPECIALIST, and EMPIRE FIRE AND ) MARINE INSURANCE COMPANY ) ) **Defendants.** ) | **CIVIL ACTION NUMBER** **1:05-cv-747-VPM** |

## **NOTICE OF APPEARANCE**

Comes now the undersigned and enters his appearance in the above-reference cause as additional counsel for Defendant Empire Fire and Marine Insurance Company.

                         s/ C. Nelson Gill
                         C. Nelson Gill (ASB-2247-E62G)

                         Attorney for Defendant
                         Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  ngill@copelandfranco.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com

        s/ C. Nelson Gill
        OF COUNSEL