## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR EARL CLARK** and )<br>**BARBARA E. CLARK** )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>**AMSOUTH MORTGAGE CO., INC.;** )<br>**DOVENMUEHLE MORTGAGE, INC.;** )<br>**GEOTRAC INFORMATION SYSTEM** )<br>**SPECIALIST, and EMPIRE FIRE AND** )<br>**MARINE INSURANCE COMPANY,** )<br> )<br>**Defendants.** ) | **CIVIL ACTION NUMBER**<br>**1:05-CV-00747-MHT-VPM** |

### MOTION FOR LEAVE TO FILE RESPONSIVE BRIEF

COMES NOW Defendant Geotrac, Inc., incorrectly designated in the Plaintiffs' Complaint as "Geotrac Information System Specialist" and hereby requests leave from the Court to file a responsive brief in support of its pending Motion for Summary Judgment. As grounds therefore, the Defendant states as follows:

1. The proposed reply, which is attached hereto as Exhibit "A," is not lengthy.

2. The proposed brief would serve to clarify some of the issues raised in the Plaintiff's responsive brief, most of which are of a procedural nature.

3. The proposed brief does not reply on new arguments, but instead clarifies certain issues with respect to arguments previously made.

4. Allowing such a brief would serve the interests of justice and judicial economy.

WHEREFORE, the Defendant respectfully requests that this Court consider the

attached reply brief, filed in support of its pending Motion for Summary Judgment.

        Respectfully submitted,

        *s/Joseph E. Stott*
        ASB-4163-T71J
        Attorney for Defendant Geotrac, Inc.
        **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
        2450 Valleydale Road
        Birmingham, Alabama 35244
        Phone: 205-967-9675
        Facsimile: 205-967-7563
        E-mail: jstott@sssandf.com Email Joseph Stott

IN THE UNITED STATE DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF ALABAMA<br>SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR EARL CLARK AND** ) | |
| **BARBARA E. CLARK,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **1:05-cv-00747-VPM** |
| **AMSOUTH MORTGAGE COMPANY, INC.,** ) | |
| **DOVENNUEHLE MORTGAGE INC., GEOTRAC** ) | |
| **INFORMATION SYSTEM SPECIALIST, and** ) | |
| **EMPIRE FIRE AND MARINE INSURANCE** ) | |
| **COMPANY,** ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Douglas M. Bates, Esq., Clifford W. Jarrett, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq. and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

        Respectfully submitted,

        *s/Joseph E. Stott*
        ASB-4163-T71J
        Attorney for Defendant Geotrac, Inc.
        **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
        2450 Valleydale Road
        Birmingham, Alabama 35244
        Phone: 205-967-9675
        Facsimile: 205-967-7563
        E-mail: jstott@sssandf.com Email Joseph Stott