# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| AMSOUTH MORTGAGE COMPANY, INC., DOVENMUEHLE MORTGAGE INC., GEOTRAC INFORMATION SYSTEM SPECIALIST, and EMPIRE FIRE AND MARINE INSURANCE COMPANY | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NUMBER
1:05-cv-747-VPM

## MOTION FOR SUMMARY JUDGMENT

Defendant Empire Fire and Marine Insurance Company ["Empire"] moves the Court pursuant to Rule 56(b) of the Federal Rules of Civil Procedure for the entry of summary judgment in its favor on all claims asserted against it by the Plaintiffs, and as grounds therefore states as follows:

1. Arthur and Barbara Clark filed this lawsuit against Empire and others for breach of contract, unjust enrichment, conversion, negligence/wantonness and fraud.[1]

2. The Clarks' claims arise out of a determination that their home was in a flood zone and the subsequent action of their mortgage lender to place flood insurance on their home.

3. At all relevant times, Defendant AmSouth Mortgage [AmSouth] held the mortgage on the subject property.

---

[1] The Clarks asserted additional claims against some of the other defendants.

4. Defendant Geotrac, Inc. is alleged by the Clarks to have made the initial determination regarding the location of their home in a flood zone.

5. Because the Clarks refused to purchase flood insurance, AmSouth, through Dovenmuehle Mortgage, Inc. [Dovenmuehle] acting as a subservicer, directed the placement of such insurance on their property. Empire was the insurance company contacted to issue the flood policy.

6. Dovenmuehle paid the premium for the policy on AmSouth's behalf which then sought to recover the cost of the premium from the Clarks by adding the premium to the Clarks' monthly mortgage payment. Although the Clarks later paid AmSouth for the insurance under threat of foreclosure, the Clarks never paid any money to Empire.

7. In May of 2004, Geotrac confirmed that the Clarks' home was in fact not in a flood zone, and Dovenmuehle contacted ZC Sterling Insurance Agency, Inc. [ZC Sterling], which was the program manager for Empire, and requested that the flood policy be cancelled. ZC Sterling, as program manager for Empire, cancelled the policy retroactive to its effective date and refunded the entire premium to Dovenmuehle. No claims were ever made on the flood policy.

8. Empire did not breach the contract of flood insurance as it is undisputed that the Clarks never made a claim under the policy.

9. Because Empire never received any funds from the Clarks, their claims of conversion and unjust enrichment fail as a matter of law.

10. Because Empire neither made the determination regarding the location of the Clarks' property nor force placed insurance on their property, the Clarks' negligence/wantonness claims based upon those actions fail as they relate to Empire.

11. The Clarks admit that they had no dealings with Empire and that Empire made no misrepresentations to them. Therefore, the Clarks' fraudulent misrepresentation claim fails as to Empire.

12. There is not substantial evidence to support any of the claims asserted by the Clarks against Empire.

13. There are no genuine issues of material fact, and Defendant Empire is entitled to a judgment as a matter of law.

14. In support of the instant motion, Defendant Empire submits the affidavit of R. Mark Chapman; deposition excerpts from the depositions of Arthur and Barbara Clark; certain documentary exhibits; and its brief in support of the instant motion.

WHEREFORE, Defendant Empire Fire and Marine Insurance Company moves the Court for the entry of summary judgment as to all claims asserted against it, and for such other and further relief as the Court deems appropriate.

  s/ George W. Walker, III  
George W. Walker, III (WAL097)  
J. David Martin (MAR120)  

Attorney for Defendant  
Empire Fire and Marine Insurance Company

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.  
P. O. Box 347  
Montgomery, AL  36101-0347  
Telephone:  (334) 834-1180  
Facsimile:  (334) 834-3172  
Email:  walker@copelandfranco.com  
Email:  martin@copelandfranco.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Douglas M. Bates**
batesatty@graceba.net

**John David Collins**
jcollins@mcglaw.com

**Clifford Wayne Jarrett**
cliffordjarrett@aol.com

**Joseph E. Stott**
jstott@sssandf.com lyoungblood@sssandf.com

**Thomas Werth Thagard, III**
tthagard@mcglaw.com


       s/ George W. Walker, III
       OF COUNSEL