# FREEDOM COURT REPORTING

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                 SOUTHERN DIVISION
 4
 5   ARTHUR EARL CLARK and      )
 6   BARBARA E. CLARK,          )
 7           Plaintiffs,        )
 8   vs.                        ) CASE NUMBER:
 9   AMSOUTH MORTGAGE COMPANY,) 1:05-CV-00747-VPM
10   INC., DOVENMUEHLE          )
11   MORTGAGE, INC., GEOTRAC    )
12   INFORMATION SYSTEM         )
13   SPECIALIST, and EMPIRE     )
14   FIRE AND MARINE            )
15   INSURANCE COMPANY,         )
16           Defendants.        )
17
18       DEPOSITION OF ARTHUR EARL CLARK
19          In accordance with Rule 5(d) of
20   The Alabama Rules of Civil Procedure, as
21   Amended, effective May 15, 1988, I, Cindy
22   Weldon, am hereby delivering to John David
23   Collins, the original transcript of the oral
```

(COPY)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 164

1  that you needed to have that insurance and
2  you should purchase it and leave it in
3  place, and when the issue was resolved, then
4  you could deal with the refund issue? You
5  don't recall having any of those
6  conversations?
7       A.   I might have had a conversation of
8  that magnitude.
9       Q.   Okay. But you were not willing to
10 advance money for flood insurance until you
11 had proof that you were in a flood zone?
12      A.   Well, it was two things. Number
13 one, I didn't have it. And number two was,
14 I didn't feel that I owed it. And no one
15 had really --
16      Q.   Proven that to you?
17      A.   -- cared enough to come and check
18 and see. I even invited them to come to
19 look at the property.
20      Q.   Right.
21      A.   And no one came. A simple request
22 just to come look at a piece of property.
23      Q.   Right. And your position is, the

```
 1        Q.   Any reason why you didn't do that?
 2        A.   Again, going back and I found I
 3   didn't need it from the word get go and even
 4   after -- something to correct, too.  Even
 5   Jacqueline King, which is a loan officer,
 6   had informed us that we didn't need the
 7   flood insurance.
 8        Q.   Say that one more time.  Who
 9   informed you of that?
10        A.   Jacqueline King.
11        Q.   And she is with who?
12        A.   AmSouth.
13        Q.   And she informed you after
14   receiving this letter?
15        A.   No.  Back before, I had went in
16   and talked with her about all this that was
17   going on.
18        Q.   Right.  And what did she say?
19        A.   She was trying to work on getting
20   it resolved, too.
21        Q.   Right.
22        A.   And she talked with -- got a
23   document -- a guy up there at AmSouth and
```

FREEDOM COURT REPORTING

Page 202

1  where they admitted that they had forced
2  placed insurance on us.  And -- so somewhere
3  in this same time frame.
4      Q.   So you -- let me make sure I
5  understand correctly.  But you didn't -- I'm
6  sorry.  I think I lost your answer that you
7  gave.
8           I think my question was, is there
9  any reason why you didn't sign and send this
10 back in acknowledging your flood zone XC and
11 releasing AmSouth, hold them harmless for
12 not maintaining flood insurance on your
13 property?
14     A.   I just refused to sign it because
15 I didn't feel that I needed to.
16     Q.   Okay.
17     A.   This is a release.  Because I
18 wasn't the one that bought the insurance or
19 -- you know, this was forced placed on me.
20 And so I didn't feel that I needed to
21 release them of nothing that they had done.
22     Q.   Okay.  If you look at the last
23 sentence, the release language, in the event

**FREEDOM COURT REPORTING**

Page 218

```
 1   few days afterwards.
 2        Q.   Right.  And we've been over those
 3   letters, Exhibit 17 and 18; right?
 4        A.   Right.
 5        Q.   And it's your understanding as you
 6   sit here today that Geotrac provided that
 7   information to AmSouth as to the location of
 8   your property; is that your understanding?
 9        A.   Correct.
10        Q.   Okay.
11        A.   And if AmSouth had of gave me this
12   information up front where they obtained the
13   information, this could have been resolved.
14   Didn't take twenty days to resolve it.
15        Q.   So they provided you with
16   Geotrac's information and you think it was
17   delayed?
18        A.   After all we went through, the
19   stress, the heartaches, the telephone calls
20   and everything.  If they had of just told me
21   up front that Geotrac reported this to us
22   and let me have contacted Geotrac, they
23   could have helped me solve this problem.
```

FREEDOM COURT REPORTING

Page 222

```
1        Q.    Let me ask it this way.  You're
2   currently up to date on your mortgage;
3   right?
4        A.    Right.
5        Q.    You paid seven eighty some odd
6   dollars?
7        A.    Seven eighty-one ninety or
8   whatever.
9        Q.    Okay.  And you're currently up to
10  date; right?
11       A.    Right.
12       Q.    And you never paid the two
13  thousand nine hundred dollars; right?
14       A.    I did.
15       Q.    You paid two thousand nine hundred
16  dollars?
17       A.    I'm not exactly -- the amount or
18  -- When I was down at AmSouth bank, Ms.
19  Jacqueline King, I told her I had to get
20  this thing out of the hands of being
21  foreclosed on and to call and find out what
22  I had to pay.
23       Q.    Right.
```

```
 1      A.    And whatever that amount was,
 2   that's what I sent AmSouth that day.
 3      Q.    Okay.  And do --
 4      A.    I don't recall what that amount
 5   is.  I'd have to look on my notes.
 6      Q.    And what I just asked is, do you
 7   have any evidence with you that the amounts
 8   for insurance and for fees were not refunded
 9   to you?  You just don't know sitting here
10   one way or the other?
11      A.    I can't really say that all of
12   those have been refunded or not because when
13   I paid that amount --
14      Q.    Right.
15      A.    -- I don't know how they did all
16   the money.
17      Q.    Do you recall --
18      A.    If they got it all back.
19      Q.    Do you recall getting a check --
20   any check from AmSouth for any amount?
21      A.    I think there was a check returned
22   to us at that time.  I gave it to my
23   attorney.
```

1  this thing out of foreclosure and gotten
2  that resolved, I felt that a lot of the
3  pressure was being relieved.
4       Q.   And once you started talking
5  directly with Geotrac, that happened right
6  away?
7       A.   Quickly.  Within the month.
8       Q.   Anything else?  Any other items of
9  damages that you want to tell the jury that
10 you are entitled to?
11      A.   That's all I can think of at this
12 time.
13           MR. STOTT:  That's all the
14 questions I have at this time.  Thank you.
15 I apologize for taking so long.
16 EXAMINATION BY MR. MARTIN:
17      Q.   Mr. Clark, my name is David
18 Martin.  I represent Empire Fire and Marine
19 Insurance.  I'm going to try to be very
20 quick based on your testimony.  Did you ever
21 have any conversations with anybody at
22 Empire Fire and Marine?
23      A.   No, sir.

FREEDOM COURT REPORTING

Page 319

```
 1   correct?
 2        A.   According to this, it is, yes,
 3   sir.
 4        Q.   And do you have any reason to
 5   dispute that?
 6        A.   I'm just -- based on what?
 7        Q.   Based on what you have produced.
 8   There's a cover letter from AmSouth that
 9   encloses the policy?
10        A.   Yes.
11        Q.   And so the policy was actually
12   sent to you by AmSouth; is that correct?
13        A.   According to this, yes.
14        Q.   And since you didn't have any
15   conversations with Empire Fire and Marine or
16   any correspondence with them, they never
17   made any misrepresentations to you?
18        A.   Correct.  Because it was not my
19   issue.
20        Q.   That's right.  Any
21   misrepresentations that may have been made,
22   were made by other entities, AmSouth and/or
23   Geotrac; is that correct?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1   A.   And my main concern was not
2   needing the insurance to begin with.
3   Q.   I understand.  But back to my
4   question.  Any misrepresentations that were
5   made to you, would have been made by either
6   AmSouth or Geotrac?
7   A.   I really can't answer that
8   question.  I don't feel that -- you're
9   asking me if Empire -- I've never had any
10  dealings with Empire.
11  Q.   I'm just trying to ask -- I think
12  it's an obvious question.  But I understand
13  we're struggling with it.  You never had any
14  dealings with them, so they never made any
15  misrepresentations to you?
16  A.   Correct.
17  Q.   They are just the insurance
18  company that issued the policy; correct?
19  A.   Correct.
20  Q.   As far as you know, AmSouth
21  contacted Empire and said we want flood
22  insurance and here's the premium; is that
23  right?

```
 1        A.    I assume that.
 2        Q.    Okay.  And they issued the policy
 3  at AmSouth's request; correct?
 4        A.    That's what I would assume.
 5        Q.    You certainly didn't request it?
 6        A.    I didn't request it, no.
 7        Q.    You certainly didn't pay the
 8  premium; correct?
 9        A.    No.
10        Q.    That money came from AmSouth?
11        A.    Not right then.
12        Q.    Well, you never paid any money to
13  Empire?
14        A.    No, not to Empire.
15        Q.    Ultimately, under threat of
16  foreclosure, you wrote a check to AmSouth;
17  correct?
18        A.    For all of it, right.
19        Q.    And you don't know what AmSouth
20  did with that money?
21        A.    No.
22        Q.    And the late charges and the fees
23  and things that were assessed, those were
```

FREEDOM COURT REPORTING

Page 322

1   fees and charges from AmSouth as opposed to
2   the insurance company?
3       A.   Correct.
4       Q.   Now, you ultimately proved your
5   point that the property was not in a flood
6   zone; correct?
7       A.   Correct.
8       Q.   And the policy was cancelled?
9       A.   Correct.
10      Q.   You were notified of that fact?
11      A.   Correct.
12      Q.   Do you have any idea of what
13  happened to the premium that AmSouth had
14  paid for that policy?
15      A.   To my knowledge at this time, no.
16      Q.   You have no -- It may have been
17  refunded by Empire to AmSouth?
18      A.   I have no knowledge of it.
19      Q.   Okay.  Now, there's a breach of
20  contract claim in the lawsuit.  And correct
21  me if I'm wrong, but the only contract with
22  Empire is this insurance policy; is that
23  correct?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1    A.   Yes.

2    Q.   And you didn't make any claims
3 under that policy?

4    A.   No.

5    Q.   You're not claiming we breached
6 it, we being Empire, breached it by not
7 making a claim for some flood damage?

8    A.   No.

9    Q.   Do you have any evidence of a
10 conspiracy between Empire and any of the
11 other defendants in this lawsuit?

12    A.   Not that I'm aware of.

13    Q.   And as far as your damages, one of
14 the main components of your damages is the
15 stress and the anxiety and the worry that
16 you experienced through this process;
17 correct?

18    A.   That's correct.

19    Q.   And that concern started when you
20 were first notified that there may be some
21 need for flood insurance; correct?

22    A.   That was the beginning, correct.

23    Q.   And it spanned through the time

```
 1   it would be Geotrac as compared to Empire
 2   Fire and Marine, for example; is that
 3   correct?
 4       A.   Yes.
 5       Q.   And again, as between the
 6   defendants, AmSouth is the entity that
 7   placed the insurance on the property;
 8   correct?
 9       A.   According to the records, yes.
10       Q.   Okay.  Now, the Sears card, did
11   y'all have a balance at Sears that you were
12   trying to refinance at a lower interest
13   rate?
14       A.   We was in there one night and they
15   were running -- you know how you'll purchase
16   something and they'll have a new card out,
17   that it was at a lesser interest rate and
18   all that and you just applied for it right
19   there on the spot.
20       Q.   Was there something that y'all
21   were wanting to purchase in the store with
22   the card?
23       A.   Not at the time really.  I mean,
```