**FREEDOM COURT REPORTING**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  SOUTHERN DIVISION
 4
 5   ARTHUR EARL CLARK and      )
 6   BARBARA E. CLARK,          )
 7          Plaintiffs,         )        COPY
 8   vs.                        )   CASE NUMBER:
 9   AMSOUTH MORTGAGE COMPANY,) 1:05-CV-00747-VPM
10   INC., DOVENMUEHLE          )
11   MORTGAGE, INC., GEOTRAC    )
12   INFORMATION SYSTEM         )
13   SPECIALIST, and EMPIRE     )
14   FIRE AND MARINE            )
15   INSURANCE COMPANY,         )
16          Defendants.         )
17
18           DEPOSITION OF BARBARA CLARK
19             In accordance with Rule 5(d) of
20   The Alabama Rules of Civil Procedure, as
21   Amended, effective May 15, 1988, I, Cindy
22   Weldon, am hereby delivering to John David
23   Collins, the original transcript of the oral
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 53

1  representations to you?
2      A.   No.
3      Q.   That's correct; right, they did
4  not?
5      A.   No, they did not.
6      Q.   Okay.  And you never sent any
7  money to Empire Fire and Marine; correct?
8      A.   No.
9      Q.   Do you have any knowledge of what
10 happened to the premium on the flood
11 insurance policy after that policy was
12 cancelled?
13     A.   No.
14     Q.   You just know that AmSouth paid
15 that premium and then tried to collect it
16 from you; correct?
17     A.   According to their records.
18     Q.   Okay.
19          MR. MARTIN:  I think that's all
20 I've got.
21     Q.   Well, hold on.  Are you aware of
22 any connection between Empire Fire and
23 Marine and AmSouth Mortgage?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660