AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AmSouth®

June 10, 2003

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:   Loan Number:         3003072091
      Property Address:    8530 S County Rd 55
                           Cottonwood AL 36320

      Annual Insurance Renewal Information

Dear Mortgagor(s):

We are in the process of updating your flood insurance files and we are in need of your help.

Please forward us your current flood insurance policy (or copy). If this property is a condominium, please provide a copy of your associations master policy.

In light of the potential for a partial or total loss of the property indicated, it is important that you respond to our request within 10 days.

Mail To:       AmSouth Bank
               P. O. Box 57046
               Irvine, CA  92619-7046

Fax To:        949-465-7253

You may also visit our website at www.updatemyinsurance.com/mortgage to update your insurance online.

Thank you very much for your assistance in this matter.

Sincerely,


AM847/TKH



EXHIBIT 1

**AmSouth**

AmSouth Bank
P.O. Box 57046
Irvine, CA 92619-7046

FLOOD POLICY NOTICE

Loan # 3003072091
Property Location:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

08/05/03

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Flood Zone: A
FEMA Map Panel: 01069C0335E

Dear Arthur E Clark:

We have not received the proof of flood insurance we previously requested for the property location shown above. At your expense, we have purchased insurance to protect our interest in the property. The premium cost for obtaining this insurance is shown on the attached policy declaration. You are solely responsible for the repayment of this cost.

The Flood Disaster Protection Act of 1973, a Federal Law, requires that flood insurance be purchased and maintained on certain mortgage loans. The law applies to loans securing buildings which, at any time during the term of the loan, are (1) located in Special Flood Hazard Areas (SFHA), as shown on maps published by the Federal Emergency Management Agency (FEMA), and (2) are in a community which participates in the National Flood Insurance Program. We previously determined that your property is located in a SFHA. You are required by the terms of your mortgage and Federal Law to maintain flood insurance on the property address shown above.

If you purchase or have purchased a flood insurance policy for the property location shown above, we will cancel the policy we obtained, as of the effective date of the insurance you provide. If the effective date on the insurance policy you purchase is not the same or prior to the effective date of the policy we have purchased, you will be charged the earned premium for this lapse in coverage.

If you have purchased insurance, please IMMEDIATELY forward a copy of the policy or request that your agent or insurance company forward a copy of the policy to:

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57046
IRVINE, CA 92619-7046
Or you may FAX to: 1-949-465-7253

The premium for the insurance we have obtained may be considerably higher than insurance you can purchase. This policy will protect the dwelling only. No coverage is provided for your contents (personal property), personal liability, additional living expense, or medical payments. The amount of insurance we have obtained may not adequately protect your interest in the property. You will be responsible to pay any premium and applicable fees which result from us purchasing this insurance. If there is a lapse in coverage between the old policy and the policy you obtain, you will be charged a premium to protect our interest during this lapse.

Refer To Back Page For Additional Information.


EXHIBIT 2

The lender placed coverage amount will be based on your last known coverage amount. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown above and make sure that you include your name and loan number on all correspondence.

The premium for the attached policy may be charged to your escrow account. If you do not have an escrow account, we may establish an escrow account, in accordance with the terms of your loan documents. You will be responsible to pay the premium and any fees which result from our purchase of this insurance.

We encourage you to contact your agent or insurance company and obtain your own insurance policy. If you have any questions, concerning the policy we have purchased, please feel free to call the customer service number listed below. We invite you to contact us during our nonpeak hours of 9 AM to 12 PM or 3 PM to 5 PM (Central Time) Wednesday through Friday. For your convenience, we are also available Monday through Friday, 7 AM to 7 PM (Central Time). Your call may be monitored for quality assurance.

Sincerely,

Customer Service
800-333-4471


COPY

Back

P.1



Geographic Information Systems Specialists



To: Earl Clark
Company: Homeowner
Fax Number: (334)-691-4053

From: Suzi Smith   Phone: (800)436-8722   Ext: 4140

Date: 05/28/2004   Pages (including cover): 1

**Hello Earl**

After re-evaluation of the location of your home @8530 S. County Road 55 (our geo#44266976) we find your structure is just outside SFHA in Zone CX. We did add comments "SFHA Zone A extremely close to structure" & "Structure location based on map provided". I have called & resent to Dovenmuehle Mtg an updated flood zone determination stating "NO flood insurance required". You have a safe & happy holiday weekend! Please call if I can be of further assistance to you.

Thank you!

*Suzi Smith*

Suzi Smith
C/S Recheck Coodinator
Geotrac, Inc.
(ph) 800-GEOTRAC (436-8722)  Ext. 4140
(fax) 419-663-8603  (email) suzi@geotrac.com

Geotrac ♦ 3900 Laylin Road ♦ Norwalk, Ohio 44857
Client Service Center (800) 555-4032 ♦ Fax (800) 456-7938

Geo Fax.doc Revised 1/



EXHIBIT
3

### FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)
### STANDARD FLOOD HAZARD DETERMINATION

Adapted from FEMA Form 81-93 Oct 02
O.M.B. No. 3067-0264
Expires October 31, 2005

#### SECTION I - LOAN INFORMATION

**1. LENDER NAME AND ADDRESS**

Account: 140719  Branch:

DOVENMUEHLE MORTGAGE, INC
1501 WOODFIELD RD.
ORIGINATION ONLY
SCHAUMBURG, IL 60173
ATTN: EARL CLARK

Fax (334)691-4853  Phone (847)330-8019

**2. COLLATERAL** (Building/Mobile Home/Personal Property)
(Legal Description may be Attached)

Borrower: CLARK, ARTHUR E

Location Address Provided:
8530 S COUNTY RD 55
COTTONWOOD, AL 36320

**PROPERTY ADDRESS**

Location Address Found:
8530 S COUNTY ROAD 55
COTTONWOOD, AL 36320-3328

Other Location Information Provided:

**3. LENDER ID. NO.**

**4. LOAN IDENTIFIER**
3003072891

**5. AMOUNT OF FLOOD INSURANCE REQUIRED**
$

#### SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A.1.") | 2. NFIP Map Panel Effective/Revised Date | 3. LOMA/LOMR Date | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | | X (C) | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY** (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.

[X] Regular Program   [ ] Emergency Program

CBRS/OPA designation date: _____

**D. DETERMINATION**

IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

[ ] YES   [X] NO

**E. COMMENTS**

Geo Number: 44266976  CD: 6   This loan is monitored by Full Life-of-Loan

Map Tech Comments: Received: 07/07/2003   Returned: 07/07/2003   NFIP Program Date: 09/29/1989   Base Flood Elevation:

SFHA ZONE A EXTREMELY CLOSE TO STRUCTURE. STRUCTURE LOCATION BASED ON MAP PROVIDED. REDETERMINATION DUE TO ADDITIONAL RESEARCH AND/OR INFORMATION.  05/28/04

Explanation of Flood Zone Designation:

Area of minimal or moderate flood risk hazard subject to flooding from severe storm activity or local drainage problems.

Flood Insurance Information:

HMDA/Census Geographics:  NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

Geotrac
3900 Laylin Road
Norwalk, OH 44857
1-800-GEOTRAC

44266976   CD: 6

**DATE OF DETERMINATION**
07/07/2003



AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

# AmSouth®

May 28, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:   Loan Number 3003072091

Dear Mortgagor(s):

This letter is to confirm that your property does not lie in a special flood hazard area. You are not required to carry flood insurance at this time. Therefore, we have canceled the flood insurance requirement and/or any force place coverage. Due to the constant changes in government regulations, it may be later determined that your property lies in a special flood hazard area and will be required to carry flood insurance.

Please sign the enclosed release of liability and return to us at the address listed below, along with a written request to delete your flood insurance escrow. We will only delete your flood insurance escrow after receipt of the required documentation.

If you have any questions, please contact our Customer Service Department at 1-800-333-4471.

Sincerely,

Shirley Hom
Insurance Rep.
Escrow/Insurance

Enclosure

AM903/SHM

EXHIBIT 4

```
Post Office Box 59720
Schaumburg, IL 60159-0720
```

**AmSOUTH** 

## RELEASE OF LIABILITY

Date: May 28, 2004

Loan Number: 3003072091

Borrower(s): Arthur E Clark
Barbara E Clark

Property Address: 8530 S County Rd 55
Cottonwood AL 36320

I/We the undersigned borrowers do hereby understand that the above mentioned property is located in a flood zone X(C).

I/We further agree that, given the location of this property, we will hold AmSouth Bank harmless for any current or future flooding of any part of this property and any consequences thereof. I,We hereby release any liability of AmSouth Bank in the event the property has damage due to a flood while under the terms of my/our mortgage.

Dated this _____ day of _____, 20___

_____        _____
Borrower                                     Co-Borrower

Subscribed and sworn to before me this _____ day of
_____, 20___.

_____
Notary

AM905/SHM

CONFIRMATION OF CANCELLATION OF LENDER PLACED INSURANCE

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 57046
IRVINE, CA 92619-7046

NOTIFICATION DATE: 06/04/04

LOAN NUMBER: 3003072091

EVIDENCE NUMBER: FLR470164921

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

PROPERTY LOCATION:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Dear Arthur E Clark:

The insurance AMSOUTH BANK placed on the property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED.

Any unearned insurance premium paid will be refunded to your escrow account.

Sincerely,

Empire Fire and Marine Insurance Company
c/o AMSOUTH BANK

PLEASE NOTE: If you have any questions or need additional information, please call AMSOUTH BANK Customer Service Department at 800-333-4471. Your call may be monitored for quality assurance.



EXHIBIT 5

DMCN1F01  05/24/04

X01-0001003 0001943