# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   June 22, 2006              AT   9:05   A.M./P.M.

DATE COMPLETED   June 22, 2006              AT   9:32   A.M./P.M.

```
ARTHUR EARL CLARK et al                    Civil Action
       plaintiff                           1:05-cv-747-MHT
       VS.

AMSOUTH MORTGAGE CO., INC. et al
       defendant
```

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Clifford Wayne Jarrett | X | Atty John David Collins |
|  | X | Atty Thomas Werth Thagard, III |
|  | X | Atty Joseph E. Scott |
|  | X | Atty George Walton Scott, III |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   ON-THE-RECORD ORAL ARGUMENT
re: MOTION FOR PROTECTIVE ORDER AND DENIAL OF ALL DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

9:05 a.m.   Conference call convenes. Plaintiff's objection to [47] Motion for leave to file responsive brief. Court will grant [47] motion for leave to file. Oral argument heard on Motion for Protective Order and Denial of all Defendant's Motions for Summary Judgment

9:32 a.m   Conference concluded.