IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,           )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )     1:05cv747-MHT
                            )
AMSOUTH MORTGAGE COMPANY,   )
INC., a corporation,        )
et al.,                     )
                            )
     Defendants.            )

ORDER

It is ORDERED that defendant Geotrac Information System Specialist's motion for leave to file responsive brief (Doc. No. 47) is granted.

DONE, this the 23rd day of June, 2006.


     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE