IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK and wife, )<br>BARBARA E. CLARK, )<br> )<br>   Plaintiffs, )<br> )<br>   v. )<br> )<br>AMSOUTH MORTGAGE COMPANY, )<br>INC., a corporation, )<br>et al., )<br> )<br>   Defendants. ) | CIVIL ACTION NO.<br>1:05cv747-MHT |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 49) is set for submission, without oral argument, on July 26, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 23rd day of June, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE