Exhibit "A"

Case 1:05-cv-00747-MHT-WC   Document 55-2   Filed 06/30/2006   Page 1 of 12

Exhibit "A"

FREEDOM COURT REPORTING

Page 126

1  zone, his house is built up. Doesn't think
2  he should have to have flood insurance.
3  Telephoned Rose. Will have someone in the
4  insurance department call him.
5       Do you recall telling Rose that
6  although you're in a flood zone, your house
7  is built up, September of '03?
8       A.   I recall the conversation with
9  her. But now, I think when we was talking
10 about the flood zone, it was after we looked
11 at that map.
12      Somebody had told us something or
13 another about the flood zone. See, it
14 didn't go into my property. It was next to
15 us.
16      Q.   Okay.
17      A.   And it's really -- I don't know if
18 it's a flood zone or not. There's no creek,
19 there's no body of water or nothing there.
20 It's just a little ole ditch where water
21 runs off the field.
22      Q.   And you're not an engineer, are
23 you?

FREEDOM COURT REPORTING

Page 127

```
1       A.   No.
2       Q.   And you're not a surveyor?
3       A.   No.
4       Q.   You just looked at this map that
5  you're talking about?
6       A.   Right.
7       Q.   Did you just generally say my
8  house is here or in your mind you could
9  identify where your home was relative to
10 that zone?
11      A.   The map that Geo sent me --
12      Q.   Right.
13      A.   -- had a line drawn to my house or
14 what they was calling my house, which it was
15 not.
16      Q.   Okay.
17      A.   It was the neighbor's house.
18      Q.   Okay. And I think I have that
19 document. We can look at it in a minute.
20 But at this point in time, September of '03,
21 you weren't certain as to whether you were
22 in a flood zone or not, were you?
23      A.   Correct.
```

```
 1         Q.    You didn't know one way or the
 2   other?
 3         A.    Not really.
 4         Q.    Okay.  And again, even though you
 5   didn't know for certain whether you were in
 6   a flood zone, you nevertheless didn't
 7   purchase the flood insurance policy, did
 8   you?
 9         A.    No.
10         Q.    Because you were waiting on proof
11   from either AmSouth or Geotrac or someone
12   proving to you that you were in a flood
13   zone; right?
14         A.    Waiting on notification that I was
15   in a flood area.
16         Q.    Okay.  And the map that you
17   obtained or you looked at yourself, did that
18   not convince you that you were in or not in
19   a flood zone?
20         A.    The one that I received from Geo
21   did not put me in what they was calling a
22   flood zone.
23         Q.    I think we'll go through a few
```

```
 1   would fax me a copy of the map.
 2        Q.    Okay.
 3        A.    And she did.  And after receiving
 4   the map -- even on her map, I told her to
 5   please draw out which was my home and she
 6   did.
 7             But the only problem was the house
 8   that she had as my house was the one I was
 9   telling you about a while ago was the
10   neighbor's house.
11        Q.    Okay.  And she faxed that shortly
12   after your telephone call?
13        A.    Correct.
14        Q.    Okay.
15        A.    As a matter of fact, she faxed it
16   and I turned around and faxed it back to
17   her.
18             MR. COLLINS:  Let's go off the
19   record for a second.
20             (Whereupon, there was a brief
21   off-the-record discussion.)
22        Q.    The map that was faxed to you from
23   Geotrac had a handwritten notation of where
```

1   your property -- where they had deemed your
2   property to be located? Is that what you're
3   saying?
4       A.   Yes. Ms. Marsha had drawed it
5   out.
6       Q.   And an arrow was pointing into
7   zone A; correct?
8       A.   Yes. The flood area, what they
9   were calling the flood area.
10      Q.   But that document would be in your
11  files; correct?
12      A.   Yes.
13      Q.   And again, this letter states,
14  while awaiting a LOMA -- which you didn't
15  apply for -- you would be required to carry
16  Federal flood insurance. Do you see that?
17      A.   Correct.
18      Q.   In fact, AmSouth had flood
19  insurance on your home during this entire
20  time period; correct?
21      A.   Yes.
22      Q.   Against your wishes?
23      A.   Correct.

FREEDOM COURT REPORTING

Page 228

1   which -- I'll just read the paragraph.
2   AmSouth and Dovenmuehle violated provisions
3   of the Fair Credit Reporting Act and that
4   said defendants failed to investigate the
5   credit transactions which have been disputed
6   by the Clarks.
7              I'm asking you -- I haven't seen
8   any letters where you disputed any credit
9   transactions.
10        A.   When we pulled our credit history,
11  it had showed that AmSouth had showed a -- I
12  think a thirty, sixty, ninety day delinquent
13  on our account.  Again, that was when I went
14  to Ms. King, Jacqueline King, and shared
15  with her that it was on our credit report,
16  that we needed them to clear my credit
17  report.
18        Q.   Okay.
19        A.   Pay this money here on
20  Polyengineering.
21        Q.   So this is after -- Let me stop
22  you.  This is after the insurance had been
23  cancelled and your account was in the

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1   supplemental.
 2           MR. COLLINS:  Okay.
 3       Q.  Any other damages that you've
 4   suffered or you're claiming in this case?
 5       A.  Nothing other than just the pure
 6   aggravation of it, the stress of it.  As I
 7   told the people at AmSouth, I'm a heart
 8   patient.  My blood pressure has been
 9   elevated.
10           I'm having to take more blood
11   pressure medicine.  I don't like trying to
12   resolve a problem and feel like I'm the only
13   one trying to get to the bottom of it.
14           It brought a lot of stress on me
15   and my wife because, I mean, it's not fun
16   when you get letters stating about to
17   foreclose and you're doing everything you
18   can to try to resolve the issue.
19           It's been a lot of mental anguish
20   in it.  I've tried to be as cooperative as I
21   could with them.
22       Q.  Have you seen a doctor for stress
23   or anything like that?
```

```
 1        Q.   Okay.  Are you taking any --
 2   Obviously you're taking blood pressure
 3   medication.  Are you taking any other type
 4   of medication for anxiety or stress?
 5        A.   I'm prescribed an anxiety
 6   medicine.  I can only take it when I'm at --
 7   when I know I'm going to be at home.
 8        Q.   But you're taking that now; right,
 9   or you're prescribed it?
10        A.   I'm prescribed it.  I try not to
11   take it.
12        Q.   When was the first prescription
13   written for anxiety or stress?
14        A.   I can't really say.  It's been
15   several months back.
16        Q.   Okay.  Have you been doing any
17   better?
18        A.   When I take it.
19        Q.   Right.
20        A.   When my blood pressure medicine --
21   cause my blood pressure is elevated.
22        Q.   Right.
23        A.   I take it.  It brings it down.
```

1   area.
2       Q.   Do you have any other credit being
3   secured by that property?
4       A.   I do.
5       Q.   Through who?
6       A.   AmSouth Mortgage.
7       Q.   And who is the principal agent at
8   AmSouth that you deal with on that one?
9       A.   Jacqueline King.
10      Q.   Did Jacqueline King or anybody on
11  her behalf on that second line of credit
12  ever ask for any type of flood hazard
13  insurance?
14      A.   No, they didn't.
15      Q.   And we are talking about the exact
16  same property?
17      A.   That's correct.
18      Q.   Just so I understand, you have
19  sent extra payments in other than just your
20  monthly principal and interest payments to
21  AmSouth?
22      A.   Through all this?
23      Q.   Yes, sir.

1   A.   Yes.

2   Q.   Okay.  Was one of the checks that
3 you sent in marked under protest in response
4 to a foreclosure threat?

5   A.   That's correct.

6   Q.   As a result of all the stress,
7 anxiety that you've had to endure throughout
8 this, have --

9        MR. COLLINS:  Object to the form.

10  Q.   -- have you had any increase in
11 medical or prescription expenses?

12  A.   I've had to double up and take
13 more blood pressure medication and two
14 different kinds.  And I go to the doctor
15 more regular for blood pressure checks.

16  Q.   Have you ever had any flood
17 insurance?

18  A.   No, sir.

19  Q.   Other than the forced placed?

20  A.   That's correct.

21  Q.   Defendant's Exhibit No. 4 is a
22 letter dated 6-17-03, the first sentence
23 which states, we have received notice that

1  questions.  Who was your homeowner's
2  insurance agent I guess?
3       A.    Eddie Lundy.
4       Q.    Eddie Lundy?
5       A.    That's correct.
6       Q.    And he's with Allstate?
7       A.    Alfa.
8       Q.    Okay.  And he advised you that you
9  could not get a personal policy of flood
10 insurance on your home?  He wouldn't sell it
11 to you?
12      A.    He said I had to have
13 documentation that I was in a flood area
14 before I could purchase it.  And I never
15 received any documentation that I was in a
16 flood area.
17      Q.    What sort of documentation did he
18 ask for?  Did he ask for a FEMA map or
19 anything specific?
20      A.    I didn't go into it.
21      Q.    Did you give him the
22 correspondence from AmSouth or any letters
23 identifying the map and the zone that you