Exhibit "B"

**AFFIDAVIT**

STATE OF ALABAMA
COUNTY OF HOUSTON

Before me, <u>Deborah K. Helms</u> the undersigned authority, personally appeared Arthur E. Clark, who, being known to me and being by me first duly sworn, deposes and says as follows:

1. My name is Arthur Earl Clark. My wife is Barbara Clark. We are the plaintiffs in litigation against AmSouth Bank, Dovenmuehle Mortgage Co., Geotrac and Empire Insurance Co., United States District Court, Case number 1:05-cv-00747-MHT-VPM.

2. We presently reside at 8530 S. County Rd 55, Cottonwood AL 36320, which is the same residence made the subject matter of the pending suit.

3. On August 24, 1988 my wife and I executed a mortgage with American Federal Savings Bank of Duval County, pledging our home at the above address to the indebtedness therein.

4. On January 22, 2003 we established a credit line on the same home with a local AmSouth Bank branch.

5. No flood insurance has ever been requested or required as to the AmSouth Branch loan.

6. I received a letter dated June 10, 2003 from AmSouth Bank Mortgage Banking requesting flood insurance information. (See Attachment 1.)

7. As a result of the bank's letter, I contacted my insurance

agent, Eddie Lundy, ALFA Insurance Company, who informed me
he could not write me flood insurance until I provided him
with documentation showing I was in a flood zone and what
the flood threat level was.

8. I contacted that bank and requested this documentation. I
was told they did not have this information, as the only
information they had was that F. E. M. A. had determined my
house was in a flood zone.

9. We then received a letter titled, Flood Insurance Warning
Notice, dated June 17, 2003 that stated, "We have received
notice that your flood insurance has been cancelled or
expired." . . . "We previously determined that your property
is located in a SFHA". (See Attachment 2.)

10. We did not understand this development and statement as we
never had flood insurance on this property.

11. I telephoned the bank several times to obtain more
information. They only thing they would tell me was that I
would have to contact F. E. M. A.

12. We received a Flood Insurance Reminder dated June 17, 2003,
but still no response to our request for more information.
(See Attachment 3.)

13. On June 30, 2003 at 3:52 p.m. I called AmSouth (800)333-4471
and spoke with a person identified as Janet who transferred
me to Rose at extension number 3967.

14. Rose told me she would look into the situation and for me

C:\WFCCG\pending cases\Clark.DB\Drafts\AFFIDIV.wpd

not to do anything until I heard back from her.

15. Having not heard back from Rose, I called her back at 2:00 p.m. on July 30, 2003. I got a voice mail message that she was out of the office until 8/4/03. I left a detailed message.

16. A form letter dated August 5, 2003 informed us the Bank has forced placed flood insurance. (See Attachment 4.)

17. This was followed by the Insurance Certificate issued by Empire Fire and Marine Insurance Company dated August 8, 2003. I telephoned the phone number (800)333-4471 listed on the notice from Empire to discuss the matter and the call was answered by the mortgage company. I did not write to the insurance company because it seems futile to mail another request to the same PO Box (P O Box 57046, Irene, CA 952619-7046) that the bank used. The certificate stated the coverage was effective as of 06/10/03 until 06/10/04 at 12:01am at a cost of $808.00. (See Attachment 5.)

18. The bank's (AmSouth) statement dated August 7, 2003 showed they had received our $800 payment on 08/01/2003, but failed to post it until 08/07/2003. (See Attachment 6.)

19. On 8/18/2003 I again called for Rose and left a message.

20. On 8/19/2003 at 11:30 a.m. I again called for Rose. I was put on hold. A person identified as Ruel Garcia then picked up and spoke to me. I was told I would have to pay for the flood insurance.

21. The bank's statement dated September 05, 2003 showed a date due 06/03/2003 and that $808.00 had been paid for flood insurance leaving an escrow balance of -$808.00. Although it had been previously agreed there would be no escrow account established concerning this mortgage. It also showed another payment being received on 9/01/2003 of $800 which was credited to account on 9/05/2003. (See Attachment 7.)

22. I telephoned AmSouth on 8/18, 8/19, 9/22. 9/23 and 9/24/2003 and received no answers to my questions nor would they send me any documentation and/or flood maps.

23. I was told F. E. M. A. had notified the bank of the change and they did not have the maps.

24. AmSouth notified us by a form dated September 25, 2003, titled, Notice of Flood Insurance Requirement;, "As a result of a recent flood map revision of your community, it has been determined that your property is now located in a SFHA." . . . "You are now required to purchase flood insurance and provide proof of coverage within 45 days of the date of this notice". (See Attachment 8.)

25. I contacted Mark Poole, Houston County Engineer, who told me he did not believe my house should be in a flood zone because of it elevation. I would have to apply for a letter of map amendment (LOMA), which meant I would have to hire someone to establish the elevation of my property.

26. At my request F. E. M. A. sent us more information about L.

O. M. A.

27. We contacted Poly Engineering to do the required work to apply for a LOMA.

28. The October 02, 2003 AmSouth statement showed on 10/01/2003 a $783.91 payment was received and credited. (See Attachment 9.)

29. On October 28, 2003 I mailed a certified letter to the bank and a restricted check in the amount of $783.91, again trying to get things worked out. (See Attachment 10.)

30. The November 17, 2003 statement showed a payment of $783.91 received on 10/31/2006 with a due date of 11/03/2003 and that on 11/17/2003 a late charge was assessed of $39.20. My payment was not applied to principle, interest or escrow, but was place in something designated as "other". There was no application of this payment. All balances due were the same as last month. (See Attachment 11.)

31. The November 25, 2003 Statement, showed a $783.91 payment was received 11/25/2003 and credited. (See Attachment 12.)

32. The January 16, 2004 statement showed a $783.91 payment received and credited on 01/02/2004 (which was due 01/04/2004) and on 1/16/2004 a late charge of $39.20 was applied to our account. (See Attachment 13.)

33. The February 06, 2004 statement showed a $783.91 payment was received on 02/04/2004 and credited 02/06/2004. (See Attachment 14.)

34. The February 17, 2004 statement, had a late charge assessment of $39.20.  (See Attachment 15.)

35. We received a Notice of Default dated March 08, (See Attachment 16.) along with a Letter of delinquent account. (See Attachment 17.)

36. The March 16, 2004 statement showed a $783.91 payment was received on 03/03/2004 and not credited toward any of the outstanding balances. It also showed a late charge assessment of $39.20 was added to the outstanding balance. (See Attachment 18.)

37. On March 26, 2004 at 9:53 a.m. I again telephoned AmSouth. I spoke with Rose Mary, Stacey, Christopher and Antoinette. No one could answer my questions or tell me anything other than to contact F. E. M. A.

38. During the time all of this was going on we received numerous telephone calls threatening us with all types of legal action and foreclosure if we did not send in more money.

39. We received a letter about delinquencies and a letter reference pre-foreclosure sale dated April 02,2004.  (See Attachment 19.)

40. The April 07, 2004 statement showed a $783.91 payment was received 4/07/2004 and credited to principle, interest and escrow with an escrow advance repayment of $102.49 indicated.  (See Attachment 20.)

C:\WPDOCS\pending cases\Clark,DE\Draft-s\AFFIDIV.wpd

41. We received a Notice of Default, dated April 08, 2004. (See Attachment 21.)

42. Finally on April 13, 2004 we received the F. E. M. A. letter/maps after ten months of pleading with the bank for information. (See Attachment 22.)

43. The next statement showed that on 4/16/2004 another late charge assessment of $39.20 was made to our account. (See Attachment 23.)

44. We received another Flood Insurance Renewal Notice dated April 26, 2004, followed by a Notice of Flood Insurance Requirements dated April 30, 2004 and a Notice of Flood Hazard Risk and Availability of Federal Disaster Relief Assistance. (See Attachment 24.)

45. We subsequently received a F. E. M. A. Standard Flood Hazard Determination prepared by Geotrac dated 07/07/2003 marked "re-evaluation with no change to original flood certification 12/26/03." (See Attachment 25.)

46. We received a Foreclosure letter dated May 04, 2004. (See Attachment 26.)

47. The demand for an additional payment of $138.10 for late fees and property inspection dated May 05, 2004 was sent following that. (See Attachment 27.)

48. The May 05, 2004 statement showed our $783.91 payment was received on 02/04/2004 but not credited until 05/05/2004. (See Attachment 28.)

49. Another Notice of Default dated May 06, 2004 was received. (See Attachment 29.)

50. The May 17, 2004 statement included another late charge assessment of $39.20. (See Attachment 30.)

51. On May 17, 2004 the F. E. M. A. Elevation Form was prepared by Polyengineering Inc. at cost of $839.55 to us. (See Attachment 31.)

52. Only after my wife and I suffered through all this did Geotrac change its position concerning the flood insurance. On May 28, 2004 we received a fax from Geotrac, "After re-evaluation of the location of your home .... your structure is just outside SFHA". (See Attachment 32.)

53. We received a letter dated May 28, 2004, from Amsouth which stated our home was not in a Special Flood Hazzard Zone demanding we sign a release stating, "I/We the undersigned borrowers do hereby understand that the above mentioned property is located in a flood zone X(C)". (See Attachment 33.)

54. That notice stated, "The insurance AMSOUTH BANK placed on the following property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason: OTHER INSURANCE COVERAGE PROVIDED." (See Attachment 34.) This was absolutely false! We had never purchased any such insurance and to our knowledge no such insurance has ever been purchased to replace the forced placed insurance.

55. The June 08, 2004 statement showed a $783.91 payment received 06/08/2004 and credited, on 06/01/2004 property insurance refund of $808.00 was posted and on 06/02/2004 a $1,015.99 escrow refund to us. (See Attachment 35.)

56. Then we received a Notice of Default dated June 09, 2004. (See Attachment 36.)

57. The June 30, 2004 statement showed a $783.91 payment received on 06/30/2004 and credited. (See Attachment 37.)

58. The August 18, 2004 statement showed a $783.91 payment was received 08/18/2004 and credited. It also showed an additional payment of $232.08, that we had not made, which had been applied to principal. (See Attachment 38.)

59. I make this affidavit of my own personal knowledge and for use in our pending lawsuit and for any other lawful purpose.

_Arthur E. Clark_
AFFIANT

Sworn to and subscribed before me this 29th day of June, 2006.

_Deborah K. Helms_
Notary Public
My Commission Expires: 03/31/2010

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

# AMSOUTH®

June 10, 2003

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:   Loan Number:        3003072091
      Property Address:   8530 S County Rd 55
                          Cottonwood AL 36320

      Annual Insurance Renewal Information

Dear Mortgagor(s):

We are in the process of updating your flood insurance files
and we are in need of your help.

Please forward us your current flood insurance policy (or copy).
If this property is a condominium, please provide a copy of your
associations master policy.

In light of the potential for a partial or total loss of the property
indicated, it is important that you respond to our request within 10
days.

Mail To:           AmSouth Bank
                   P. O. Box 57046
                   Irvine, CA  92619-7046

Fax To:            949-465-7253

You may also visit our website at www.updatemyinsurance.com/mortgage
to update your insurance online.

Thank you very much for your assistance in this matter.

Sincerely,

AM847/TKH

**A**M**SOUTH**

AmSouth Bank
P.O. Box 57046
Irvine, CA 92619-7046

**FLOOD INSURANCE WARNING NOTICE**

Loan # 3003072091
Property Location:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

06/17/03

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Flood Zone: A
FEMA Map Panel: 01069C0335E



Dear Arthur E Clark:

We have received notice that your flood insurance has been cancelled or expired. We have not received a new or renewal flood insurance policy covering the property location shown above. The Flood Disaster Protection Act of 1973, a Federal Law, requires that flood insurance be purchased and maintained on certain mortgage loans. The law applies to loans securing buildings which, at any time during the term of the loan, are (1) located in Special Flood Hazard Areas (SFHA), as shown on maps published by the Federal Emergency Management Agency (FEMA), and (2) are in a community which participates in the National Flood Insurance Program. We previously determined that your property is located in a SFHA. You are required by the terms of your mortgage and Federal Law to maintain flood insurance on the property address shown above.

You may purchase flood insurance from the agent or carrier of your choice. Please forward a copy of your policy or request that your agent or insurance company provide a copy of the policy, including the loan number indicated above, to:

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57046
IRVINE, CA 92619-7046
Or you may FAX to: 1-949-465-7253

If you prefer, you may visit our website at www.updatemyinsurance.com/mortgage and update your insurance online.

If you do not provide the necessary flood insurance information for this property we have the right to purchase flood insurance coverage to protect our interest. If we obtain flood insurance coverage, the insurance premium may be considerably higher than insurance you can purchase. Insurance we obtain will protect the dwelling only. No coverage will be provided for your contents (personal property), personal liability, additional living expense, or medical payments. The amount of insurance we obtain may not adequately protect your interest in the property. You will be responsible to pay the premium and applicable fees which result from us purchasing this insurance. If there is a lapse in coverage between the required date of insurance and the date you obtain flood insurance, you will be charged for this lapse.

Refer To Back Page For Additional Information.



DMWR1F01  11/11/02

will be based on your last known coverage amount. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown above and make sure that you include your name and loan number on all correspondence.

Any premium charges for flood insurance may be added to your escrow account. If you do not have an escrow account, we may establish an escrow account, in accordance with the terms of your loan documents. You will be responsible to pay the premium and any fees which result from our purchase of this flood insurance.

We thank you for your assistance. If you have any questions, please feel free to call the customer service number listed below. We invite you to contact us during our nonpeak hours of 9 AM to 12 PM or 3 PM to 5 PM (Central Time) Wednesday through Friday. For your convenience, we are also available Monday through Friday, 7 AM to 7 PM (Central Time). Your call may be monitored for quality assurance.

Sincerely,

Customer Service
800-333-4471





# AmSouth

**AmSouth Bank**
P.O. Box 57046
Irvine, CA 92619-7046



### FLOOD INSURANCE REMINDER

Loan # 3003072091
Property Location:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

07/17/03

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Flood Zone: A
FEMA Map Panel: 01069C0335E

Dear Arthur E Clark:

You were previously notified that we had not received proof of flood insurance for the property location shown above. As of the date of this letter, we have still not received proof of insurance. We have an obligation to protect our interest in the property and to comply with Federal Law. If we do not receive proof of insurance we will obtain lender placed flood insurance to protect our interest. Please IMMEDIATELY forward a copy of your policy or request that your agent or insurance company forward a copy of your policy, referencing the loan number shown above. You may purchase flood insurance from the agent or carrier of your choice. The policy should be forwarded to:

> AMSOUTH BANK
> ITS SUCCESSORS AND/OR ASSIGNS
> P O BOX 57046
> IRVINE, CA 92619-7046
> Or you may FAX to: 1-949-465-7253

The Flood Disaster Protection Act of 1973, a Federal Law, requires that flood insurance be purchased and maintained on certain mortgage loans. The law applies to loans securing buildings which, at any time during the term of the loan, are (1) located in Special Flood Hazard Areas (SFHA), as shown on maps published by the Federal Emergency Management Agency (FEMA), and (2) are in a community which participates in the National Flood Insurance Program. We previously determined that your property is located in a SFHA. You are required by the terms of your mortgage and Federal Law to maintain flood insurance on the property address shown above.

If you do not provide the necessary flood insurance information for this property we have the right to purchase flood insurance coverage to protect our interest. If we obtain flood insurance coverage, the insurance premium may be considerably higher than insurance you can purchase. Insurance we obtain will protect the dwelling only. No coverage will be provided for your contents (personal property), personal liability, additional living expense, or medical payments. The amount of insurance we obtain may not adequately protect your interest in the property. You will be responsible to pay the premium and applicable fees which result from us purchasing this insurance. If there is a lapse in coverage between the required date of insurance and the date you obtain flood insurance, you will be charged for this lapse.

Refer To Back Page For Additional Information.

front

The lender placed coverage amount will be based on your last known coverage amount. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown above and make sure that you include your name and loan number on all correspondence.

Any premium charges for flood insurance may be added to your escrow account. If you do not have an escrow account, we may establish an escrow account, in accordance with the terms of your loan documents. You will be responsible to pay the premium and any fees which result from our purchase of this flood insurance.

We thank you for your assistance. If you have any questions, please feel free to call the customer service number listed below. We invite you to contact us during our nonpeak hours of 9 AM to 12 PM or 3 PM to 5 PM (Central Time) Wednesday through Friday. For your convenience, we are also available Monday through Friday, 7 AM to 7 PM (Central Time). Your call may be monitored for quality assurance.

Sincerely,

Customer Service
800-333-4471

Back

# AmSouth

AmSouth Bank
P.O. Box 57046
Irvine, CA 92619-7046

**FLOOD POLICY NOTICE**

08/05/03

Loan #  3003072091
Property Location:
8530 S COUNTY RD 55
COTTONWOOD AL 36320



ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Flood Zone: A
FEMA Map Panel: 01069C0335E

Dear Arthur E Clark:

We have not received the proof of flood insurance we previously requested for the property location shown above. At your expense, we have purchased insurance to protect our interest in the property. The premium cost for obtaining this insurance is shown on the attached policy declaration. You are solely responsible for the repayment of this cost.

The Flood Disaster Protection Act of 1973, a Federal Law, requires that flood insurance be purchased and maintained on certain mortgage loans. The law applies to loans securing buildings which, at any time during the term of the loan, are (1) located in Special Flood Hazard Areas (SFHA), as shown on maps published by the Federal Emergency Management Agency (FEMA), and (2) are in a community which participates in the National Flood Insurance Program. We previously determined that your property is located in a SFHA. You are required by the terms of your mortgage and Federal Law to maintain flood insurance on the property address shown above.

If you purchase or have purchased a flood insurance policy for the property location shown above, we will cancel the policy we obtained, as of the effective date of the insurance you provide. If the effective date on the insurance policy you purchase is not the same or prior to the effective date of the policy we have purchased, you will be charged the earned premium for this lapse in coverage.

If you have purchased insurance, please IMMEDIATELY forward a copy of the policy or request that your agent or insurance company forward a copy of the policy to:

> AMSOUTH BANK
> ITS SUCCESSORS AND/OR ASSIGNS
> P O BOX 57046
> IRVINE, CA 92619-7046
> Or you may FAX to: 1-949-465-7253

The premium for the insurance we have obtained may be considerably higher than insurance you can purchase. This policy will protect the dwelling only. No coverage is provided for your contents (personal property), personal liability, additional living expense, or medical payments. The amount of insurance we have obtained may not adequately protect your interest in the property. You will be responsible to pay any premium and applicable fees which result from us purchasing this insurance. If there is a lapse in coverage between the old policy and the policy you obtain, you will be charged a premium to protect our interest during this lapse.

Refer To Back Page For Additional Information.

The lender placed coverage amount will be based on your last known coverage amount. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown above and make sure that you include your name and loan number on all correspondence.

The premium for the attached policy may be charged to your escrow account. If you do not have an escrow account, we may establish an escrow account, in accordance with the terms of your loan documents. You will be responsible to pay the premium and any fees which result from our purchase of this insurance.

We encourage you to contact your agent or insurance company and obtain your own insurance policy. If you have any questions, concerning the policy we have purchased, please feel free to call the customer service number listed below. We invite you to contact us during our nonpeak hours of 9 AM to 12 PM or 3 PM to 5 PM (Central Time) Wednesday through Friday. For your convenience, we are also available Monday through Friday, 7 AM to 7 PM (Central Time). Your call may be monitored for quality assurance.

Sincerely,

Customer Service
800-333-4471



Back



Attachment 5
To Affidavit of A. Clark

| Additional Named Insured Certificate |

Notification Date: 08/05/03

LOAN NUMBER: 3003072091

**ADDITIONAL NAMED INSURED**
ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320

**NAMED INSURED MORTGAGEE**
AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57046
IRVINE, CA 92619-7046

|  |  | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER FLR470164921 | Dwelling | $ 85,000.00 | $ 808.00 |

POLICY TERM:

FROM 06/10/03    TO 06/10/04

☐ NOON    ☒ 12:01am

IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY THE REQUIRED RENEWAL PREMIUM FOR EACH SUCCESSIVE POLICY PERIOD, SUBJECT TO OUR RATES, RULES AND FORMS IN EFFECT. YOU MUST PAY US PRIOR TO THE END OF THE CURRENT POLICY PERIOD OR ELSE THIS POLICY WILL EXPIRE.

Flood Deductible - per loss
Located in a "V" zone or with elevation of lowest floor below the Base Flood Elevation (BFE)    $ 1,000

All Other Flood Losses    $ 750

| PROPERTY LOCATION 8530 S COUNTY RD 55 COTTONWOOD AL 36320 | MUNICIPAL TAXES | Tax Code | $ 0.00 |
|---|---|---|---|
| | OTHER TAXES | | $ 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 808.00 |

ENDORSEMENTS ATTACHED AND FORMING A PART OF THE POLICY
RF1101 (0397),RF1201 (0397).

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Flood Policy, including but not limited to the Residential Flood Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The Named Insured Mortgagee is authorized to act for the Additional Named Insured(s) in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured(s) for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the Named Insured Mortgagee and the Additional Named Insured(s), as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

DEDUCTIBLES: Please refer to the deductibles shown above for the coverage provided by this policy.

**THIS POLICY ONLY COVERS DWELLINGS. IT DOES NOT COVER YOUR PERSONAL PROPERTY.**

**For Customer Service questions, please call our toll free Customer Service Number at:
800-333-4471**

**To report a claim, please contact our Claim Department at 1-800-237-6617**

RF1101 0397

**AMSOUTH** BANK  Schaumburg, IL 60159-0720
Mortgage Banking

LOAN NUMBER: 3003072091

STATEMENT DATE: AUGUST 07, 2003

BORROWER:        ARTHUR E CLARK
CO-BORROWER:     BARBARA E CLARK
PROPERTY ADDRESS:   8530 S COUNTY RD 55      AL 36320

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $783.91 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $.00 |
| OTHER | $.00 |
| TOTAL: | $783.91 |

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $87,974.95 | $.00 | $2,292.54 | $4,091.46 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 08-03 | 08/07 | PYMNT THANK YOU | $800.00 | $.00 | $.00 | $.00 | $800.00 |
| 08-03 | 08/07 | PYMNT THANK YOU | $.00 | $278.20 | $505.71 | $.00 | $783.91- |
| 09-03 | 08/07 | ADDITIONAL PRINC | $.00 | $16.09 | $.00 | $.00 | $16.09- |

**IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ**



## MORTGAGE PAYMENTS

### ◆ M A D E ◆

*Easy*

### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 6**
To Affidavit of A. Clark

**AmSouth BANK** Schaumburg, IL 60159-0720

Mortgage Banking

MM 7:30 a.m.–9:00 p.m. CST

LOAN NUMBER: 3003072091

STATEMENT DATE: SEPTEMBER 05, 200

| BORROWER: | ARTHUR E CLARK |
| CO-BORROWER: | BARBARA E CLARK |
| PROPERTY ADDRESS: | 8530 S COUNTY RD 55    AL 36320 |

ARTHUR E CLARK
BARBARA E CLARK                    003253
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| INTEREST RATE: | 6.87500% |
| PAYMENT: | $783.91 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $.00 |
| OTHER | $.00 |
| TOTAL: | $783.91 |

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $87,678.97 | $808.00- | $2,588.52 | $4,595.48 | $.00 | $808.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 06-03 | 08-13 | FLOOD INS PYMNT | $808.00 | $.00 | $.00 | $808.00 | $.00 |
| 09-03 | 08/13 | ESCROW ADVANCE | $808.00 | $.00 | $.00 | $808.00 | $.00 |
| 09-03 | 09/01 | PYMNT THANK YOU | $800.00 | $.00 | $.00 | $.00 | $800.00 |
| 09-03 | 09/05 | PYMNT THANK YOU | $.00 | $279.89 | $504.02 | $.00 | $783.91 |
| 10-03 | 09/05 | ADDITIONAL PRINC | $.00 | $16.09 | $.00 | $.00 | $16.09 |

IMPORTANT MESSAGES IN SHADED BOX PLEASE READ



**AMSOUTH BANK**

*The Relationship People*

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### Easy

### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 7**
To Affidavit of A. Clark



AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

September 25, 2003

Loan No:    3003072091
Property:   8530 S County Rd 55
            Cottonwood AL 36320

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

Flood Zone:    A
Panel No:      0335E
Community No:01069C
Map Date:      07/07/03

NOTICE OF FLOOD INSURANCE REQUIREMENT

Dear Mortgagor(s):

Federal law requires lenders to ensure that flood insurance is obtained and maintained for properties located in a Special Flood Hazard Area ("SFHA").

As a result of a recent flood map revision of your community, it has been determined that your property is now located in a SFHA. The specific flood map affecting your property is identified above. Therefore, you are now required to purchase flood insurance and provide proof of coverage within 45 days of the date of this notice. If you fail to provide such proof of coverage, we are required to obtain coverage on your behalf. However, please be aware that the insurance we obtain may cost substantially more than insurance you can purchase from your insurance agent, and it may offer less coverage than you wish. We encourage you to contact your insurance agent to obtain your own insurance.

The flood insurance coverage must be at least equal to the greater of 1) the outstanding principal balance of your loan, or 2) 80% of the replacement value of your property, up to the maximum limit of available coverage ($250,000). The deductible may not exceed the greater of $1,000, or 1% of the policy's insurance limits.

If you reside in a condominium or townhouse and are insured under a master policy issued to the homeowners association, please provide us with a copy of the current policy for our review.

If you disagree with the determination that your property is located in an SFHA, you may contact FEMA at 877-336-2627 (877-FEMA-MAP).

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

# AMSOUTH®

Page 2 of 2
September 25, 2003
3003072091

FEMA will request written, factual evidence as to why you feel
this determination may be inaccurate. This evidence can come
from a community official, surveyor or registered engineer.
Should FEMA subsequently determine that your property is not
in a SFHA, FEMA will issue a Letter of Map Amendment (LOMA)
or a letter of Map Revision (LOMR). Flood insurance will no
longer be required when you present this letter to us.

Please note that pursuing a LOMA or LOMR does not remove the
requirement that you obtain flood insurance coverage within
45 days. If FEMA subsequently issues a LOMA or LOMR, flood
insurance will no longer be required, and you should be
entitled to a full refund of the flood insurance premiums
you paid. If you purchased insurance and we did not obtain
it on your behalf, you will be responsible for obtaining
any refund.

Please send proof of flood insurance coverage to:

AmSouth Bank
P.O. Box 57046
Irvine, CA  92619-7046

Sincerely,


AmSouth Bank


AM901/TKH

BANK Schaumburg, IL 60159-0720

Mortgage Banking

M-F 7:00 a.m. - 6:00 p.m. CST

LOAN NUMBER: 3003072091

STATEMENT DATE: OCTOBER 02, 2003

BORROWER:    ARTHUR E CLARK
CO-BORROWER:   BARBARA E CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55    AL 36920

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $941.02 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $157.11 |
| OTHER | $.00 |
| TOTAL: | $941.02 |

### Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $87,397.39 | $808.00- | $2,870.10 | $5,097.81 | $.00 | $808.00 |

Principal balance shown is not a payoff amount - please call for payoff information

### TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 10-03 | 10-01 | PYMNT THANK YOU | $783.91 | $281.58 | $502.33 | $.00 | $.00 |

IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ



### MORTGAGE PAYMENTS
◆ M A D E ◆
*Easy*

#### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

Attachment **9**
To Affidavit of A. Clark

Oct. 28, 2003

To Whom It May Concern,

When I was first contacted about buying flood insurance, I called Am South Mortgage and talked to Rose she told me not to do anything about this until she called me back. I have not heard from her there fore I am inclosing a check for principal and interest only. My house is not in a flood area the whole town of Cottonwood would be under water before water would get in my house.

Sincerely
Earl Clark

PS

I have called several times and have not recieved a response.

EARL CLARK D/L AL2797995 3-27-51
ELLEN CLARK D/L AL2404931 5-25-47
Ph. 334-691-3283
8530 S. Co. Rd. 55
Cottonwood, AL 36320

2317
61-1/620

10-28-03  Date

Pay to the Order of Am South Mortgage Banking    $ 783.91

Seven hundred Eighty three + 91/100    Dollars

AMSOUTH BANK
THE RELATIONSHIP PEOPLE    DISTINCTION

For (300 502091) Principal and Interest Only    Earl Clark

⑆0620000191⑆ 0018980120⑈ 2317

**AMSOUTH BANK**  Schaumburg, IL 60159-0720
Mortgage Banking

M-F 7:00 a.m. - 6:00 p.m CST

LOAN NUMBER: 3003072091

STATEMENT DATE: NOVEMBER 17, 2003

| | | |
|---|---|---|
| BORROWER: | ARTHUR E CLARK | |
| CO-BORROWER: | BARBARA E CLARK | |
| PROPERTY ADDRESS: | 8530 S COUNTY RD 55 | AL 36320 |

ARTHUR E CLARK
BARBARA E CLARK            001723
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $941.02 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $157.11 |
| OTHER | $.00 |
| TOTAL: | $941.02 |

### Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $87,397.39 | $808.00- | $2,870.10 | $5,097.81 | $.00 | $808.00 |

Principal balance shown is not a payoff amount - please call for payoff information

### TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 11-03 | 10/31 | PYMNT THANK YOU | $783.91 | $.00 | $.00 | $.00 | $783.91 |
| 11-03 | 11/17 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20- |

IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ



### MORTGAGE PAYMENTS
### ◆ M A D E ◆
### *Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 11**
To Affidavit of A. Clark

Mortgage Banking

BANK Schaumburg, IL 60159-0720

LOAN NUMBER:   3003072091

STATEMENT DATE:   NOVEMBER 25, 200

BORROWER:          ARTHUR E CLARK
CO-BORROWER:       BARBARA E CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55        AL 36320

ARTHUR E CLARK
BARBARA E CLARK                    000421
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $941.02 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $157.11 |
| OTHER | $.00 |
| TOTAL: | $941.02 |

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $87,114.19 | $808.00 | $3,159.30 | $5,598.52 | $.00 | $809.00 |

Principal balance shown is not a payoff amount - please call for payoff information

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 11-09 | 11-25 | PYMNT THANK YOU | $.00 | $283.20 | $500.71 | $.00 | $783.91 |

**IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ**

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### *Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 12**
To Affidavit of A. Clark

Mortgage Banking

STATEMENT DATE: JANUARY 18, 2004

LOAN NUMBER: 3003022081

BORROWER:
CO-BORROWER: ARTHUR E CLARK
PROPERTY ADDRESS: BARBARA E CLARK
8530 S COUNTY RD 55    AL 36320

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $941.02 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $157.11 |
| OTHER | $.00 |
| TOTAL: | $941.02 |

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $88,829.37 | $808.00- | $.00 | $.00 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 01-04 | 01/02 | PYMNT THANK YOU | $783.91 | $.00 | $.00 | $.00 | $783.91 |
| 01-04 | 01/16 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20- |

### IMPORTANT MESSAGES IN SHADED BOX PLEASE READ

Your 1098 interest statement for 2003 will be mailed on or before January 31, 2004. You can obtain the same information reported on that statement any time after January 1, 2004 via touch-tone telephone by dialing your main Customer Service number and selecting the year-to-date tax and interest information prompt. Please keep in mind that we cannot reproduce and/or duplicate 1098 statements until after January 31, 2004.

*[handwritten: Ck # 2083 @ 783.91]*

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### Easy

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at; 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 13
To Affidavit of A. Clark

**AMSOUTH** BANK  Schaumburg, IL 60159-0720

Mortgage Banking

M-F 7:00 a.m. - 6:00 p.m. CST

LOAN NUMBER: 3003072091

STATEMENT DATE: FEBRUARY 06, 2004

BORROWER:            ARTHUR E CLARK
CO-BORROWER:         BARBARA E CLARK
PROPERTY ADDRESS:    8530 S COUNTY RD 55      AL 36320

|  |  |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| TOTAL: | $937.28 |

ARTHUR E CLARK
BARBARA E CLARK       160171
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,542.92 | $102.49- | $286.45 | $497.46 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 01-04 | 02/04 | PYMNT THANK YOU | $783.91 | $.00 | $.00 | $.00 | $783.91 |
| 01-04 | 02/06 | PYMNT THANK YOU | $.00 | $286.45 | $497.46 | $705.51 | $1,489.42- |
| 01-04 | 02/06 | ESCROW ADV REPAY | $.00 | $.00 | $.00 | $705.51- | $705.51 |



**AMSOUTH® BANK**

*The Relationship People*

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
*Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 14**
To Affidavit of A. Clark

Mortgage Banking    Schaumburg, IL 60159-0720

STATEMENT DATE: FEBRUARY 17, 2004

LOAN NUMBER: 3003072091

BORROWER:          ARTHUR E CLARK
CO-BORROWER:       BARBARA E CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55      AL 36320

|  |  |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| TOTAL: | $937.28 |

ARTHUR E CLARK
BARBARA E CLARK              903158
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,542.92 | $102.49- | $288.49 | $497.46 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 02-04 | 02/17 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20- |

IMPORTANT MESSAGES IN SHADED BOX PLEASE READ



AMSOUTH BANK
*The Relationship People*

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### *Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1601 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 15
To Affidavit of A. Clark

Attachment 6
To Affidavit of A. Clark

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

**AmSouth®**



March 08, 2004


Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood          AL 36320


SUBJECT:   Notice of Default                    Via Certified Mail
           Loan Number 3003072091

Dear Mortgagor:

According to the terms of your loan documents, you agreed to make
monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice
is hereby given that:

1.  You have breached the contractual obligation of the Deed of Trust/
    Mortgage, in that you failed to make your monthly payments required
    by the note.  Your loan is now in default.

2.  In order to cure this default, you must contact this office to
    Obtain the amount necessary to cover the delinquent installments
    and any other fees and costs incurred.

3.  Payment of that amount must be received no later than 35 days
    after the date of this letter. Payment of said amount will cure
    this breach.  Payment must be made by certified funds, which may
    be in the form of either a money order or a cashier's check.

4.  Failure to cure such breach on or before the date specified in
    item 3 may result in the immediate acceleration of the principal
    balance secured by the Deed of Trust/Mortgage and the sale of the
    property covered therein.  There is a possibility that a fore-
    closure deficiency judgement might be pursued if the foreclosure
    proceedings are undertaken.

5.  You have the right to reinstate your loan after acceleration and
    the right to assert in any foreclosure proceeding the non-
    existence of a default or any other defense of the borrower to
    acceleration and foreclosure.

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

**AMSOUTH®**



March 08, 2004
Page 2 of 2
A E Clark

If you do not understand this letter and have an attorney, you should
seek his/her advice.  Otherwise, you are urged to contact this office
immediately.

Sincerely,

Collection Department

CALL TOLL FREE -------------------------------------------1-888-393-3998

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL056/RJO

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

March 08, 2004


Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320


RE:  Loan Number 3003072091

Dear Mortgagor(s):

Your mortgage payments are past due.  If you cannot bring your
account up to date, the following are some possible alternatives to
foreclosure:

          1.  Modification
          2.  Payment Plan
          3.  Sale of Property
          4.  Voluntary Conveyance
          5.  Short Sale
          6.  Partial Claim (FHA Loans Only)

If your delinquency is due to circumstances beyond your control, you
may qualify for one of the above.

We have included a pamphlet listing local HUD offices.  If you need
credit counseling, please contact the HUD office nearest you.

If you have any questions, please contact our office at 1-888-393-3998.

Sincerely,


Collection Department


CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8 a.m. - 5 p.m., CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

enclosure 426-h

SL018/RJO

AMSOUTH BANK  Schaumburg, IL 60159-0720

Mortgage Banking

**LOAN NUMBER:** 3003072091

**STATEMENT DATE:** MARCH 16, 2004

BORROWER:     ARTHUR E CLARK
CO-BORROWER:   BARBARA S CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55    AL 36320

| | |
|---|---|
| INTEREST RATE: | 5.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| **TOTAL:** | **$937.28** |

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,542.92 | $102.49- | $288.48 | $497.46 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 02-04 | 03/03 | PYMNT THANK YOU | $783.91 | $.00 | $.00 | $.00 | $783.91 |
| 02-04 | 03/16 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20- |

IMPORTANT MESSAGES IN SHADED BOX. PLEASE READ

**AMSOUTH BANK**

*The Relationship People*

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### *Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1601 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 18**
To Affidavit of A. Clark

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

## **AMSOUTH**®

April 02, 2004


Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320


RE:  Loan Number 3003072091


Dear Mortgagor:

Our review of your loan shows you may qualify for a pre-foreclosure sale.
A pre-foreclosure sale is a sale of the property wherein the lender
agrees to accept the proceeds of the sale in satisfaction of a defaulted
mortgage.  These proceeds may be less than the amount owed on the
mortgage in order to avoid foreclosure.

We try to help our mortgagors whose hardship requires that they sell
their home.  There may be problems selling the property if the value
has declined to less than the amount owed on the mortgage.

Preforeclosure sale is a possible alternative to foreclosure.  We
encourage you to contact our office to receive more information.

Sincerely,



Collection Department


CALL TOLL FREE ----------------------------------------1-888-393-3998


THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.


SL072/MCR

Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

---

**AMSOUTH®**

April 02, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:  Loan Number 3003072091

Dear Mortgagor(s):

You owe $ 2,904.23, the total due for the 02/01/04 through
04/01/04 payments.

Since you have not sent the full amount due or made reasonable
arrangements for repayment, we are reviewing your file for possible
referral to the Foreclosure Review Board.

It is not too late to prevent foreclosure.  You must either have the
full amount due in our office by April 09, 2004 or call us by that date
to discuss possible alternatives.  If you do not respond to this
request, we will assume you have no interest in keeping your home.

If the Foreclosure Department Review Board agrees, we will ask
attorneys to begin legal action on your account.  If you decide to
reinstate after legal action has begun, you will be responsible for
attorney fees along with the delinquent payments.

Please do not pass up what may be your last chance to prevent
foreclosure.  Call our office at 1-888-393-3998, or send the full
amount due immediately.

Sincerely,


Collection Department

CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8:00 a.m. - 5:00 p.m. CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL054/MCR

Mortgage Banking

LOAN NUMBER: 3003072091                          STATEMENT DATE: APRIL 07, 2004

BORROWER:
CO-BORROWER:          ARTHUR E CLARK
*PROPERTY ADDRESS:    BARBARA E CLARK
                      8530 S COUNTY RD 55      AL 36320

|  |  |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| | |
| TOTAL: | $937.28 |

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,254.83 | $54.62 | $574.54 | $993.28 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 02-04 | 04/07 | PYMNT THANK YOU | $783.91 | $288.09 | $495.82 | $157.11- | $157.11- |
| 02-04 | 04/07 | ESCROW ADV REPAY | $.00 | $.00 | $.00 | $102.49- | $102.49 |

### IMPORTANT MESSAGES IN SHADED BOX PLEASE READ



AmSOUTH BANK

The Relationship People

MORTGAGE PAYMENTS
◆ M A D E ◆
Easy

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 20**
To Affidavit of A. Clark

Attachment 2
To Affidavit of A. Clark

**AmSouth**®

April 08, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood          AL 36320

SUBJECT:  Notice of Default          Via Certified Mail
          Loan Number 3003072091

Dear Mortgagor:

According to the terms of your loan documents, you agreed to make
monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice
is hereby given that:

1. You have breached the contractual obligation of the Deed of Trust/
   Mortgage, in that you failed to make your monthly payments required
   by the note.  Your loan is now in default.

2. In order to cure this default, you must contact this office to
   Obtain the amount necessary to cover the delinquent installments
   and any other fees and costs incurred.

3. Payment of that amount must be received no later than 35 days
   after the date of this letter. Payment of said amount will cure
   this breach.  Payment must be made by certified funds, which may
   be in the form of either a money order or a cashier's check.

4. Failure to cure such breach on or before the date specified in
   item 3 may result in the immediate acceleration of the principal
   balance secured by the Deed of Trust/Mortgage and the sale of the
   property covered therein.  There is a possibility that a fore-
   closure deficiency judgement might be pursued if the foreclosure
   proceedings are undertaken.

5. You have the right to reinstate your loan after acceleration and
   the right to assert in any foreclosure proceeding the non-
   existence of a default or any other defense of the borrower to
   acceleration and foreclosure.

Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

April 08, 2004
Page 2 of 2
A E Clark


If you do not understand this letter and have an attorney, you should
seek his/her advice. Otherwise, you are urged to contact this office
immediately.

Sincerely,


Collection Department


CALL TOLL FREE ----------------------------------------1-888-393-3998

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL056/RJO

**Federal Emergency Management Agency**
Washington, D.C. 20472

04/13/2004

| **Attachment 22**
To Affidavit of A. Clark

Mr Arthor Clark
8530 South County Road 55
Cotton, AL 36320

Dear Mr Clark:

You requested the Federal Emergency Management Agency (FEMA) Map Assistance Center to
send this information regarding the FEMA National Flood Insurance Program (NFIP) Flood
Insurance Rate Map.

Enclosed is a package containing the following documents including detailed
information and forms.
- MT-EZ                                                   Quantity:  1

If you have questions regarding the enclosures or if you have any additional questions regarding
the FEMA NFIP maps, please call the FEMA Map Assistance Center toll free at 1-877-FEMA
MAP (1-877-336-2627).

You may also want to visit us on the Web at www.fema.gov/mit/tsd.

Page 1 of 1







ZONE A

ZONE X

ZONE A

BU

1

ZONE X

N ↑ 1"=1000'

ZONE X

ZONE A

Town of
Cottonwood
010102

12

RM
335–2

ZONE X

7

LIMIT OF
DETAILED
STUDY

66

ZONE X

ZONE A

ZONE X

160

ZONE AE

13

158

157

*Boggy
Creek*

18

JOINS PANEL 0345

**AMSOUTH** BANK  Schaumburg, IL 60159-0720
Mortgage Banking

LOAN NUMBER: 3003072091

STATEMENT DATE: APRIL 15, 2004

BORROWER:              ARTHUR E CLARK
CO-BORROWER:           BARBARA E CLARK
PROPERTY ADDRESS:      8530 S COUNTY RD 55      AL 36320

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| TOTAL: | $937.28 |

ARTHUR E CLARK
BARBARA E CLARK                    007145
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

### Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,254.83 | $54.62 | $674.54 | $993.28 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information

### TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 03-04 | 04/16 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20 |

IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ



AMSOUTH® BANK
*The Relationship People*

---

**MORTGAGE PAYMENTS**
◆ M A D E ◆
*Easy*

#### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 23
To Affidavit of A. Clark

**AMSOUTH**

AmSouth Bank
P.O. Box 57046
Irvine, CA 92619-7046

**FLOOD RENEWAL NOTICE**

Notification Date: 04/26/04

0003340 0F N0 0.306  **AUTO    T0 0 0445 00320-332830 01-1

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

Loan # 3003072091
Property Location:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Flood Zone: A
FEMA Map Panel: 01069C0335E

Dear Arthur E Clark:

Last year we purchased lender placed flood insurance to protect our interest in the property shown above. The policy was purchased because you, your agent or insurance company did not provide us proof of insurance. The premium for the policy we purchased was charged to your escrow account.

The Flood Disaster Protection Act of 1973, a Federal Law, requires that flood insurance be purchased and maintained on certain mortgage loans. The law applies to loans securing buildings which, at any time during the term of the loan, are (1) located in Special Flood Hazard Areas (SFHA), as shown on maps published by the Federal Emergency Management Agency (FEMA), and (2) are in a community which participates in the National Flood Insurance Program. We previously determined that your property is located in a SFHA. You are required by the terms of your mortgage and Federal Law to maintain flood insurance on the property address shown above.

The flood insurance policy we previously purchased will expire on 06/10/04. We have requested that a renewal policy be issued to protect our interest. The renewal policy will be effective as of the expiration date of the current lender placed flood insurance policy. The premium for the renewal policy will be charged to your escrow account. You will be responsible to pay the premium and any fees which result from our purchase of this insurance.

We encourage you to contact your agent or insurance company and obtain your own insurance policy. Please forward a copy of the policy, or have your agent or insurance company forward a copy of the policy, along with the loan number shown above, to:

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57046
IRVINE, CA 92619-7046
Or you may FAX to: 1-949-465-7253

The premium for the insurance we have obtained may be considerably higher than insurance you can purchase. This policy will protect the dwelling only. No coverage is provided for your contents (personal property), personal liability, additional living expense, or medical payments. The amount of insurance we have obtained may not adequately protect your interest in the property. You will be responsible to pay any premium and applicable fees which result from us purchasing this insurance. If there is a lapse in coverage between the old policy and the policy you obtain, you will be charged a premium to protect our interest during this lapse.

Refer To Back Page For Additional Information.

DMRNNF01  04/05/04

The lender placed coverage amount will be based on your last known coverage amount along with along with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown above and make sure that you include your name and loan number on all correspondence.

We encourage your to contact your agent or insurance company and obtain your own insurance policy. If you have any questions, concerning the policy we have purchased, please feel free to call the customer service number listed below. We invite you to contact us during our nonpeak hours of 9 AM to 12 PM or 3 PM to 5 PM (Central Time) Wednesday through Friday. For your convenience, we are also available Monday through Friday, 7 AM to 7 PM (Central Time). Your call may be monitored for quality assurance.

Sincerely,

Customer Service
800-333-4471

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AmSOUTH**®

April 30, 2004

Loan No:    3003072091
Property:   8530 S County Rd 55
            Cottonwood AL 36320

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

Flood Zone:   A
Panel No:     0335E
Community No:01069C

C
O
P
Y

## NOTICE OF FLOOD INSURANCE REQUIREMENT

Dear Mortgagor(s):

Federal law requires lenders to ensure that flood insurance is
obtained and maintained for properties located in a Special Flood
Hazard Area ("SFHA").

As a result of a recent flood map revision of your community, it
has been determined that your property is now located in a SFHA.
The specific flood map affecting your property is identified above.
Therefore, you are now required to purchase flood insurance and
provide proof of coverage within 45 days of the date of this notice.
If you fail to provide such proof of coverage, we are required to
obtain coverage on your behalf. However, please be aware that the
insurance we obtain may cost substantially more than insurance you
can purchase from your insurance agent, and it may offer less coverage
than you wish. We encourage you to contact your insurance agent to
obtain your own insurance.

The flood insurance coverage must be at least equal to the greater
of 1) the outstanding principal balance of your loan, or 2) 80% of
the replacement value of your property, up to the maximum limit of
available coverage ($250,000).  The deductible may not exceed the
greater of $1,000, or 1% of the policy's insurance limits.

If you reside in a condominium or townhouse and are insured under a
master policy issued to the homeowners association, please provide
us with a copy of the current policy for our review.

If you disagree with the determination that your property is located
in an SFHA, you may contact FEMA at 877-336-2627 (877-FEMA-MAP).

AmSouth
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH**®
Page 2 of 2
April 30, 2004
3003072091

FEMA will request written, factual evidence as to why you feel
this determination may be inaccurate. This evidence can come
from a community official, surveyor or registered engineer.
Should FEMA subsequently determine that your property is not
in a SFHA, FEMA will issue a Letter of Map Amendment (LOMA)
or a letter of Map Revision (LOMR). Flood insurance will no
longer be required when you present this letter to us.

Please note that pursuing a LOMA or LOMR does not remove the
requirement that you obtain flood insurance coverage within
45 days. If FEMA subsequently issues a LOMA or LOMR, flood
insurance will no longer be required, and you should be
entitled to a full refund of the flood insurance premiums
you paid. If you purchased insurance and we did not obtain
it on your behalf, you will be responsible for obtaining
any refund.

Please send proof of flood insurance coverage to:

AmSouth Bank
P.O. Box 57046
Irvine, CA  92619-7046

Sincerely,

AmSouth Bank

AM901/SHM

FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)
**STANDARD FLOOD HAZARD DETERMINATION**

Adopted from
FEMA Form 81-93 Oct 02

O.M.B. No. 3067-0264
Expires October 31, 2005

SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property) (Legal Description may be Attached) | PROPERTY ADDRESS |
|---|---|---|
| Account  140719  Branch:  DAVENKOEHLE MORTGAGE, INC 1501 WOODFIELD RD. ORIGINATION ONLY SCHAUMBURG, IL 60173 ATTN: SHIRLEY  Fax (847)330-8101 Phone (847)330-8019 | Borrower: CLARK, ARTHUR E  Location Address Provided:  8530 S COUNTY RD 55 COTTONWOOD, AL 36320  Other Location Information Provided: | Location Address Found:  8530 S COUNTY ROAD 55 COTTONWOOD, AL 36320-3320 |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER  3003072091 | 5. AMOUNT OF FLOOD INSURANCE REQUIRED  $ |
|---|---|---|

SECTION II - NFIP INFORMATION

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| HOUSTON COUNTY * | Unincorporated Areas | AL | 010098 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not the same as "A. 1.") | 2. NFIP Map Panel Effective / Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C0335E | 11/21/2002 | Date | A | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY**  (Check all that apply)

1. [X] Federal Flood Insurance is available (community participates in NFIP).   [X] Regular Program   [ ] Emergency Program
2. [ ] Federal Flood Insurance is not available because community is not participating in the NFIP
3. [ ] Building / Mobile Home is in a Coastal Barrier Resources System (CBRS) Area, or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.   CBRS/OPA designation date: ___

**D. DETERMINATION**

IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA
(ZONES CONTAINING THE LETTERS "A" OR "V")?     [X] YES   [ ] NO
If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS**

Geo Number:  44266976  CO: 6     This loan is monitored by Full Life-of-Loan
Map Form Comments:  Received: 07/07/2003   Returned: 07/07/2003   NFIP Program Date: 09/29/1989   Base Flood Elevation:

RE-EVALUATION DONE WITH NO CHANGE TO ORIGINAL FLOOD CERTIFICATION      12/26/03

Explanation of Flood Zone Designation:

Special Flood Hazard Area.  Base Flood Elevations (BFEs) are not provided.

Flood Insurance Information:

*Flood Insurance Amount given above is an estimate based on loan amount provided.  Flood Insurance is required to cover the replacement cost of the insurable improvement(s) or the maximum available from the NFIP.  Flood Insurance Maximums for this community are: Residential (Single Family, 2-4 Family and other residential) $250,000.  Non-Residential $500,000.

HMDA/Census Geographics:  NOT REQUESTED

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

Geotrac
3900 Laylin Road
Norwalk, OH 44857
1-800-GEOTRAC

44266976  CO: 6

DATE OF DETERMINATION
07/07/2003

Attachment 25
To Affidavit of A. Clark

AmSouth
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AmSouth®

May 04, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:   Loan Number 3003072091

Dear Mortgagor(s):

You owe $ 2,949.94, the total due for the 03-01-2004 through
05-01-2004 payments.

Since you have not sent the full amount due or made reasonable
arrangements for repayment, we are reviewing your file for possible
referral to the Foreclosure Review Board.

It is not too late to prevent foreclosure.  You must either have the
full amount due in our office by May 11, 2004 or call us by that date
to discuss possible alternatives.  If you do not respond to this
request, we will assume you have no interest in keeping your home.

If the Foreclosure Department Review Board agrees, we will ask
attorneys to begin legal action on your account.  If you decide to
reinstate after legal action has begun, you will be responsible for
attorney fees along with the delinquent payments.

Please do not pass up what may be your last chance to prevent
foreclosure.  Call our office at 1-888-393-3998, or send the full
amount due immediately.

Sincerely,

Collection Department

CALL TOLL FREE:  1-888-393-3998
OFFICE HOURS:  8:00 a.m. - 5:00 p.m. CST

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL054/BOL

P.O. Box 59720
Schaumburg, Illinois 60173-0720

05/05/04

Loan No 3003072091

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

Below is a list of fees that have occurred on your mortgage loan.  These
fees are due upon receipt of this notice.  Please mail your check to:

AmSouth Bank
1501 Woodfield Road, Suite 400E
Schaumburg, Illinois  60173-4982
ATTN: Collection Department

Contact our Collections Department regarding Late Charges, NSF Fees, and
Inspection Fees at   1-888-393-3998 . This document is an attempt to collect a
debt and any information obtained will be used for that purpose.

| Description | Amount Due |
|---|---|
| LATE CHARGE | 117.60 |
| PROP INSPECTION FEE | 20.50 |
| **PAY THIS AMOUNT** | 138.10 |

*what for*

**AMSOUTH** BANK  Schaumburg, IL 60159-0720

LOAN NUMBER: 3003072091

STATEMENT DATE: MAY 05, 2004

BORROWER:        ARTHUR E CLARK
CO-BORROWER:     BARBARA E CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55      AL 36320

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL & INTEREST: | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| TOTAL: | $937.28 |

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $85,965.09 | $207.99 | $864.28 | $1,487.45 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 05-04 | 05/05 | PYMNT THANK YOU | $783.91 | $289.74 | $494.17 | $153.37 | $153.37 |

### IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ



---

## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### Easy

### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4962.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 28
To Affidavit of A. Clark

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

Attachment 29
To Affidavit of A. Clark

**ⱯᴍSᴏᴜᴛʜ®**



May 06, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood          AL 36320

SUBJECT:  Notice of Default              Via Certified Mail
          Loan Number 3003072091

Dear Mortgagor:

According to the terms of your loan documents, you agreed to make
monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice
is hereby given that:

1.  You have breached the contractual obligation of the Deed of Trust/
    Mortgage, in that you failed to make your monthly payments required
    by the note.  Your loan is now in default.

2.  In order to cure this default, you must contact this office to
    Obtain the amount necessary to cover the delinquent installments
    and any other fees and costs incurred.

3.  Payment of that amount must be received no later than 35 days
    after the date of this letter. Payment of said amount will cure
    this breach.  Payment must be made by certified funds, which may
    be in the form of either a money order or a cashier's check.

4.  Failure to cure such breach on or before the date specified in
    item 3 may result in the immediate acceleration of the principal
    balance secured by the Deed of Trust/Mortgage and the sale of the
    property covered therein.  There is a possibility that a fore-
    closure deficiency judgement might be pursued if the foreclosure
    proceedings are undertaken.

5.  You have the right to reinstate your loan after acceleration and
    the right to assert in any foreclosure proceeding the non-
    existence of a default or any other defense of the borrower to
    acceleration and foreclosure.

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

**AMSOUTH®**

May 06, 2004
Page 2 of 2
A E Clark


If you do not understand this letter and have an attorney, you should
seek his/her advice.  Otherwise, you are urged to contact this office
immediately.

Sincerely,


Collection Department


CALL TOLL FREE ---------------------------------------------1-888-393-3998

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL056/RJO

**AMSOUTH** BANK  Schaumburg, IL 60159-0720

M-F 7:00 a.m. - 6:00 p.m. CST

LOAN NUMBER: 3003072081

STATEMENT DATE: MAY 17, 2004

BORROWER:          ARTHUR E CLARK
CO-BORROWER:       BARBARA E CLARK
PROPERTY ADDRESS:  8530 S COUNTY RD 55    AL 36320

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3326

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $937.28 |
| PRINCIPAL&INTEREST | $783.91 |
| ESCROW | $153.37 |
| OTHER | $.00 |
| TOTAL: | $937.28 |

### Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $86,965.09 | $207.99 | $864.28 | $1,487.45 | $.00 | $.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

### TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 04-04 | 05/17 | LATE CHARGE ASSESS | $.00 | $.00 | $.00 | $.00 | $39.20 |

IMPORTANT MESSAGES IN SHADED BOX PLEASE READ



**AMSOUTH® BANK**
*The Relationship People*

### MORTGAGE PAYMENTS
◆ M A D E ◆
*Easy*

**Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!**

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4362.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 30
To Affidavit of A. Clark

FEDERAL EMERGENCY MANAGEMENT AGENCY
## ELEVATION FORM

O.M.B. NO. 3067-0147
Expires September 30, 2005

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 1 hour per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number appears in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, SW, Washington DC 20472, Paperwork Reduction Project (3067-0147). Submission of the form is required to obtain or retain benefits under the National Flood Insurance Program. Please do not send your completed survey to the above address.

This form must be completed for requests and must be completed and signed by a registered professional engineer or licensed land surveyor. A FEMA National Flood Insurance Program (NFIP) Elevation Certificate may be submitted in addition to this form for single structure requests.

For requests to remove a structure on natural grade OR on engineered fill from the Special Flood Hazard Area (SFHA), submit the lowest adjacent grade (the lowest ground touching the structure), including an attached deck or garage. For requests to remove an entire parcel of land from the SFHA, provide the lowest lot elevation; or, if the request involves an area described by metes and bounds, provide the lowest elevation within the metes and bounds description.

1. NFIP Community Number: **335**   Property Name or Address: **Arthur Earl Clark**
   **8530 S. County Rd. 55, Cottonwood, Al 36320**

2. Are the elevations listed below based on [X] existing or [ ] proposed conditions? (Check one)

3. What is the elevation datum? **NAVD 88** If any of the elevations listed below were computed using a datum different than the datum used for the effective Flood Insurance Rate Map (FIRM) (e.g., NGVD 29 or NAVD 88), what was the conversion factor?

   **Marker P-390**                    Local Elevation +/- ft. = FIRM Datum
   **Houston Co., Alabama**

4. For the existing or proposed structures listed below, what are the types of construction? (check all that apply)
   [X] crawl space  [ ] slab on grade  [ ] basement/enclosure  [ ] other (explain)

5. Has FEMA identified this area as subject to land subsidence or uplift? (see instructions)   [ ] Yes  [ ] No
   If yes, what is the date of the current releveling?  /  (month/year)

| Lot Number Block Number Parcel I.D. | Lowest Lot Elevation | Lowest (*) Adjacent Grade To Structure | Base Flood Elevation | For FEMA Use Only |
|---|---|---|---|---|
| 19-01-12-0-000-002 | 170.62 | 172.00 | | |

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| | | |
|---|---|---|
| Certifier's Name: **James R. Brannon** | License No.: **P.E. # 12543** | Expiration Date: **12-31-04** |
| Company Name: **Polyengineering, Inc.** | Telephone No.: **334-793-4700** | Fax No.: **334-793-9015** |
| Signature: *James R. Brannon* | Date: **5-17-04** | |

*Contacts were made to FEMA to determine Base Flood Elevation. None were available.*

*\* Floor Elevation of Structure = 175.02*

POLYENGINEERING, INC.
ARCHITECTURE ENGINEERING SOLUTIONS

*When Arthur Clark calls, tell him this is ready to pick up.*

*$200 °°*

Attachment 31
To Affidavit of A. Clark

# POLYENGINEERING, INC.
ARCHITECTURE. ENGINEERING. SOLUTIONS.

Questions # 2
5

September 1, 2004

Mr. Earl Clark
8530 South County Road 55
Cottonwood, Alabama 36320

RE: Flood Survey and Certification

Dear Mr. Clark:

Attached is our invoice in connection with providing engineering services to resolve the FEMA Flood Plain issue for your residence.

If you have any questions concerning this invoice, please feel free to call.

Sincerely,

POLYENGINEERING, INC.

*James R. Brannon*

James R. Brannon, P.E.

JRB/cno

cc: 3I-414C

POST OFFICE BOX 837 (36302)
1935 HEADLAND AVENUE
DOTHAN, ALABAMA 36303

CIVIL, MECHANICAL, ELECTRICAL, ENVIRONMENTAL ENGINEERING
ARCHITECTURE • ENVIRONMENTAL CONSULTING AND LAB TESTING • PLANNING

PHONE 334-793-4700
FAX 334-793-9015
FL AA C0001543
WWW.POLYENGINEERING.COM



# POLYENGINEERING, INC.
ARCHITECTURE. ENGINEERING. SOLUTIONS.

Polyengineering, I
P.O. Box 837, Dothan, AL 36:
Telephone - (334) 793-4:
Fax - (334) 793-9(
www.polyengineering.c

TO:   Mr. Earl Clark                           INVOICE:  9449
      8530 South County Road 55                DATE:     09/01/04
      Cottonwood, AL 36320                     TERMS:    NET 30 Days
                                               JOB NO.:  31-414

---

## PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

Engineering services in connection with surveying and certifications to FEMA to remove
property from 100 Year Flood Plain.

Surveying - 11 hrs @ $40.38/hr ............................... $444.18

Engineering - 3 hrs @ $131.79/hr ............................... $395.37

**Total Amount Due**                                          $839.5





Geographic Information
Systems Specialists

To: Earl Clark
Company: Homeowner
Fax Number: (334)-691-4053

From: Suzi Smith    Phone: (800)436-8722    Ext: 4140

Date: 05/28/2004        Pages (including cover): 1

Hello Earl!

After re-evaluation of the location of your home @8530
S. County Road 55 (our geo#44266976) we find your
structure is just outside SFHA in Zone CX. We did add
comments "SFHA Zone A extremely close to structure"
& "Structure location based on map provided". I have
called & resent to Dovenmuehle Mtg an updated flood
zone determination stating "NO flood insurance
required". You have a safe & happy holiday weekend!
Please call if I can be of further assistance to you.

Thank you!

Suzi Smith

Suzi Smith
C/S Recheck Coodinator
Geotrac, Inc.
(ph) 800-GEOTRAC (436-8722) Ext. 4140
(fax) 419-663-8603  (email) suzi@geotrac.com

Geotrac • 3900 Laylin Road • Norwalk, Ohio 44857
Client Service Center (800) 555-4032 • Fax (800) 456-7938

Geo Fax.doc Revised 1'

AmSouth
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

Attachment 5
To Affidavit of A. Clark

# AMSOUTH®

May 28, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood AL 36320

RE:  Loan Number 3003072091

Dear Mortgagor(s):

This letter is to confirm that your property does not lie in a special flood hazard area.  You are not required to carry flood insurance at this time.  Therefore, we have canceled the flood insurance requirement and/or any force place coverage.  Due to the constant changes in government regulations, it may be later determined that your property lies in a special flood hazard area and will be required to carry flood insurance.

Please sign the enclosed release of liability and return to us at the address listed below, along with a written request to delete your flood insurance escrow. We will only delete your flood insurance escrow after receipt of the required documentation.

If you have any questions, please contact our Customer Service Department at 1-800-333-4471.

Sincerely,

Shirley Hom
Insurance Rep.
Escrow/Insurance

Enclosure

AM903/SHM

~~Consumer Banking~~
Post Office Box 59720
Schaumburg, IL 60159-0720



**.MSOUTH®**

RELEASE OF LIABILITY

Date:  May 28, 2004

Loan Number:  3003072091

Borrower(s):  Arthur E Clark
              Barbara E Clark

Property Address:  8530 S County Rd 55
                   Cottonwood AL 36320

I/We the undersigned borrowers do hereby understand that the above mentioned property is located in a flood zone X(C).

I/We further agree that, given the location of this property, we will hold AmSouth Bank harmless for any current or future flooding of any part of this property and any consequences thereof.  I,We hereby release any liability of AmSouth Bank in the event the property has damage due to a flood while under the terms of my/our mortgage.

Dated this _____ day of _____, 20__

_____        _____
Borrower                             Co-Borrower

Subscribed and sworn to before me this _____ day of
_____, 20__.

_____
Notary

AM905/SHM

# CONFIRMATION OF CANCELLATION OF LENDER PLACED INSURANCE

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 57046
IRVINE, CA 92619-7046

NOTIFICATION DATE: 06/04/04

LOAN NUMBER: 3003072091

EVIDENCE NUMBER: FLR470164921

0001003 01 N8 0.300  **AUTO   T3. 0 0625 38320-332030 C1-1
ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

PROPERTY LOCATION:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Dear Arthur E Clark:

The insurance AMSOUTH BANK placed on the property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED.

Any unearned insurance premium paid will be refunded to your escrow account.

Sincerely,

Empire Fire and Marine Insurance Company
c/o AMSOUTH BANK

PLEASE NOTE: If you have any questions or need additional information, please call AMSOUTH BANK Customer Service Department at 800-333-4471. Your call may be monitored for quality assurance.

DMCN1F01   05/24/04

0001-0001003 0001943

**AMSOUTH** BANK  Schaumburg, IL 80159-0720

Mortgage Banking

LOAN NUMBER: 3003072091

STATEMENT DATE: JUNE 08, 2004

BORROWER:           ARTHUR E CLARK
CO-BORROWER:        BARBARA E CLARK
PROPERTY ADDRESS:   8530 S COUNTY RD 55    AL 36320

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $783.91 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $.00 |
| OTHER | $.00 |
| TOTAL: | $783.91 |

ARTHUR E CLARK
BARBARA E CLARK                    100881
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $85,673.69 | $.00 | $1,155.68 | $1,979.96 | $.00 | $808.00 |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 04-04 | 06/01 | PROP INS REFUND | $808.00 | $.00 | $.00 | $808.00 | $.00 |
| 00-00 | 06-02 | ESC REF TO MTGR | $1,015.99 | $.00 | $.00 | $1,015.99 | $.00 |
| 04-04 | 06/08 | PYMNT THANK YOU | $783.91 | $291.40 | $492.51 | $.00 | $.00 |

IMPORTANT MESSAGES IN SHADED BOX PLEASE READ!





### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 35**
To Affidavit of A. Clark

Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

Attachment 36
To Affidavit of A. Clark

# AMSOUTH®



June 09, 2004

Arthur E Clark
Barbara E Clark
8530 S County Rd 55
Cottonwood         AL 36320

SUBJECT:  Notice of Default          Via Certified Mail
          Loan Number 3003072091

Dear Mortgagor:

According to the terms of your loan documents, you agreed to make monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice is hereby given that:

1.  You have breached the contractual obligation of the Deed of Trust/ Mortgage, in that you failed to make your monthly payments required by the note.  Your loan is now in default.

2.  In order to cure this default, you must contact this office to Obtain the amount necessary to cover the delinquent installments and any other fees and costs incurred.

3.  Payment of that amount must be received no later than 35 days after the date of this letter. Payment of said amount will cure this breach.  Payment must be made by certified funds, which may be in the form of either a money order or a cashier's check.

4.  Failure to cure such breach on or before the date specified in item 3 may result in the immediate acceleration of the principal balance secured by the Deed of Trust/Mortgage and the sale of the property covered therein.  There is a possibility that a fore- closure deficiency judgement might be pursued if the foreclosure proceedings are undertaken.

5.  You have the right to reinstate your loan after acceleration and the right to assert in any foreclosure proceeding the non- existence of a default or any other defense of the borrower to acceleration and foreclosure.

AmSouth Bank
Mortgage Banking
Post Office Box 59720
Schaumburg, IL 60159-0720

# AmSouth®

June 09, 2004
Page 2 of 2
A E Clark

If you do not understand this letter and have an attorney, you should
seek his/her advice.  Otherwise, you are urged to contact this office
immediately.

Sincerely,

Collection Department

CALL TOLL FREE --------------------------------------------1-888-393-3998

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

SL056/RJO




**AMSOUTH** BANK
P.O. Box 99720
Schaumburg, IL 60159-0720

M-F 7:00 a.m. - 6:00 p.m. CDT

Mortgage Banking

STATEMENT DATE: JUNE 30, 2004

LOAN NUMBER: 3003072091

| | |
|---|---|
| BORROWER: | ARTHUR E CLARK |
| CO-BORROWER: | BARBARA E CLARK |
| PROPERTY ADDRESS: | 8530 S COUNTY RD 55    AL 36320 |

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

| | |
|---|---|
| INTEREST RATE. | 6.87500% |
| PAYMENT: | $783.91 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $.00 |
| OTHER | $.00 |
| TOTAL: | $783.91 |

### Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insurance paid this year |
|---|---|---|---|---|---|
| $84,789.43 | $.00 | $2,039.94 | $3,447.43 | $.00 | $808.00 |

Principal balance shown is not a payoff amount - please call for payoff information

### TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 07-04 | 06/30 | PYMNT THANK YOU | $783.91 | $296.44 | $487.47 | $.00 | $.00 |

IMPORTANT MESSAGES IN SHADED BOX - PLEASE READ

## AMSOUTH BANK
### The Relationship People

## MORTGAGE PAYMENTS
### ◆ MADE ◆
### *Easy*

#### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4882.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**Attachment 37**
To Affidavit of A. Clark

**AMSOUTH® BANK**
Mortgage Banking.

P.O. Box 59720
Schaumburg, IL 60159-0720

M-F 7:00 a.m. - 6:00 p.m. CST

STATEMENT DATE: AUGUST 18, 2004

LOAN NUMBER: 3003072091

| | |
|---|---|
| BORROWER: | ARTHUR E CLARK |
| CO-BORROWER: | BARBARA E CLARK |
| PROPERTY ADDRESS: | 8530 S COUNTY RD 55      AL 36320 |

| | |
|---|---|
| INTEREST RATE: | 6.87500% |
| PAYMENT: | $783.91 |
| PRINCIPAL & INTEREST | $783.91 |
| ESCROW | $.00 |
| OTHER | $.00 |
| TOTAL: | $783.91 |

ARTHUR E CLARK
BARBARA E CLARK          000557
8530 S COUNTY RD 55
COTTONWOOD AL  36320-3328

|ılıılıl|ıılıllıılıılılıılııl|ılıilılılılıılılılılıılıllılıılı|

## Balance Summary

| Current principal balance | Current escrow/impound balance | Principal paid this year | Interest paid this year | Taxes paid this year | Insuranc... pa... this yea... |
|---|---|---|---|---|---|
| $83,959.36 | $.00 | $2,870.01 | $4,417.26 | $.00 | $808.0... |

Principal balance shown is not a payoff amount - please call for payoff information.

## TRANSACTIONS SINCE LAST STATEMENT

| DATE DUE | DATE PAID | DESCRIPTION | TOTAL PAYMENT | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|---|
| 09-04 | 08/18 | PYMNT THANK YOU | $783.91 | $299.85 | $484.06 | $.00 | $.00 |
| 10-04 | 08/18 | ADDITIONAL PRINC | $232.08 | $232.08 | $.00 | $.00 | $.00 |

## IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ



## MORTGAGE PAYMENTS
### ◆ M A D E ◆
### *Easy*

### Put Your Mortgage Payment on "Automatic" and Leave the Rest to Us!

AmSouth can put your loan on automatic drafting. Just authorize us to draft your checking or savings account each month for your mortgage payment and additional principal.

- get rid of that monthly check writing chore
- stop worrying about checks lost or delayed in the mail
- have a record of payments on your bank statement
- save postage and cost of checks
- make payments even when you're away from home

Automatic drafting is the easy, hassle-free way to handle your home loan for monthly payments and additional principal. To take advantage of this modern convenience, simply complete the reverse side of this form and mail it along with one of your checks marked "VOID" or a deposit slip to our Drafting Department at: 1501 Woodfield Road, Suite 400E, Schaumburg, IL 60173-4982.

PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Attachment 38
To Affidavit of A. Cla...

3003072091 0082311 0078391