Exhibit "C"

**EARL CLARK OR**
**ELLEN CLARK**
DOB 5-25-47
8530 S COUNTY RD 55   334/691-3283
COTTONWOOD, AL 36320

1477
61-81/621
68485

Date: 5-9 19 96

Pay to the order of: AmSouth Mortgage    $ 1015.34

One thousand fifteen Dollars & 34/100 Dollars

SouthTrust Bank
Dothan, AL

BankersDozen

For: 307209 — Late charges and other fees paid under protest

Ellen Clark

⑆062100812⑆ 55 487 899⑆ 1477   ⑈0000101534⑈

---

P 885 649 689

Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to: AmSouth Bank, Mortgage Banking
Street and No.: P.O. Box 11407
P.O., State and ZIP Code: Birmingham, AL 35246-0013
Postage: $ .32
Certified Fee: 1.10
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered: 1.10
Return Receipt Showing to Whom, Date, and Address of Delivery:
TOTAL Postage & Fees: $ 2.52

[Postmark: COTTONWOOD AL 36320 MAY 10 1996 USPS]

PS Form 3800, June 1991

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
AmSouth Bank, Mortgage Banking
Payment Processing Center
P.O. Box 11407
Birmingham, AL 35246-0013

4a. Article Number

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified     ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery: MAY 13 96

5. Signature (Addressee)
6. Signature (Agent) T. Florence

AMSOUTH LOCKBOX

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991    ☆U.S. GPO: 1992-323-402    DOMESTIC RETURN RECEIPT

DEPOSIT TO AMSOUTH
BANK OF
ALABAMA
05 15 96
AMSOUTH BANK
OF ALABAMA
00599247

[illegible scanned instructions]

UNITED STATES POSTAL SERVICE

Official Business

PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300


U.S. MAIL

Print your name, address and ZIP Code here

Earl Clark
8530 S County 55 Rd.
Cottonwood Al 36320

Exhibit "D"



Questions # 2/5

September 1, 2004

Mr. Earl Clark
8530 South County Road 55
Cottonwood, Alabama 36320

RE: Flood Survey and Certification

Dear Mr. Clark:

Attached is our invoice in connection with providing engineering services to resolve the FEMA Flood Plain issue for your residence.

If you have any questions concerning this invoice, please feel free to call.

Sincerely,

POLYENGINEERING, INC.

James R. Brannon, P.E.

JRB/cno

cc:   31-414C

Post Office Box 837 (36302)
1935 Headland Avenue
Dothan, Alabama 36303

Civil, Mechanical, Electrical, Environmental Engineering
Architecture • Environmental Consulting and Lab Testing • Planning

Phone 334-793-4700
Fax 334-793-9015
FL AA C001543
www.polyengineering.com



**POLYENGINEERING, INC.**
ARCHITECTURE. ENGINEERING. SOLUTIONS.

Polyengineering, Inc
P.O. Box 837, Dothan, AL 3630
Telephone - (334) 793-470
Fax - (334) 793-901
www.polyengineering.cor

TO:  Mr. Earl Clark
     8530 South County Road 55
     Cottonwood, AL 36320

INVOICE: 9449
DATE:    09/01/04
TERMS:   NET 30 Days
JOB NO.: 31-414

**PROFESSIONAL SERVICES RENDERED AS FOLLOWS:**

Engineering services in connection with surveying and certifications to FEMA to remove property from 100 Year Flood Plain.

Surveying - 11 hrs @ $40.38/hr ..................................$444.18

Engineering - 3 hrs @ $131.79/hr ...............................$395.37

Total Amount Due                                          $839.55

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**ELEVATION FORM**

O.M.B. NO. 3067-0147
Expires September 30, 2005

**PAPERWORK BURDEN DISCLOSURE NOTICE**

Public reporting burden for this form is estimated to average 1 hour per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number appears in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, SW, Washington DC 20472, Paperwork Reduction Project (3067-0147). Submission of the form is required to obtain or retain benefits under the National Flood Insurance Program. Please do not send your completed survey to the above address.

This form must be completed for requests and must be completed and signed by a registered professional engineer or licensed land surveyor. A FEMA National Flood Insurance Program (NFIP) Elevation Certificate may be submitted in addition to this form for single structure requests.

For requests to remove a structure on natural grade OR on engineered fill from the Special Flood Hazard Area (SFHA), submit the lowest adjacent grade (the lowest ground touching the structure), including an attached deck or garage. For requests to remove an entire parcel of land from the SFHA, provide the lowest lot elevation; or, if the request involves an area described by metes and bounds, provide the lowest elevation within the metes and bounds description.

1. NFIP Community Number: **335**   Property Name or Address: **Arthur Earl Clark, 8530 S. County Rd. 55, Cottonwood, AL 36320**

2. Are the elevations listed below based on ☒ existing or ☐ proposed conditions? (Check one)

3. What is the elevation datum? **NAVD 88** If any of the elevations listed below were computed using a datum different than the datum used for the effective Flood Insurance Rate Map (FIRM) (e.g., NGVD 29 or NAVD 88), what was the conversion factor?
   **Marker P-390**
   **Houston Co., Alabama**   Local Elevation +/- ft. = FIRM Datum

4. For the existing or proposed structures listed below, what are the types of construction? (check all that apply)
   ☒ crawl space  ☐ slab-on grade  ☐ basement/enclosure  ☐ other (explain)

5. Has FEMA identified this area as subject to land subsidence or uplift? (see instructions)  ☐ Yes  ☐ No
   If yes, what is the date of the current releveling?  /  (month/year)

| Lot Number | Block Number | Lowest Lot Elevation | Lowest Adjacent (*) Grade To Structure | Base Flood Elevation | For FEMA Use Only |
|---|---|---|---|---|---|
| Parcel I.D. | | | | | |
| 19-01-12-0-000-002 | | 170.62 | 172.00 | | |

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

Certifier's Name: **James R. Brannon**   License No.: **P.E. # 12543**   Expiration Date: **12-31-04**
Company Name: **Polyengineering, Inc.**   Telephone No.: **334-793-4700**   Fax No.: **334-793-9015**
Signature: *James R. Brannon*   Date: **5-17-04**

Contacts were made to FEMA to determine Base Flood Elevation. None were available.

* Floor Elevation of Structure = 175.02

[Alabama Professional Engineer seal: James R. Brannon, No. 12543, 5-17-04]

FEMA Form 81-87A, SEPT 02                Elevation Form                MT-1 Form 2 Page 1 of 2



Exhibit "E"

Handwritten at top: *For C Ryans*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| '613 | TransUnion | Empirica | FICO | B 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 CLARK, ARTHUR E | | | | | | | BU1 |
| 613 | Repository Equifax | Brand BEACON | Type FICO | B 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 CLARK, ARTHUR EARL | | | | | | Name | BQ1 |

**Credit History**

| Account | Opened | Reported | High balance | Reviewed | 30 | 60 | 90+ | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **ALLTEL** 6000104674 | -- | 11/03 | 668 | -- | 0 | 0 | 0 | -0- | Profit & loss Paid | -0- |
| | Last active 05/03 | *BQ1 [Ind] | High credit -- | Monthly (O9) Unknown | | | | | | |
| | Settlement accepted on this account; Paid* Possible Duplicate Account * | | | | | | | | | |
| **ALLTEL COMM** 6000104674 | -- | 11/03 | 668 | -- | 0 | 0 | 0 | -0- | Collection 11/03 Paid | -0- |
| | Last active 11/03 | *BU1 BX1 [Ind] | High credit Unknown | Monthly (O9) Unknown | | | | | | |
| | Settled-less than full balance; Election of remedy; Settled/Paid in full less than full balance; Closed 11/03* Possible Duplicate Account * | | | | | | | | | |
| **AMERICAN EXPRESS** 3107974920173446B2 | 08/03 | 05/04 | Unknown | 10 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Last active 05/04 | BU1 BX1 BQ1 [Ind] | High credit Unknown | Revolv (R1) Credit card | | | | | | |
| **AMERICAN GENERAL** 11931709037834404 | 11/93 | 02/96 | 7,429 | 28 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Last active 02/96 | BU1 BX1 BQ1 [Undesignated] | High credit Unknown | Install (I1) Auto | | | | | | |
| | Account closed 02/96; Account paid | | | | | | | | | |
| **AMSOUTH BANK** 00001725000000006002027042 | 07/02 | 12/02 | 19,218 | 7 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Last active 12/02 | BU1 BX1 BQ1 [Joint] | High credit Unknown | Install (I1) Auto | | | | | | |
| | Closed 12/02; Account closed | | | | | | | | | |
| **AMSOUTH BANK** 3103003072091 | 08/88 | 05/04 | 114,800 | 75 mos | 2 | 0 | 0 | 937 | 360X $937 | 85,965 |
| | Last active 05/04 | *BU1 *BX1 *BQ1 [Joint] | High credit Unknown | Install (I2) Mortgage (CNV) | 05/04 04/04 | | | | | |
| | Conventional | | | | | | | | | |
| **AMSOUTH PL** 5299070499756874 | 03/02 | 05/04 | 100,000 | 26 mos | 0 | 0 | 0 | -0- | $329 | 99,054 |
| | Last active 05/04 | BU1 BX1 BQ1 [Joint] | High credit 100,000 | Revolv (R1) Home equity | | | | | | |
| | Home equity loan | | | | | | | | | |
| **ARMY AVIATION CTR FCU** 53822001 | 03/94 | 09/03 | 5,000 | 4 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Last active 08/94 | BX1 BQ1 [Ind] | High credit Unknown | Install (I1) Secured | | | | | | |
| | Account closed 08/94 | | | | | | | | | |
| **ARMY AVIATION FCU** 53822002 | 05/94 | 09/03 | 12,140 | 99 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Last active 02/97 | BU1 BX1 BQ1 [Joint] | High credit Unknown | Install (I1) Auto | | | | | | |
| | Closed 02/97; Account closed | | | | | | | | | |
| | Opened | Reported | High balance | Reviewed | 30 | 60 | 90+ | Pastdue | Payment | Balance |

https://...factualdata.com/i/main?BXBERRY(VIEW(reportid=40104BX00009575]   5/28/2004

# Exhibit "F"



**Federal Emergency Management Agency**
Washington, D.C. 20472

04/13/2004

Mr Arthor Clark
8530 South County Road 55
Cotton, AL 36320

Dear Mr Clark:

You requested the Federal Emergency Management Agency (FEMA) Map Assistance Center to send this information regarding the FEMA National Flood Insurance Program (NFIP) Flood Insurance Rate Map.

    Enclosed is a package containing the following documents including detailed information and forms.                                   Quantity: 1
* MT-EZ

If you have questions regarding the enclosures or if you have any additional questions regarding the FEMA NFIP maps, please call the FEMA Map Assistance Center toll free at 1-877-FEMA MAP (1-877-336-2627).

You may also want to visit us on the Web at www.fema.gov/mit/tsd.

Page 1 of 1







In addition to this form (MT-EZ), ALL requests must include the following:

- Copy of the Subdivision Plat Map (with recordation date and stamp of the Recorder's Office)
  OR
  Copy of the Property Deed (with recordation date and stamp of the Recorder's Office), accompanied by a tax assessor's map or other certified map showing the surveyed location of the property relative to local streets and watercourses
- Copy of the effective FIRM panel and/or Flood Boundary and Floodway Map (FBFM) (if applicable) on which the property location has been accurately plotted
- Please include a map scale on all maps submitted

If your request concerns property in...

| FEMA Regions VIII, IX, and X | FEMA Regions V, VI, and VII | FEMA Regions I - IV |
|---|---|---|
| Include: Alaska, American Samoa, Arizona, California, Colorado, Guam, Hawaii, Idaho, Montana, Nevada, North Dakota, Oregon, South Dakota, U.S. Trust Territory of the Pacific Islands, Utah, Washington, and Wyoming | Include: Arkansas, Illinois, Indiana, Iowa, Kansas, Louisiana, Michigan, Minnesota, Missouri, Nebraska, New Mexico, Ohio, Oklahoma, Texas, and Wisconsin | Include: Alabama, Connecticut, Delaware, District of Columbia, Florida, Georgia, Kentucky, Maine, Maryland, Massachusetts, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, U.S. Virgin Islands, Vermont, Virginia, and West Virginia |

Mail your request to...

| FEMA LOMA Depot 3601 Eisenhower Avenue, Suite 600 Alexandria, VA 22304-6425 Attn.: LOMA Manager | FEMA LOMA Depot 12101 Indian Creek Court Beltsville, MD 20705 | FEMA LOMA Depot P.O. Box 2210 Merrifield, VA 22116-2210 Attn.: LOMA Manager |



FEMA Form 81-92, MAY 02      MT-EZ Form      Page 3 of 3

B – This section must be completed by a registered professional engineer or licensed land surveyor.

NOTE: If an NFIP Elevation Certificate has already been completed for this property, it may be submitted in addition to this form.

**Applicable Regulations**

The regulations pertaining to LOMAs are presented in the National Flood Insurance Program (NFIP) regulations under Title 44, Chapter I, Parts 70 and 72, Code of Federal Regulations. The purpose of Part 70 is to provide an administrative procedure whereby FEMA will review information submitted by an owner or lessee of property who believes that his or her property has been inadvertently included in a designated SFHA. The necessity of Part 70 is due in part to the technical difficulty of accurately delineating the SFHA boundary on an NFIP map. Part 70 procedures shall not apply if the topography has been altered since the effective date of the first NFIP map (e.g., a Flood Insurance Rate Map (FIRM) or Flood Hazard Boundary Map (FHBM) showing the property to be within the SFHA.

**Basis of Determination**

FEMA's determination as to whether a structure or legally recorded parcel of land, or portions thereof, described by metes and bounds, may be removed from the SFHA will be based upon a comparison of the Base (1%-annual-chance) Flood Elevation (BFE) with certain elevation information. For Zone A with no BFE determined, refer to *Managing Floodplain Development in Approximate Zone A Areas, A Guide for Obtaining and Developing Base (100-Year) Flood Elevations*. The elevation information required is dependent on whether a structure, or a legally recorded parcel of land, is to be removed from the SFHA.

| Item to be Removed from the SFHA: (check one) | Elevation Information Required: (complete Item 4) |
|---|---|
| ☐ Structure located on natural grade (LOMA) | Lowest Adjacent Grade to the structure (the elevation of the lowest ground touching the structure including attached decks or garage) |
| ☐ Undeveloped legally recorded parcel of land (LOMA) | Elevation of the lowest ground on the parcel or within the portion of land to be removed from the SFHA (skip to Item 2) |

1. What is the type of construction? (check one)  ☐ crawl space  ☐ slab on grade  ☐ basement/enclosure
   ☐ other (explain)

2. **BUILDING INFORMATION**

   Building Street Address (including Apt, Unit, Suite, and/or Bldg. No.):

   Property Description (Lot and Block Number, Tax Parcel Number, Legal Description, etc.):

3. **FLOOD INSURANCE RATE MAP (FIRM) INFORMATION**

   | NFIP Community Number: | Map & Panel Number: | Base Flood Elevation: |
   |---|---|---|

4. **ELEVATION INFORMATION (SURVEY REQUIRED)**

   - Lowest Adjacent Grade (LAG) to the structure                                   ft. (m)
   - Elevation of the lowest grade on the property; or, metes and bounds area       ft. (m)
   - Indicate the datum (and datum conversion if different from NGVD 29 or NAVD 88)
   - Has FEMA identified this area as subject to land subsidence or uplift?  ☐ Yes  ☐ No
   - If Yes, what is the date of the current releveling?

This certification is to be signed and sealed by a licensed land surveyor, registered professional engineer, or architect authorized by law to certify elevation information. All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Certifier's Name: | License No.: | Expiration Date: | |
|---|---|---|---|
| Company Name: | Telephone No.: | Fax No.: | Seal (optional) |
| Signature: | | Date: | |
| (See attached address listing for LOMAs) | | | |

FEMA Form 81-92, MAY 02                MT-EZ Form                                        Page 2

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**APPLICATION FORM FOR SINGLE RESIDENTIAL LOT OR STRUCTURE LOMAs TO**
**NATIONAL FLOOD INSURANCE PROGRAM MAPS**

O.M.B. NO. 3067-0257
Expires May 31, 2005

**PAPERWORK REDUCTION ACT**

Public reporting burden for this form is estimated to average 2.4 hours per response. The burden estimate includes the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed data, and completing, reviewing, and submitting the form. You are not required to respond to this collection of information unless a valid OMB control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing this burden to: Information Collections Management, Federal Emergency Management Agency, 500 C Street, S.W., Washington DC 20472, Paperwork Reduction Project (3067-0257). Submission of this form is required to obtain or retain benefits under the National Flood Insurance Program.

This form should be used to request that the Federal Emergency Management Agency (FEMA) remove a single structure or legally recorded parcel of land or portions thereof, described by metes and bounds, certified by a registered professional engineer or licensed land surveyor, from a designated Special Flood Hazard Area (SFHA), an area that would be inundated by the flood having a 1%-chance of being equaled or exceeded in any given year (base flood), via Letter of Map Amendment (LOMA). It shall not be used for requests submitted by developers, for requests involving multiple structures or lots, for property in alluvial fan areas or coastal high hazard areas (V zones), or requests involving the placement of fill. (NOTE: Use MT-1 forms for such requests). Fill is defined as material placed to raise the grade to or above the Base Flood Elevation (BFE). The common construction practice of removing unsuitable existing material (topsoil) and backfilling with select structural material is not considered the placement of fill if the practice does not alter the existing (natural grade) elevation, which is at or above the BFE. Also, fill that is placed before the date of the first National Flood Insurance Program (NFIP) map showing the area in an SFHA is considered natural grade.

| | |
|---|---|
| LOMA: | A letter from FEMA stating that an existing structure or parcel of land that has not been elevated by fill would not be inundated by the base flood. |

**A** – This section may be completed by the property owner or by the property owner's agent.

1. Has fill been placed on your property?

    ☐ No   ☐ Yes – If Yes, STOP!! – You must complete the MT-1 application forms; visit
    http://www.fema.gov/mit/tsd/dl_mt-1.htm
    or call the FEMA Map Assistance Center toll free: (877-FEMA MAP) (877-336-2627)

2. Legal description of Property (Lot, Block, Subdivision) and street address of the Property (if different from mailing address):

3. Are you requesting that the flood zone designation be removed from (check one):

    ☐ Your entire legally recorded property?

    ☐ A portion of your legally recorded property? (a metes and bounds description and map of the area to be removed, certified by a registered professional engineer or licensed land surveyor are required)

    ☐ A structure on your property? What is the date of construction?

All documents submitted in support of this request are correct to the best of my knowledge. I understand that any false statement may be punishable by fine or imprisonment under Title 18 of the United States Code, Section 1001.

| Applicant's Name: | Company: |
|---|---|
| Mailing Address: | Daytime Telephone No.: |
| E-mail address: | Fax No.: |
| Signature of Applicant (required) | Date |

End of Section A

FEMA Form 81-92, MAY 02          MT-EZ Form          Page 1 of 3