Exhibit "G"

# AFFIDAVIT

STATE OF ALABAMA
COUNTY OF HOUSTON

Before me, Deborah Helms the undersigned authority, personally appear Danny H. McCallister,

who, being known to me and being by me first duly sworn, deposes and says as follows:

1. My name is Danny H. McCallister.

2. I presently reside in Houston County Alabama and have an Accounting and Tax service in Dothan,

   Alabama located at 800 West Burdeshaw Street.

3. I am qualified to perform account audits and bookkeeping work. I hold a degree in accounting and
   I am a member of the Alabama Association of Accountants and the National Society of Accountants.

4. I have 24 years experience in accounting and tax. My CPE's are current.

5. I have reviewed the financial records concerning the mortgage of Arthur and Barbara Clark with Amsouth

   Bank concerning the first mortgage on their home.

6. From my preliminary review it appears all monies charged against the account in late fees and for force

   placed insurance have been refunded and applied to the account. However, those amounts were not posted

   retroactively, thus depriving the Clarks of the avoidance of certain interest charged against them.

7. I make this affidavit of my own personal knowledge and for use in the pending litigation the Clarks are

   involved in and for any other lawful purpose.

Danny H. McCallister, AFFIANT

Sworn to and subscribed before me this 30th day of June , 2006.

Notary Public
My Commission Expires: 3-31-10