IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND ) <br> BARBARA E. CLARK, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ) <br> AMSOUTH MORTGAGE COMPANY, INC., ) <br> et al. ) <br> ) <br>     **Defendants.** ) | CIVIL ACTION NUMBER <br> 1:05-cv-00747-MHT-VPM |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI"), by and through their undersigned counsel, move this Honorable Court for an Order granting leave until July 14th to file a reply to Plaintiffs' opposition to motion for summary judgment. In support of this motion, DMI and AmSouth state as follows:

    1.    AmSouth and DMI filed their motion for summary judgment on June 14, 2006. On June 30, 2006, Plaintiffs filed their memorandum in opposition to motion for summary judgment.

    2.    AmSouth and DMI strongly believe that their motion for summary judgment should be granted. In this regard, AmSouth and DMI believe that a reply brief is appropriate to correct certain assertions of "disputed facts" and interpretations of case law raised in Plaintiffs' opposition and that such a reply brief will assist the Court in reaching a conclusion as to the merits of the motion.

1

2

3.  Allowing a reply brief would serve the interest of justice and judicial economy.

4.  No prejudice will result to any party from the granting of this request for leave to file a reply brief.

WHEREFORE, AmSouth and DMI respectfully seek leave of Court to file, on or before July 14, 2006, a reply brief to respond to Plaintiffs opposition and further define and narrow the issues before the Court relating to the motion for summary judgment.

s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01358784.1

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 6th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

GEORGE W. WALKER, III
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 SOUTH PERRY STREET
MONTGOMERY, AL 36014

             s/ John David Collins
             OF COUNSEL

01358784.1