IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) Plaintiffs, ) ) v. ) ) ) AMSOUTH MORTGAGE COMPANY, INC., ) DOVENMUEHLE MORTGAGE INC., ) GEOTRAC INFORMATION SYSTEM ) SPECIALIST, and EMPIRE FIRE AND ) MARINE INSURANCE COMPANY ) ) Defendants. ) | CIVIL ACTION NUMBER 1:05-cv-747-VPM |

### PRO TANTO JOINT STIPULATION OF DISMISSAL

The parties, through their counsel of record acting with full, complete and express authority, jointly stipulate to the dismissal of Defendant Empire Fire and Marine Insurance Company, WITH PREJUDICE, with no costs taxed as to that Defendant.

This stipulation in no way affects or is intended to affect any of Plaintiffs' claims against any other Defendants and/or the defenses of any other Defendants other than the claims and/or defenses of Defendant Empire Fire and Marine Insurance Company.

*/s/ Clifford W. Jarrett*
Clifford W. Jarrett

Attorney for Plaintiffs

424 South Oates Street
Suite 3
Dothan, AL 36301
(334) 702-0777

/s/ Thomas W. Thagard, III
Thomas W. Thagard, III
John David Collins

Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
(205) 254-1000

/s/ Joseph E. Stott
Joseph E. Stott

Attorney for Geotrac, Inc.

SCOTT, SULLIVAN, STREETMAN
   & FOX, P.C.
P. O. Box 380548
Birmingham, AL 35244
(205) 967-9675

/s/ George W. Walker, III
George W. Walker, III (WAL097)

Attorney for Defendant
Empire Fire and Marine Insurance Company

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
(334) 834-1180