# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ARTHUR EARL CLARK and wife,    *
BARBER E. CLARK,    *
    *
    Plaintiffs,    *   CIVIL ACTION NO.
    *   1-05CV747-MHT-VPM
    v.    *
    *
AMSOUTH MORTGAGE COMPANY,    *
INC., a corporation,    *
et al.,    *
    *
    Defendants.    *

## PLAINTIFFS' RESPONSE TO
## DEFENDANT EMPIRE'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by counsel, respectfully submit their Response to Empire's Motion for Summary Judgment filed June 22, 2006.

Plaintiffs respond to said Motion for Summary Judgment as follows: Plaintiffs do not dispute Empire's assertions concerning Empire's actions. Plaintiffs do not make any admission to the accuracy of any factual and/or legal claim presented in Empire's Motion and supporting documents. Plaintiffs state the arguments of Empire are well taken, and that Empire's Motion of Summary Judgment is due to be granted. Plaintiffs through their undersigned attorney have signed a Pro Tanto Joint Stipulation of Dismissal concerning Empire. Said Stipulation was mailed to their attorney on July 13, 2006, who has acknowledged receipt thereof and has agreed to circulate it for the signatures of counsel for

the other parties, and file it with the Court in the very near future. This stipulation preserves all Plaintiffs' claims as to all other defendants.

Plaintiffs respectfully request the Court delay ruling on Empire's Motion for Summary Judgment, which will become moot upon the filing of the Joint Stipulation of Dismissal.

Respectfully submitted this the 25th  Day of July, 2006.


/s/Clifford W. Jarrett
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., George W. Walker, III, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: NONE.

/s/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel