IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,           )
                            )
    Plaintiffs,             )
                            )          CIVIL ACTION NO.
    v.                      )          1:05cv747-MHT
                            )
AMSOUTH MORTGAGE COMPANY,   )
INC., a corporation,        )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

Pursuant to the pro tanto joint stipulation of dismissal (doc. no. 58), it is ORDERED as follows:

(1) Defendant Empire Fire and Marine Insurance Company is dismissed with prejudice, with no costs taxed.

(2) Said defendant's motion for summary judgment (doc. no. 49) is denied as moot.

DONE, this the 26th day of July, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE