## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,    *
BARBER E. CLARK,               *
                               *
     Plaintiffs,               *    CIVIL ACTION NO.
                               *    1-05CV747-MHT-VPM
     v.                        *
                               *
AMSOUTH MORTGAGE COMPANY,       *
INC., a corporation,           *
et al.,                        *
                               *
     Defendants.               *
```

### MOTION TO STRIKE SUPPLEMENTAL BRIEF
### OF DEFENDANTS AMSOUTH BANK AND DOVENMUEHLE MORTGAGE, INC.

COMES NOW THE PLAINTIFFS, through their undersigned attorney of record and moves this Court to Strike Defendants Amsouth Bank and Dovenmuehle Mortgage, Inc.'s Supplemental Brief filed in the above captioned case and in support there-of states as follows:

1.   On 06/15/2006 this Court issued its Order stating, "It is ORDERED that the motion for summary judgment (doc. No. 32) is set for submission, without oral argument, on June 30, 2006, with any opposing brief and evidentiary materials due by said date."

2.   On 07/06/2006 Defendants Amsouth Bank and Dovenmuehle Mortgage, Inc. Filed their motion for leave to file reply brief in support of motion for summary judgment

moving for an order granting leave to file their reply

brief until July 14, 2006. Plaintiffs filed no

objection and the motion was granted.

3.   On 08/31/06, well after the expiration of the extension

and after the time bar of the Scheduling Order,

Defendants Amsouth Bank and Dovenmuehle Mortgage, Inc.

filed their "Supplemental Brief".


Plaintiffs respectfully request the Court strike Defendants

Amsouth Bank and Dovenmuehle Mortgage, Inc.'s Supplemental

Brief as being untimely filed.

Respectfully submitted this the 1st Day of September, 2006.


/s/Clifford W. Jarrett
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically
filed the forgoing with the Clerk of the Court using CM/ECF
system which will send notification of such filing to the
following: Joseph E. Stott, Esq., Thomas W. Thagard, III, Esq.,
and John David Collins, Esq. and I hereby certify that I have
mailed by United States Postal Service the documents to the
following Non-CM/ECF participants: NONE.

/s/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel