IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | CIVIL ACTION NUMBER 1:05-cv-00747-MHT-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., ) et al. ) ) | |
| **Defendants.** ) | |

### OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI") hereby submit this opposition to Plaintiffs' motion to strike. In support of their opposition, AmSouth and DMI state as follows:

1. On September 19, 2005, the Court entered a Rule 16(b) Scheduling Order directing that any motion for summary judgment shall be filed no later than August 31, 2006 (90 days prior to the pre-trial hearing date).

2. On June 14, 2006, AmSouth and DMI moved this Court for summary judgment as to all claims asserted in Plaintiffs' Complaint on the grounds that Plaintiffs' claims are foreclosed and barred by the National Flood Insurance Act, 42 U.S.C. §§ 4001, et seq. ("NFIA"). AmSouth and DMI's summary judgment motion was fully briefed by the parties and taken under submission by the Court on July 14, 2006.

3. On August 31, 2006, within the time-frame established by the Court's Scheduling Order for dispositive motions, AmSouth and DMI submitted a supplement to their pending

motion for summary judgment demonstrating to the Court that AmSouth and DMI are entitled to judgment as a matter of law on all of Plaintiffs' claim based on the entire record before the Court (and not just on NFIA immunity). While for simplicity sake this pleading adopted the narrative summary of undisputed facts set forth in the prior motion and while it was styled supplemental brief in support of motion for summary judgment, the pleading was really a Supplemental Motion for Summary Judgment on new and additional grounds.

4. On September 1, 2006, Plaintiffs filed a motion to strike AmSouth and DMI's supplemental brief on the grounds that it was submitted after the close of the original briefing schedule entered in connection with Defendants' June 14, 2006 summary judgment motion. Plaintiffs' motion to strike is due to be denied because the supplemental submission does not rehash Defendants' NFIA immunity arguments, but rather seeks summary judgment as to the merits of all of Plaintiffs' state law and federal claims based on the factual record before the Court.

5. AmSouth and DMI are filing contemporaneously herewith a supplemental motion for summary judgment to clarify that they are not seeking to reopen briefing on NFIA immunity, but rather to submit a timely brief demonstrating that, even in the absence of NFIA immunity, all of Plaintiffs' claims fail as a matter of law.

For the reasons set forth herein, AmSouth and DMI respectfully request that this Court deny Plaintiffs' motion to strike their supplemental brief in support of summary judgment.

        s/ John David Collins
        Thomas W. Thagard III
        John David Collins

        Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

               s/ John David Collins
               OF COUNSEL