## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK,  ) ) ) | |
| **Plaintiffs,**  ) ) | |
| v.  ) ) ) | CIVIL ACTION NUMBER 1:05-cv-00747-MHT-VPM |
| AMSOUTH MORTGAGE COMPANY, INC., et al.  ) ) ) | |
| **Defendants.**  ) | |

### SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI"), pursuant to Fed. R. Civ. P. 56, hereby submit their supplemental motion for summary judgment as to all claims against them set forth in Plaintiffs' Complaint. In support of this supplemental motion, AmSouth and DMI rely upon the pleadings, the affidavit testimony and deposition transcripts attached to their June 14, 2006 evidentiary submission, and the supplemental brief submitted on August 31, 2006. These materials and evidence establish that the material facts of this case are undisputed and that AmSouth and DMI are due to be granted final summary judgment as a matter of law.

WHEREFORE, AmSouth Bank and Dovenmuehle Mortgage, Inc. respectfully request that this Court enter an order granting them summary judgment against Plaintiffs on all counts of the Complaint.

01384231.1

            s/ John David Collins
            Thomas W. Thagard III
            John David Collins

            Attorneys for Defendants Dovenmuehle Mortgage,
            Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

                                        s/ John David Collins
                                        OF COUNSEL