**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

```
ARTHUR EARL CLARK and wife,   *
BARBER E. CLARK,              *
                              *
     Plaintiffs,              *   CIVIL ACTION NO.
                              *   1-05CV747-MHT-VPM
     v.                       *
                              *
AMSOUTH MORTGAGE COMPANY,     *
INC., a corporation,          *
et al.,                       *
                              *
     Defendants.              *
```

## MOTION TO STRIKE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS AMSOUTH BANK AND DOVENMUEHLE MORTGAGE, INC.

COMES NOW THE PLAINTIFFS, through their undersigned attorney of record and moves this Court to Strike Defendants Amsouth Bank and Dovenmuehle Mortgage, Inc.'s Supplemental Motion for Summary Judgment (doc 65), without waiving any right to object to Defendants' Opposition to Plaintiffs' Motion to Strike (doc 64).

On 09/05/2006 Defendants Amsouth Bank and Dovenmuehle Mortgage, Inc. filed their Supplemental Motion for Summary Judgment (doc. 65), after the Aug 31, 2006 deadline for the filing of any dispositive motion. These Defendants neither requested nor were granted leave of the Court for such a late filing.

The *Federal Rules of Civil Procedure* and our Local

Rules contain no specific provisions for filing a "Supplemental Motion for Summary Judgment" although several cases refer to such a filing. See *Doe v. Chao*, 306 F. 3d 170 (4th Cir. 2002) and *Moore v. Plaster*, 313 F. 3d 442 (8th Cir. 2002). Such filings are based on substantial changes in law, discovery of new evidence which through no fault of the moving party could have been discovered earlier or because of deliberate withholding or misrepresentation of facts by the nonmovant. None of these situations is either alleged or briefed by Defendants. In fact their pleading is completely silent.

Said motion is due to be dismissed as being filed untimely.

Respectfully submitted this the 7th Day of September, 2006.

/s/Clifford W. Jarrett
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: NONE.

/s/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel