**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NUMBER 1:05-cv-00747-MHT-VPM |
| AMSOUTH MORTGAGE COMPANY, INC., et al. | ) ) ) ) | |
| Defendants. | ) | |

**OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI") hereby submit this opposition to Plaintiffs' motion to strike Defendants' supplemental motion for summary judgment. In support of their opposition, AmSouth and DMI state as follows:

1. AmSouth and DMI's original motion and memorandum of law in support of summary judgment, filed approximately two months prior to the deadline for submitting dispositive motions, exclusively address principles of NFIA immunity.

2. AmSouth and DMI's recently filed supplemental motion and brief in support of summary judgment, directed to the merits of Plaintiffs' state law and federal claims, was filed on August 31, 2006 – within the express deadline set forth in the Court's Rule 16(b) Scheduling Order.

3. The undersigned counsel is unaware of any authority precluding a party from filing a supplemental motion and/or brief in support of summary judgment (especially one that is

01385976.1

2

based upon new and separate grounds from the original motion), so long as the motion is filed by the deadline imposed by the Court's Scheduling Order.

    4.    The cases cited by Plaintiffs in their motion to strike do not support their position. For instance, in Doe v. Choa, 306 F.3d 170, 183 (4th Cir. 2002), the Fourth Circuit upheld the District Court's refusal to accept supplemental affidavits following a magistrate's recommendation regarding a dispositive motion. Similarly, in Moore v. Sam Plaster, 313 F.3d 442, 444 (8th Cir. 2002), the Eighth Circuit specifically affirmed the District Court's consideration and granting of a "second" motion for summary judgment.

For the reasons set forth herein and in its prior submission, AmSouth and DMI respectfully request that this Court deny Plaintiffs' motion to strike the supplemental motion in support of summary judgment.

                                    s/ John David Collins
                                    Thomas W. Thagard III
                                    John David Collins

                                    Attorneys for Defendants Dovenmuehle Mortgage,
                                    Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

                                      s/ John David Collins
                                      OF COUNSEL