IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,  )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )      1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the motion to strike (doc. no. 63) is set for submission, without oral argument, on September 15, 2006, with all briefs due by said date.

DONE, this the 11th day of September, 2006.

                                         /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE