IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )      1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the supplemental motion for summary judgment (doc. no. 65) is set for submission, without oral argument, on September 28, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 14th day of September, 2006.

                                     /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE