**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

```
ARTHUR EARL CLARK and wife,   *
BARBER E. CLARK,              *
                              *
     Plaintiffs,              *   CIVIL ACTION NO.
                              *   1-05CV747-MHT-VPM
     v.                       *
                              *
AMSOUTH MORTGAGE COMPANY,     *
INC., a corporation,          *
et al.,                       *
                              *
     Defendants.              *
```

**<u>MOTION FOR EXTENSION</u>**

COMES NOW the Plaintiffs, through their undersigned attorney of record, after conference with counsel for all other parties and respectfully requests this Court to extend the deadline for settlement conference previously set to be Sept. 21, 2006. All parties have agreed to such extension. The current date would force parties to attempt to negotiate settlement while key dispositive motions are pending. All parties agree without the ruling any attempt to reach settlement would not be fruitful.

Respectfully submitted this the 15th Day of September, 2006.

/s/Clifford W. Jarrett
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs

424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2006, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq., Thomas W. Thagard, III, Esq., and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: NONE.

/s/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel