Exhibit "A"

```
NOTS 300307?091                CONSOLIDATED NOTES LOG                06/03/96  4:42:06
AE CLARK          L:  F    B:  R:         DUE 09/01/05    TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY   PRINT: _
-------------------------------* PF8 FOR MORE *--------------------------------
SER 032604 ADX H/O STATES THAT HE SPOKE WITH ROSE LAST YEAR IN
               11-03 AND SHE INFORMED HIM THAT SHE WOULD CALL HIM
               BACK RE: THE FLOOD INS.
               MR H/O STATES THAT THE MAP SHOWS HIM IN A FLOOD
               ZONE BUT THE ELEVATION OF HIS PROP REFLECTS THAT
               HE DOES NOT HAVE TO PAY FLOOD INS. H/O STATES THA
               T HE IS NOT GOING BACK THRU FEMA BECAUSE HE DID AL
               L OF THIS LAST YEAR.  H/O STATES THAT HE IS NOT PA
               YING FOR FLD INS BECAUSE HE HAS NOT BEEN REQUIRED
               TO HAVE IT FOR THE LAST 16 YEARS
                                                                      XFERCL
SER 032604 SCR CALL TRANSFERRED TO COLLECTIONS
COL 032604 RJO MR PH IN           TRANSFER TO C/S      DISPUTES NEW PMT AMT
COL 032504 AIN PH RES PM          LMTC RECORDER
COL 032504 DVX PH RES PM          LMTC RECORDER        DAVOX
COL 032404 DVX PH RES PM          NO ANSWER            DAVOX
COL 032004 DVX                                         DAVOX
COL 031604 RJO DID NT INCREASE ADVSD CLD TRANSFER TO C/S SD NO WE
```

Dovenmuehle Mortgage/Clark
AmSouth
00006

Exhibit "B"

Oct. 28, 2003

To Whom It May Concern,

When I was first contacted about buying flood insurance, I called AmSouth Mortgage and talked to Rose she told me not to do anything about this until she called me back. I have not heard from her therefore I am inclosing a check for principal and interest only. My house is not in a flood area the whole town of Cottonwood would be under water before water would get in my house.

Sincerely,
Earl Clark

P.S.
I have called several times and have not recieved a response.

---

EARL CLARK D/L AL2797995 3-27-51
ELLEN CLARK D/L AL2404931 5-25-47
Ph. 334-691-3283
8530 S. Co. Rd. 55
Cottonwood, AL 36320

2317
61-1/620

10-28-03 Date

Pay to the Order of  AmSouth Mortgage Banking    $ 783.91

Seven hundred Eighty three + 91/100 Dollars

AmSouth BANK
THE RELATIONSHIP PEOPLE

Fo( 300 507 2091 ) Principal and Interest Only

Earl Clark

⑆062000019⑆ 0018980120⑈ 2317