Exhibit "D"

# CONFIRMATION OF CANCELLATION OF LENDER PLACED INSURANCE

AMSOUTH BANK
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 57046
IRVINE, CA 92619-7046

NOTIFICATION DATE: 06/04/04

LOAN NUMBER: 3003072091

EVIDENCE NUMBER: FLR470164921

ARTHUR E CLARK
BARBARA E CLARK
8530 S COUNTY RD 55
COTTONWOOD AL 36320-3328

PROPERTY LOCATION:
8530 S COUNTY RD 55
COTTONWOOD AL 36320

Dear Arthur E Clark:

The insurance AMSOUTH BANK placed on the property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED.

Any unearned insurance premium paid will be refunded to your escrow account.

Sincerely,

Empire Fire and Marine Insurance Company
c/o AMSOUTH BANK

PLEASE NOTE: If you have any questions or need additional information, please call AMSOUTH BANK Customer Service Department at 800-333-4471. Your call may be monitored for quality assurance.

DMCN1F01  05/24/04

# Exhibit "E"



POLYENGINEERING, INC.
ARCHITECTURE. ENGINEERING. SOLUTIONS.

Questions # 2
5

September 1, 2004

Mr. Earl Clark
8530 South County Road 55
Cottonwood, Alabama 36320

RE: Flood Survey and Certification

Dear Mr. Clark:

Attached is our invoice in connection with providing engineering services to resolve the FEMA Flood Plain issue for your residence.

If you have any questions concerning this invoice, please feel free to call.

Sincerely,

POLYENGINEERING, INC.

*James R. Brannon*

James R. Brannon, P.E.

JRB/cno

cc: 31-414C

POST OFFICE BOX 817 (36202)
1935 HEADLAND AVENUE
DOTHAN, ALABAMA 36303

CIVIL, MECHANICAL, ELECTRICAL, ENVIRONMENTAL ENGINEERING
ARCHITECTURE • ENVIRONMENTAL CONSULTING AND LAB TESTING • PLANNING

PHONE 334-793-4700
FAX 334-793-9015
FL AA C001542
WWW.POLYENGINEERING.COM



**POLYENGINEERING, INC.**
ARCHITECTURE. ENGINEERING. SOLUTIONS.

Polyengineering, I
P.O. Box 837, Dothan, AL 36:
Telephone - (334) 793-4;
Fax - (334) 793-9(
www.polyengineering.c

TO:  Mr. Earl Clark
     8530 South County Road 55
     Cottonwood, AL 36320

INVOICE: 9449
DATE:    09/01/04
TERMS:   NET 30 Days
JOB NO.: 31-414

**PROFESSIONAL SERVICES RENDERED AS FOLLOWS:**

Engineering services in connection with surveying and certifications to FEMA to remove property from 100 Year Flood Plain.

Surveying - 11 hrs @ $40.38/hr . . . . . . . . . . . . . . . . . . . . . . . . . $444.18

Engineering - 3 hrs @ $131.79/hr . . . . . . . . . . . . . . . . . . . . . . . $395.37

                                    Total Amount Due              $839.5

Exhibit "F"

# AFFIDAVIT

STATE OF ALABAMA
COUNTY OF HOUSTON

Before me, Deborah Helms, the undersigned authority, personally appeard Danny H. McCallister, who, being known to me and being by me first duly sworn, deposes and says as follows:

1. My name is Danny H. McCallister.

2. I presently reside in Houston County Alabama and have an Accounting and Tax service in Dothan, Alabama located at 800 West Burdeshaw Street.

3. I am qualified to perform account audits and bookkeeping work. I hold a degree in accounting and I am a member of the Alabama Association of Accountants and the National Society of Accountants.

4. I have 24 years experience in accounting and tax. My CPE's are current.

5. I have reviewed the financial records concerning the mortgage of Arthur and Barbara Clark with Amsouth Bank concerning the first mortgage on their home.

6. From my preliminary review it appears all monies charged against the account in late fees and for force placed insurance have been refunded and applied to the account. However, those amounts were not posted retroactively, thus depriving the Clarks of the avoidance of certain interest charged against them.

7. I make this affidavit of my own personal knowledge and for use in the pending litigation the Clarks are involved in and for any other lawful purpose.

_____
Danny H. McCallister, AFFIANT

Sworn to and subscribed before me this 30th day of June, 2006.

_____
Deborah K. Helms
Notary Public
My Commission Expires: 3-31-10