Exhibit "C"

Case 1:05-cv-00747-MHT-WC   Document 76-4   Filed 09/28/2006   Page 1 of 10

## AFFIDAVIT

STATE OF ALABAMA
COUNTY OF HOUSTON

Before me, <u>Deborah K. Helms</u> the undersigned authority, personally appeared Arthur E. Clark, who, being known to me and being by me first duly sworn, deposes and says as follows:

1. My name is Arthur Earl Clark. My wife is Barbara Clark. We are the plaintiffs in litigation against AmSouth Bank, Dovenmuehle Mortgage Co., Geotrac and Empire Insurance Co., United States District Court, Case number 1:05-cv-00747-MHT-VPM.

2. We presently reside at 8530 S. County Rd 55, Cottonwood AL 36320, which is the same residence made the subject matter of the pending suit.

3. On August 24, 1988 my wife and I executed a mortgage with American Federal Savings Bank of Duval County, pledging our home at the above address to the indebtedness therein.

4. On January 22, 2003 we established a credit line on the same home with a local AmSouth Bank branch.

5. No flood insurance has ever been requested or required as to the AmSouth Branch loan.

6. I received a letter dated June 10, 2003 from AmSouth Bank Mortgage Banking requesting flood insurance information. (See Attachment 1.)

7. As a result of the bank's letter, I contacted my insurance

C:\HPDOCS\pending cases\Clark.EB\Drafts\AFFIDIV.wpd

agent, Eddie Lundy, ALFA Insurance Company, who informed me he could not write me flood insurance until I provided him with documentation showing I was in a flood zone and what the flood threat level was.

8. I contacted that bank and requested this documentation. I was told they did not have this information, as the only information they had was that F. E. M. A. had determined my house was in a flood zone.

9. We then received a letter titled, Flood Insurance Warning Notice, dated June 17, 2003 that stated, "We have received notice that your flood insurance has been cancelled or expired." . . . "We previously determined that your property is located in a SFHA". (See Attachment 2.)

10. We did not understand this development and statement as we never had flood insurance on this property.

11. I telephoned the bank several times to obtain more information. They only thing they would tell me was that I would have to contact F. E. M. A.

12. We received a Flood Insurance Reminder dated June 17, 2003, but still no response to our request for more information. (See Attachment 3.)

13. On June 30, 2003 at 3:52 p.m. I called AmSouth (800)333-4471 and spoke with a person identified as Janet who transferred me to Rose at extension number 3967.

14. Rose told me she would look into the situation and for me

not to do anything until I heard back from her.

15. Having not heard back from Rose, I called her back at 2:00 p.m. on July 30, 2003. I got a voice mail message that she was out of the office until 8/4/03. I left a detailed message.

16. A form letter dated August 5, 2003 informed us the Bank has forced placed flood insurance. (See Attachment 4.)

17. This was followed by the Insurance Certificate issued by Empire Fire and Marine Insurance Company dated August 8, 2003. I telephoned the phone number (800)333-4471 listed on the notice from Empire to discuss the matter and the call was answered by the mortgage company. I did not write to the insurance company because it seems futile to mail another request to the same PO Box (P O Box 57046, Irene, CA 952619-7046) that the bank used. The certificate stated the coverage was effective as of 06/10/03 until 06/10/04 at 12:01am at a cost of $808.00. (See Attachment 5.)

18. The bank's (AmSouth) statement dated August 7, 2003 showed they had received our $800 payment on 08/01/2003, but failed to post it until 08/07/2003. (See Attachment 6.)

19. On 8/18/2003 I again called for Rose and left a message.

20. On 8/19/2003 at 11:30 a.m. I again called for Rose. I was put on hold. A person identified as Ruel Garcia then picked up and spoke to me. I was told I would have to pay for the flood insurance.

C:\WPDOCS\pending cases\Clark.ES\Drafts\AFFIDV.wpd

21. The bank's statement dated September 05, 2003 showed a date due 06/03/2003 and that $808.00 had been paid for flood insurance leaving an escrow balance of -$808.00. Although it had been previously agreed there would be no escrow account established concerning this mortgage. It also showed another payment being received on 9/01/2003 of $800 which was credited to account on 9/05/2003. (See Attachment 7.)

22. I telephoned AmSouth on 8/18, 8/19, 9/22, 9/23 and 9/24/2003 and received no answers to my questions nor would they send me any documentation and/or flood maps.

23. I was told F. E. M. A. had notified the bank of the change and they did not have the maps.

24. AmSouth notified us by a form dated September 25, 2003, titled, Notice of Flood Insurance Requirement;, "As a result of a recent flood map revision of your community, it has been determined that your property is now located in a SFHA." . . . "You are now required to purchase flood insurance and provide proof of coverage within 45 days of the date of this notice". (See Attachment 8.)

25. I contacted Mark Poole, Houston County Engineer, who told me he did not believe my house should be in a flood zone because of it elevation. I would have to apply for a letter of map amendment (LOMA), which meant I would have to hire someone to establish the elevation of my property.

26. At my request F. E. M. A. sent us more information about L.

O. M. A.

27. We contacted Poly Engineering to do the required work to apply for a LOMA.

28. The October 02, 2003 AmSouth statement showed on 10/01/2003 a $783.91 payment was received and credited. (See Attachment 9.)

29. On October 28, 2003 I mailed a certified letter to the bank and a restricted check in the amount of $783.91, again trying to get things worked out. (See Attachment 10.)

30. The November 17, 2003 statement showed a payment of $783.91 received on 10/31/2006 with a due date of 11/03/2003 and that on 11/17/2003 a late charge was assessed of $39.20. My payment was not applied to principle, interest or escrow, but was place in something designated as "other". There was no application of this payment. All balances due were the same as last month. (See Attachment 11.)

31. The November 25, 2003 Statement, showed a $783.91 payment was received 11/25/2003 and credited. (See Attachment 12.)

32. The January 16, 2004 statement showed a $783.91 payment received and credited on 01/02/2004 (which was due 01/04/2004) and on 1/16/2004 a late charge of $39.20 was applied to our account. (See Attachment 13.)

33. The February 06, 2004 statement showed a $783.91 payment was received on 02/04/2004 and credited 02/06/2004. (See Attachment 14.)

34. The February 17, 2004 statement, had a late charge assessment of $39.20. (See Attachment 15.)

35. We received a Notice of Default dated March 08, (See Attachment 16.) along with a Letter of delinquent account. (See Attachment 17.)

36. The March 16, 2004 statement showed a $783.91 payment was received on 03/03/2004 and not credited toward any of the outstanding balances. It also showed a late charge assessment of $39.20 was added to the outstanding balance. (See Attachment 18.)

37. On March 26, 2004 at 9:53 a.m. I again telephoned AmSouth. I spoke with Rose Mary, Stacey, Christopher and Antoinette. No one could answer my questions or tell me anything other than to contact F. E. M. A.

38. During the time all of this was going on we received numerous telephone calls threatening us with all types of legal action and foreclosure if we did not send in more money.

39. We received a letter about delinquencies and a letter reference pre-foreclosure sale dated April 02, 2004. (See Attachment 19.)

40. The April 07, 2004 statement showed a $783.91 payment was received 4/07/2004 and credited to principle, interest and escrow with an escrow advance repayment of $102.49 indicated. (See Attachment 20.)

41. We received a Notice of Default, dated April 08, 2004. (See Attachment 21.)

42. Finally on April 13, 2004 we received the F. E. M. A. letter/maps after ten months of pleading with the bank for information. (See Attachment 22.)

43. The next statement showed that on 4/16/2004 another late charge assessment of $39.20 was made to our account. (See Attachment 23.)

44. We received another Flood Insurance Renewal Notice dated April 26, 2004, followed by a Notice of Flood Insurance Requirements dated April 30, 2004 and a Notice of Flood Hazard Risk and Availability of Federal Disaster Relief Assistance. (See Attachment 24.)

45. We subsequently received a F. E. M. A. Standard Flood Hazard Determination prepared by Geotrac dated 07/07/2003 marked "re-evaluation with no change to original flood certification 12/26/03." (See Attachment 25.)

46. We received a Foreclosure letter dated May 04, 2004. (See Attachment 26.)

47. The demand for an additional payment of $138.10 for late fees and property inspection dated May 05, 2004 was sent following that. (See Attachment 27.)

48. The May 05, 2004 statement showed our $783.91 payment was received on 02/04/2004 but not credited until 05/05/2004. (See Attachment 28.)

49. Another Notice of Default dated May 06, 2004 was received. (See Attachment 29.)

50. The May 17, 2004 statement included another late charge assessment of $39.20. (See Attachment 30.)

51. On May 17, 2004 the F. E. M. A. Elevation Form was prepared by Polyengineering Inc. at cost of $839.55 to us. (See Attachment 31.)

52. Only after my wife and I suffered through all this did Geotrac change its position concerning the flood insurance. On May 28, 2004 we received a fax from Geotrac, "After re-evaluation of the location of your home .... your structure is just outside SFHA". (See Attachment 32.)

53. We received a letter dated May 28, 2004, from Amsouth which stated our home was not in a Special Flood Hazzard Zone demanding we sign a release stating, "I/We the undersigned borrowers do hereby understand that the above mentioned property is located in a flood zone X(C)". (See Attachment 33.)

54. That notice stated, "The insurance AMSOUTH BANK placed on the following property location shown above is canceled effective 06/10/03 12:01 AM Standard Time, for the following reason: OTHER INSURANCE COVERAGE PROVIDED." (See Attachment 34.) This was absolutely false! We had never purchased any such insurance and to our knowledge no such insurance has ever been purchased to replace the forced placed insurance.

C:\WPDOCS\gooding cases\Clark.DB\Drafts\AFFIDIV.wpd

55. The June 08, 2004 statement showed a $783.91 payment received 06/08/2004 and credited, on 06/01/2004 property insurance refund of $808.00 was posted and on 06/02/2004 a $1,015.99 escrow refund to us. (See Attachment 35.)

56. Then we received a Notice of Default dated June 09, 2004. (See Attachment 36.)

57. The June 30, 2004 statement showed a $783.91 payment received on 06/30/2004 and credited. (See Attachment 37.)

58. The August 18, 2004 statement showed a $783.91 payment was received 08/18/2004 and credited. It also showed an additional payment of $232.08, that we had not made, which had been applied to principal. (See Attachment 38.)

59. I make this affidavit of my own personal knowledge and for use in our pending lawsuit and for any other lawful purpose.

*Arthur E. Clark*
AFFIANT

Sworn to and subscribed before me this 29th day of June, 2006.

*Deborah K. Helms*
Notary Public
My Commission Expires: 03/31/2010

C:\WPDOCS\pending cases\Clark.DB\Drafts\AFFIDIV.wpd