IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND BARBARA E. CLARK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>AMSOUTH MORTGAGE COMPANY, INC., )<br>et al. )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER<br>1:05-cv-00747-MHT-VPM |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF**
**SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI"), by and through their undersigned counsel, move this Honorable Court for an Order granting leave to file a reply to Plaintiffs' opposition to supplemental motion for summary judgment, a copy of which is attached hereto as Exhibit A. In support of this motion, DMI and AmSouth state as follows:

1. On September 28, 2006, Plaintiffs filed their memorandum in opposition to AmSouth and DMI's supplemental motion for summary judgment.

2. AmSouth and DMI strongly believe that their supplemental motion for summary judgment should be granted. In this regard, AmSouth and DMI believe that a reply brief is appropriate to address the legal arguments raised in Plaintiffs' opposition and that such a reply brief will assist the Court in reaching a conclusion as to the merits of the supplemental motion.

3. Allowing a reply brief would serve the interest of justice and judicial economy.

01398458.1

4.      No prejudice will result to any party from the granting of this request for leave to file a reply brief.

WHEREFORE, AmSouth and DMI respectfully seek leave of Court to file a reply brief to respond to Plaintiffs' opposition and further define and narrow the issues before the Court relating to the supplemental motion for summary judgment. A copy of AmSouth and DMI's proposed reply brief is attached hereto as Exhibit A.

s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 6th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

GEORGE W. WALKER, III
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 SOUTH PERRY STREET
MONTGOMERY, AL 36014

            s/ John David Collins
            OF COUNSEL

01398458.1