IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED as follows:

(1) Plaintiff's objection (doc. no. 79) is overruled.

(2) Plaintiff's motion to strike (doc. no. 79) is denied.

DONE, this the 10th day of October, 2006.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE