IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DOTHAN CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING JANUARY 8, 2007 AT 10:00 AM\***
**FEDERAL COURTHOUSE, DOTHAN, ALABAMA**

## Judge Myron H. Thompson, Presiding

---

\*ALL juries will be selected on JANUARY 8, 2007, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/8/2007
Dothan Courthouse

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL, 1:05cv747-MHT,
ARTHUR EARL CLARK et al v AMSOUTH MORTGAGE COMPANY, INC. et al

---

10:00 AM   (ETT 1 ½ days)

<u>1:05-cv-00747-MHT-WC Clark et al v. AmSouth Mortgage Company, Inc. et al</u>

Clifford Wayne Jarrett and Douglas M. Bates representing Arthur Earl Clark and Barbara E. Clark  (Plaintiff)

John David Collins and Thomas Werth Thagard III representing AmSouth Mortgage Company, Inc. and Dovenmuehle Mortgage, Inc.  (Defendant)

Joseph E. Stott representing Geotrac Information System Specialists (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/8/2007
Dothan Courthouse

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL, 1:05cv912-MHT,
CECELIA GIBBS v P&C GROCERS, INC. et al

---

10:00 AM    (ETT 2 days)

1:05-cv-00912-MHT-SRW Gibbs v. P&C Grocers, Inc. et al

Charles W. Blakeney representing Cecelia Gibbs (Plaintiff)

Micheal Stewart Jackson representing P&C Grocers, Inc. and Charles Parker (Defendants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/8/2007
Dothan Courthouse

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL, 1:05cv994-MHT,
MATTHEW RILEY v UNITED RENTALS, INC. et al

---

10:00 AM   (ETT 2 weeks)

   1:05-cv-00994-MHT-SRW Riley v. United Rentals, Inc. et al

   John Farrest Taylor and Joseph Davie Lane representing Matthew Riley (Plaintiff)

   C. Winston Sheehan, Jr representing United Rentals, Inc. (Defendant)

   Kevin Tannehill Shires and Robert H. Sprain Jr. representing Saint-Gobain Abrasives Inc. (Defendant)

   Joseph T. Brasher representing Ralcorp Holdings, Inc. (Intervenor)

U.S. District Court
Alabama Middle District
Calendar Events Set For 1/8/2007
Dothan Courthouse

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL, 1:05cv1232-MHT,
DAVID T. BARCHANOWICZ et al v DAIMLERCHRYSLER SERVICES NORTH AMERICA
L.L.C. et al

10:00 a.m    1:05-cv-01232-MHT-WC Barchanowicz et al v. DaimlerChrysler Services North America. et al

Anil Ashok Mujumdar, Gregory B. McCain and William Todd Harvey representing David T. Barchanowicz and Leland J. Barchanowicz   (Plaintiff)

Anthony Ryan Smith and Clifford Lee Reeves representing DaimlerChrysler Services North America L.L.C. (Defendant)

Justin G. Williams representing Commercial Recovery Systems, Inc. (Defendant)