# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK AND ) | |
| BARBARA E. CLARK, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER |
| ) | 1:05-cv-00747-MHT-VPM |
| ) | |
| AMSOUTH MORTGAGE COMPANY, INC., ) | |
| et al. ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO CONTINUE DEADLINE FOR PRE-TRIAL SUBMISSIONS

Defendants AmSouth Bank ("AmSouth") and Dovenmuehle Mortgage, Inc. ("DMI"), by and through their undersigned counsel, move this Honorable Court for an Order continuing the December 26, 2006 deadline for pre-trial submissions. In support of this motion, DMI and AmSouth state as follows:

1. The trial of this action is current set on January 8, 2006.

2. Pursuant to the Court's Scheduling Order, the parties are required to file void dire questions, motions in limine, and any proposed jury instructions on or before December 26, 2006.

3. At the last hearing, the Court indicated that it would issue an order on the pending summary judgment motions. This forthcoming order will allow the parties to tailor their pretrial submissions to the particular issues and claims that will actually be tried in the case. For this reason, a continuance of the pre-trial submission deadline will serve the interest of judicial economy.

01430234.1

2

WHEREFORE, AmSouth and DMI respectfully request a continuance of the December 26, 2006 deadline for pre-trial submissions.

s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendants Dovenmuehle Mortgage, Inc. and AmSouth Bank

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOUGLAS M. BATES
CLIFFORD W. JARRETT
424 SOUTH OATES STREET SUITE 1
DOTHAN, AL 36301

JOSEPH E. STOTT
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 VALLEYDALE ROAD
P.O. BOX 380548
BIRMINGHAM, AL 35244

                        s/ John David Collins
                        OF COUNSEL

01430234.1