# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR EARL CLARK and wife, | * | |
| BARBARA E. CLARK, | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION NO. |
| | * | 1-05CV747-MHT-VPM |
| v. | * | |
| | * | |
| AMSOUTH MORTGAGE COMPANY, | * | |
| INC., a corporation, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

### PLAINTIFFS' JOINDER TO MOTION TO CONTINUE (Doc 84)

Comes now your Plaintiffs through their undersigned counsel and Joins in the Motion filed by Defendants AmSouth and Dovenmuehle.

/s/Clifford W. Jarrett
Clifford W. Jarrett (JAR004)
Attorney for Plaintiffs
424 South Oates Street Suite #3
Dothan AL 36301
(334)702-0777

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the forgoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Joseph E. Stott, Esq. and John David Collins, Esq. and I hereby certify that I have mailed by United States Postal Service the documents to the following Non-CM/ECF participants: NONE.

/s/Clifford W. Jarrett
Clifford W. Jarrett
Of Counsel