IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife,  )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    1:05cv747-MHT
                             )
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
DOVENMUEHLE MORTGAGE,        )
INC., a corporation, and     )
GEOTRAC INFORMATION SYSTEM   )
SPECIALISTS, an entity,      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The motions to strike (doc. nos. 63 & 67) are denied.

(2) The motions to continue (doc. nos. 84 & 85) are denied as moot.

DONE this the 3rd day of January, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE