IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,            )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )      1:05cv747-MHT
                             )           (WO)
AMSOUTH MORTGAGE COMPANY,    )
INC., a corporation,         )
DOVENMUEHLE MORTGAGE,        )
INC., a corporation, and     )
GEOTRAC INFORMATION SYSTEM   )
SPECIALISTS, an entity,      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants AmSouth Mortgage Company, Inc., Dovenmuehle Mortgage, Inc., and Geotrac Information System Specialists's motions for summary judgment (doc. nos. 28, 32, and 65) are granted as to plaintiffs Arthur Earl Clark and Barbara E. Clark's federal claims, and judgment is

entered in favor of defendants AmSouth Mortgage Company, Inc., Dovenmuehle Mortgage, Inc., and Geotrac Information System Specialists, and against the Clark plaintiffs on all their federal claims.

(2) Defendants AmSouth Mortgage Company, Inc. and Dovenmuehle Mortgage, Inc.'s motions for summary judgment (doc. nos. 32 and 65) are granted as to the Clark plaintiffs' state-law claims, and judgment is entered in favor of defendants AmSouth Mortgage Company, Inc. and Dovenmuehle Mortgage, Inc. and against the Clark plaintiffs on all their state-law claims.

(3) Defendant Geotrac Information System Specialists's motion for summary judgment (doc. no. 28) is granted as to the Clark plaintiffs' state-law claims for conversion and unjust-enrichment, and judgment is entered in favor of defendant Geotrac Information System Specialists and against the Clark plaintiffs on their state-law claims for conversion and unjust-enrichment.

(4) Defendant Geotrac Information System Specialists's motion for summary judgment (doc. no. 28) is denied as to

the Clark plaintiffs' state-law claims for breach of contract, negligence, breach of duty to third-party beneficiary, and fraud, and the Clark plaintiffs' state-law claims against defendant Geotrac Information System Specialists for breach of contract, negligence, breach of duty to third-party beneficiary, and fraud are remanded to the Circuit Court of Houston County, Alabama. The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

It is further ORDERED that costs are taxed against the Clark plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 3rd day of January, 2007.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**