IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL CLARK and wife, )<br>BARBARA E. CLARK,           )<br>                             )<br>    Plaintiffs,             )<br>                             )<br>    v.                       )<br>                             )<br>AMSOUTH MORTGAGE COMPANY,    )<br>INC., a corporation,         )<br>et al.,                      )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>1:05cv747-MHT |

ORDER

It is ORDERED that the motion to reconsider (doc. no. 89) is set for submission, without oral argument, on January 23, 2007, with all briefs due by said date.

DONE, this the 16th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE