IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR EARL CLARK and wife, )
BARBARA E. CLARK,           )
                            )
    Plaintiffs,             )
                            )         CIVIL ACTION NO.
    v.                      )         1:05cv747-MHT
                            )              (WO)
AMSOUTH MORTGAGE COMPANY,   )
INC., a corporation,        )
DOVENMUEHLE MORTGAGE,       )
INC., a corporation, and    )
GEOTRAC INFORMATION SYSTEM  )
SPECIALISTS, an entity,     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that defendant Geotrac Information System Specialists's motion for reconsideration (Doc. No. 89) is denied.

While this court doubts that Alabama state courts will recognize a state-law claim under NFIA, cf. Tectonics, Inc. v. Castle Construction Co., 496 So.2d 704 (Ala. 1986) (refusing to confer state cause of action

based on federal Small Business Act), this court nonetheless remains convinced that it would be more expeditious for the Alabama state courts to address this open issue. See, e.g., Tectonics, Inc. of Florida v. Castle Const. Co., 753 F.2d 957, 964 (11th Cir. 1985) ("A state court is 'free to look to the provisions of a federal statute for guidance in applying its longstanding common-law remedies' unless Congress has prohibited the state from looking to the statute's provisions as a standard in determining whether there has been a common-law breach of duty.'") (quoting Hofbauer v. Northwestern National Bank of Rochester, Minnesota, 700 F.2d 1197, 1201 (8th Cir. 1983)).

    DONE this the 4th day of June, 2007.

                                    /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE